...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Stolt-Nielsen S.A., *et al.*, <br><br> *Defendants*. | Civ. Action No. 3:03 CV 409 (DJS) <br><br> October 27, 2003 |

**DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

On September 8, 2003, the Plaintiffs filed their Consolidated Amended Class Action Complaint ("Complaint"). Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying motion memorandum, the Defendants hereby move for dismissal of the Complaint for "failure to state a claim upon which relief can be grated." Fed. R. Civ. P. 12(b)(6).

DEFENDANTS STOLT-NIELSEN S.A.,
STOLT-NIELSEN TRANSPORTATION
GROUP LTD., JACOB STOLT-NIELSEN,
NIELS G. STOLT-NIELSEN, SAMUEL
COOPERMAN AND REGINALD J.R. LEE

By: /s/ *[signature]*
Donna Nelson Heller (ct06854)
Patrick J. McHugh (ct14072)
Finn Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT 06901-2689
Tel: (203) 325-5000
Fax: (203) 348-5777
Email: dheller@fdh.com
Email: pmchugh@fdh.com

**ORAL ARGUMENT REQUESTED**

{00049266; 1; 7104-4}

*Of Counsel*
J. Mark Gidley
Christopher M. Curran
Jaime M. Crowe
Peter J. Carney

**WHITE & CASE LLP**
601 Thirteenth Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following parties and counsel of record on this the 27th day of October 2003:

> David Randell Scott, Esq.
> Scott & Scott, LLC
> 108 Norwich Avenue
> P.O. Box 192
> Colchester, CT 06415
>
> Marc A. Topaz, Esq.
> Schiffrin & Barroway, LLP
> Three Bala Plaza East, Suite 400
> Bala Cynwyd, PA 19004
>
> Samuel A. Rudman, Esq.
> Cauley, Geller, Bowman Coates & Rudman, LLP
> 200 Broadhollow Road
> Suite 406
> Melville, NY 11747

_____
Donna Nelson Heller