# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 20-F
### Annual Report Pursuant to Section 13 or
### 15(d) of the Securities Exchange Act of 1934

### For the Fiscal Year Ended November 30, 1999
### Commission File Number 0-16977

## STOLT-NIELSEN S.A.
(Exact name of Registrant as specified in its charter)
### LUXEMBOURG
(Jurisdiction of incorporation or organization)
### c/o STOLT-NIELSEN LIMITED
### Aldwych House
### 71-91 Aldwych
### London WC2B 4HN, England
(Address of principal executive offices)

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**
None

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
Common Shares, no par value
Class B Shares, no par value

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
None

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:**

Common Shares, no par value: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29,358,533*
Class B Shares, no par value: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25,208,069**
Founder's Shares, no par value: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7,820,109

\*    The number of outstanding Common Shares excludes 1,921,905 Common Shares owned by a subsidiary.
\*\*   The number of outstanding Class B Shares excludes 5,766,905 Class B Shares owned by a subsidiary.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒    No ☐

Indicate by check mark which financial statement item the registrant has elected to follow.

Item 17 ☐    Item 18 ☒

# TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| PART I | | | 1 |
| Item 1. | Description of Business | | 1 |
| | General | | 1 |
| | Overview and History | | 1 |
| | Strategy | | 3 |
| | Businesses | | 4 |
| | Regulation | | 12 |
| | Competition | | 15 |
| | Other Matters | | 16 |
| Item 2. | Description of Property | | 17 |
| | Parcel Tanker Fleet | | 17 |
| | Fleet of Stolt Offshore | | 20 |
| | Other Properties | | 22 |
| Item 3. | Legal Proceedings | | 23 |
| Item 4. | Control of Registrant | | 24 |
| Item 5. | Nature of Trading Market | | 24 |
| Item 6. | Exchange Controls and Other Limitations Affecting Security Holders | | 25 |
| | Exchange Controls | | 25 |
| | Limitations Affecting Shareholders | | 25 |
| Item 7. | Taxation | | 26 |
| | U.S. Taxation | | 26 |
| | Luxembourg Taxation | | 27 |
| Item 8. | Selected Financial Data | | 27 |
| | Dividends | | 27 |
| Item 9. | Management's Discussion and Analysis of Results of Operations and Financial Condition | | 27 |
| | Recent Developments | | 27 |
| | Year 2000 Issue | | 28 |
| | Forward-Looking Statements | | 29 |
| | Factors Affecting Revenues and Costs | | 29 |
| Item 9A. | Quantitative and Qualitative Disclosures about Market Risk | | 37 |
| Item 10. | Directors and Officers of Registrant | | 38 |
| Item 11. | Compensation of Directors and Officers | | 39 |
| Item 12. | Options to Purchase Securities from Registrant or Subsidiaries | | 40 |
| Item 13. | Interest of Management in Certain Transactions | | 41 |
| PART III | | | 41 |
| Item 15. | Defaults Upon Senior Securities | | 41 |
| Item 16. | Changes in Securities, Changes in Security for Registered Securities and Use of Proceeds | | 41 |
| PART IV | | | 41 |
| Item 17. | Financial Statements | | 41 |
| Item 18. | Financial Statements | | 41 |
| Item 19. | Financial Statements and Exhibits | | 80 |

Note: Omitted items are inapplicable.

# PART I

## Item 1. Description of Business

### General

Stolt-Nielsen S.A. ("Stolt") is a holding company which, through its subsidiaries, is engaged in: the worldwide transportation, storage, and distribution of bulk liquid chemicals, edible oils, acids, and other specialty liquids; subsea services covering all phases of offshore oil and gas operations from exploration to decommissioning; and aquaculture; the production, marketing, and distribution of farmed fish. Stolt also has two Internet-based e-commerce start-ups, one focused on bulk logistics; the other on procurement for ship owners and operators. In this Report, "Company" or "Group" refers to Stolt and, unless the context otherwise requires, its consolidated subsidiaries. References to Company activities by years involve the fiscal year ended November 30.

### Overview and History

#### Stolt-Nielsen Transportation Group

The Company is engaged in three primary businesses: Transportation, Subsea, and Seafood. In early 2000, the Company announced its involvement in two additional businesses: Bulk Logistics and Ship Procurement.

The Transportation business is carried out through Stolt-Nielsen Transportation Group Ltd. ("SNTG") which represented approximately 49% of the Company's 1999 net operating revenue, approximately 54% of 1999 recurring income from operations, and approximately 64% of total assets as of November 30, 1999. SNTG is one of the world's leading providers of transportation services for bulk liquid chemicals, edible oils, acids, and other specialty liquids. SNTG, through its intercontinental parcel tanker, coastal parcel tanker, river parcel tanker, tank container, terminal, and rail services, provides integrated logistics solutions for its customers on a worldwide basis.

SNTG is one of the largest operators of parcel tankers in the world. SNTG has been a pioneer in the parcel tanker industry, an industry which derives its name from the Group's first operating company, Parcel Tankers Inc. ("PTI"), which was incorporated in 1959. PTI has subsequently changed its name to Stolt-Nielsen Transportation Group Ltd.

SNTG is also the largest operator in the tank container market, currently operating approximately 15,000 tank containers. SNTG's tank container operations specialize in smaller lot shipments of bulk liquid products. These are primarily operated for door-to-door shipments. SNTG entered the tank container business in 1982 when it acquired United Tank Containers, which at the time operated about 400 tank containers. As the market grew, SNTG steadily expanded its tank container fleet through the purchase or lease of newly-manufactured tank containers and through acquisitions.

In addition, SNTG has investments in or alliances with eleven bulk storage terminals. These terminals are integrated with SNTG's tanker operations and serve as hubs for its regional tanker and rail- and road-based services to provide door-to-door transportation. SNTG's terminal network includes four wholly-owned terminals with a total capacity of 5.0 million barrels. SNTG's terminal operations also have interests in three ventures: (i) a 40% interest in Stolthaven Westport, a joint venture with the Bolton Group in Malaysia; (ii) a 31% interest in Dovechem Terminal Holdings Ltd. ("Dovechem"), a publicly-traded company listed on the Singapore stock exchange, with terminals and drum manufacturing interests in China, Singapore, Indonesia and Malaysia; and (iii) a 50% interest in Jeong Il Tank Terminal which has a terminal facility in Ulsan, South Korea. In March 2000, SNTG acquired an additional 3% interest in Dovechem.

1

*Stolt Offshore*

Subsea business is carried out through Stolt Offshore S.A. ("SO") (formerly named Stolt Comex Seaway S.A.) a subsidiary in which the Company currently holds a 47.5% economic interest and a 61% voting interest. SO is one of the largest subsea services contractors in the world with services covering all phases of subsea offshore oil and gas operations from exploration to decommissioning. SO was formed by the Company through the acquisitions of Stolt-Nielsen Seaway A/S ("Seaway") in March 1992 and Comex Services S.A. ("Comex") in June 1992.

Seaway was founded by Jacob Stolt-Nielsen, the Company's Chairman, in 1973 to provide services for offshore oil and gas exploration and production in the North Sea. Comex, which was founded in 1961, was a leading worldwide underwater services contractor with a strong presence in major offshore markets outside the U.S. SO completed an initial public offering in May 1993 and secondary offerings in March and November 1997.

*Stolt Sea Farm*

Stolt Sea Farm Holdings Ltd. ("SSF"), wholly-owned by Stolt, produces, processes, and markets high quality seafood products, including Atlantic salmon, salmon trout, turbot, halibut, sturgeon, and caviar. The predecessor of SSF was founded by Jacob Stolt-Nielsen in 1972 and acquired by the Company in late 1991.

In May 2000, the Company announced it is considering listing SSF on the Oslo Stock Exchange. The listing is likely to take place in the near future and will be accompanied by an initial public offering in Norway, and a private placement in the U.S., for a total of about 25% of SSF's equity. A final decision to proceed will be subject to approval by the Stolt and SSF Boards of Directors and market conditions.

*Optimum Logistics*

Optimum Logistics Ltd ("OLL"), established in early 2000, offers an Internet-based, open logistics system for bulk materials. OLL's principal offering is TransLink™, a family of logistics software products that arrange and monitor all stages of the supply chain by incorporating information from every party that touches a shipment—from producers, to transportation and storage providers, to freight forwarders and surveyors. TransLink™ supports transportation and storage procurement activities for bulk materials. TransLink™ is based on Chemlink, a closed internet system currently used by many SNTG customers.

*PrimeSupplier*

In early 2000, the Company also established PrimeSupplier Ltd. ("PSL"), which will offer an Internet-based total marine procurement system which will make available all products and services needed for marine operations. The system enables ship operators to electronically select, purchase and arrange delivery for all the ship's needs for fuel, consumables, spare parts and other services. PSL employs a proprietary supplier and price database to intelligently manage the procurement process, including transportation.

Stolt was incorporated in Luxembourg in 1974 as the holding company for all of the Group's activities. Stolt's registered office is located at 23, Avenue Monterey, L-2086 Luxembourg and it is registered at the Companies' Registrar of the Luxembourg District Court under the designation "R.C. Luxembourg B.12.179". Stolt's principal executive offices are c/o Stolt-Nielsen Limited, Aldwych House, 71-91 Aldwych, London WC2B 4HN, England; telephone number 44-207-611-8960; internet address www.stolt-nielsen.com.

Stolt is a publicly-traded company listed on the Nasdaq National Market ("NASDAQ") and the Oslo and London Stock Exchanges.

The Company has 73 offices and facilities. The Company employs approximately 10,000 people worldwide.

## Strategy

The Company pursues a strategy of seeking to provide sophisticated industrial services to customers in niche markets which demand complex technology. The Company aims to operate in global markets where it is, or believes it can become, the market leader. The Company's investment philosophy is to generate value over the long term.

### Stolt-Nielsen Transportation Group

SNTG's strategy is to become the total transportation logistics supplier for the majority of its client base providing an integrated package of services including global transportation and storage, tracking of transportation and inventory, electronic communications of transactions, and supply chain management. SNTG is developing or expanding its capabilities in all of these areas.

The demand for chemical transportation services varies with patterns of industrial growth and world trade. Historically, such demand has grown at a greater rate than world trade, which itself has grown faster than industrial production.

In response to economic pressures and to improve profitability, many chemical companies have downsized and outsourced their logistics functions. This gives SNTG the opportunity to provide these companies with solutions for this important aspect of their global strategies and international marketing. To better integrate its services and logistics with its customers, SNTG has developed a proprietary Internet-based customer information system.

SNTG is also pursuing a strategy of developing supplier partnerships and long-term contracts with its customers to cover their chemical transportation requirements. Management believes these arrangements can benefit and add value for both the customer and SNTG. With long-term relationships, SNTG can develop a better understanding of its customers' needs. Customers are better assured of supply and SNTG is better assured of demand for its services.

In 1994, SNTG embarked upon a newbuilding program to construct 25 new parcel tankers (of which one was subsequently cancelled) designed to meet increasing demand for its transportation services and to replace the first generation of purpose-built parcel tankers built in the early to mid 1970s. The ships in the newbuilding program have greater capacity than the units they are replacing and introduce a series of features to increase operational efficiency, reduce operating costs, and be environmentally safer than previous generations of parcel tankers.

SNTG's tank container operations provide transportation services for many of the same type of bulk liquids that are carried in parcel tankers, although tank containers transport smaller lots. Generally, parcel tankers are more economical for lots greater than 150 metric tons, whereas tank containers are more economical for smaller lots. A major trend in the tank container market is the conversion from transportation of liquids in drums to tank containers. The transportation of liquids in tank containers provides a cleaner, safer, and more economical means of transportation than by drums. It is SNTG's intention to continue to expand its presence in this market in response to the needs of its customers, and to continue to provide an important link in SNTG's transportation service chain. By using tank containers, SNTG is able to offer door-to-door, just-in-time deliveries. In developing countries in the Asia Pacific region where there is little supporting infrastructure for tank containers, SNTG has been a pioneer in developing cleaning and maintenance facilities.

SNTG's terminal operations support its parcel tanker operations by enabling quicker turnaround of the tankers when in port. They also provide hubs for servicing SNTG's customers by integrating storage with sea and land transportation by parcel tanker, rail, and road. It is SNTG's strategy to take advantage of

existing infrastructure and to make selective investments to increase the capacity of its existing terminal facilities, as well as to look for new opportunities on a worldwide basis which will support the strategic objectives of expanding its network of services and improving operational efficiency through faster parcel tanker turnaround and the integration of transportation services.

*Stolt Offshore*

SO's strategy is to enhance its position as a full-service subsea contractor providing technologically advanced and cost effective life-of-field subsea services to its customers. With the recent merger activities among the major oil companies it is clear that they are now looking for contractors with a greater range of assets and technologies and who are able to offer them a worldwide service for both new construction and field maintenance services.

SO's December 1999 acquisition of ETPM S.A. ("ETPM") enables SO to offer a much wider range of engineering and pipelay services and also to provide fixed or floating production platforms. SO is therefore able to supply a complete field development solution for the first time.

Different operators require differing scopes of service in the various regions of the world. SO now has the ability to offer a complete EPIC contracting service, from wellhead to production platform or to undertake any part of the engineering and installation package that may be required by individual operators.

*Stolt Sea Farm*

SSF's strategy is to focus on its core products of Atlantic salmon, salmon trout, turbot, halibut, sturgeon, and caviar, to continue to seek to reduce its costs, to develop sales for other producers, to develop a global marketing and distribution organization, and to shift production further down the value-chain towards more high value-added retail products.

**Businesses**

The following table sets out the net operating revenue, income from operations and identifiable assets for each of the businesses for the year ended November 30, 1999:

| | Net Operating Revenue | | Income From Operations | | Identifiable Assets | |
|---|---|---|---|---|---|---|
| | | | (in millions) | | | |
| Stolt-Nielsen Transportation Group | | | | | | |
| Tankers | $ 618 | 35% | $ 27 | 24% | $1,551 | 51% |
| Tank Containers | 206 | 11% | 18 | 16% | 173 | 6% |
| Terminals | 55 | 3% | 15 | 14% | 233 | 7% |
| Subtotal | 879 | 49% | 60 | 54% | 1,957 | 64% |
| Stolt Offshore | 641 | 36% | 24 | 21% | 843 | 28% |
| Stolt Sea Farm | 261 | 15% | 28 | 25% | 258 | 8% |
| Total | $1,781 | 100% | $112 | 100% | $3,058 | 100% |

*Geographic Distribution*

The following table sets out net operating revenue by country for the Company's segments. SNTG net operating revenue is allocated on the basis of the country in which it is loaded. Tankers and Tank Containers operate in a significant number of countries. Revenues from specific foreign countries which contribute over 10% of total net operating revenue are disclosed separately. SSF net operating revenue is primarily allocated on the basis of the country in which the sale is generated. SO net operating revenue is

4

primarily allocated to two worldwide product lines in respect of large projects and for all other projects is allocated to the region in which they take place. Accordingly, it is not possible to allocate the net operating revenue from SO to specific countries. SEAME represents Southern Europe, Africa, and the Middle East.

| | For the years ended November 30, | | |
| --- | --- | --- | --- |
| | 1999 | 1998 | 1997 |
| | (in millions) | | |
| **Net operating revenue:** | | | |
| **Stolt-Nielsen Transportation Group:** | | | |
| Tankers: | | | |
| United States | $ 272 | $ 294 | $ 315 |
| South America | 48 | 46 | 60 |
| Netherlands | 43 | 40 | 44 |
| Other Europe | 100 | 110 | 121 |
| Malaysia | 44 | 47 | 39 |
| Other Asia | 110 | 138 | 118 |
| Other | 54 | 41 | 32 |
| Less commissions, sublet costs, transshipment and barging expenses | (53) | (58) | (64) |
| | 618 | 658 | 665 |
| | | | |
| Tank Containers: | | | |
| United States | 73 | 76 | 80 |
| South America | 7 | 8 | 7 |
| France | 24 | 22 | 22 |
| Other Europe | 46 | 54 | 46 |
| Japan | 25 | 26 | 21 |
| Other Asia | 30 | 28 | 36 |
| Other | 1 | 5 | 7 |
| | 206 | 219 | 219 |
| | | | |
| Terminals: | | | |
| United States | 49 | 48 | 42 |
| Brazil | 6 | 6 | 5 |
| | 55 | 54 | 47 |
| Total SNTG | 879 | 931 | 931 |
| | | | |
| **Stolt Offshore:** | | | |
| North America | 156 | 63 | 9 |
| South America | 57 | 59 | 44 |
| United Kingdom | 162 | 326 | 153 |
| Norway | 161 | 99 | 90 |
| SEAME | 58 | 58 | 76 |
| Other North Sea | 5 | 7 | 20 |
| Asia Pacific | 42 | 38 | 39 |
| | 641 | 650 | 431 |
| | | | |
| **Stolt Sea Farm:** | | | |
| United States | 104 | 79 | 56 |
| Canada | 14 | 9 | 6 |
| United Kingdom | 21 | 12 | — |
| Norway | 11 | 10 | 13 |
| Spain | 12 | 12 | 12 |
| Japan | 48 | 41 | 35 |
| Others, net | 51 | 53 | 42 |
| | 261 | 216 | 164 |
| Total | $1,781 | $1,797 | $1,526 |

*Stolt-Nielsen Transportation Group*

SNTG is engaged in the worldwide transportation, storage, and distribution of bulk liquid chemicals, edible oils, acids, and other specialty liquids. These products are carried on worldwide seaborne trade routes for the producers, refiners, and distributors of such products, as well as for trading, end-manufacturing, and industrial companies. Several of SNTG's largest customers are among the world's major chemical companies. Parcel tankers and tank containers carry similar products with parcel tankers typically used to transport lots greater than 150 metric tons, while tank containers are typically more economical for the transportation of smaller lots. SNTG's terminal operations facilitate the turnaround of its parcel tankers. The different operations of SNTG share many of the same customers and employ many of the same chemical handling and cleaning technologies. While the parcel tanker operations remain SNTG's single largest activity, the expansion of its tank container operations and storage and distribution services has increasingly enabled SNTG to provide integrated logistics solutions for its customers' transportation requirements. SNTG offers fully integrated transport and logistic services including inter-continental parcel tanker, coastal parcel tanker, river parcel tanker, tank container, rail, and storage. Over the last several years, SNTG has entered into strategic alliances and supplier partnership agreements with major customers. Under these arrangements, SNTG is the preferred or exclusive supplier of applicable transportation and storage services to the customer worldwide.

*Parcel Tanker Operations*

SNTG is one of the largest operator of parcel tankers in the world. As of March 31, 2000, SNTG marketed a fleet of 131 parcel tankers, product tankers, and river tankers ranging in size from approximately 1,200 to 46,000 deadweight tons ("dwt") (of which 76 were over 10,000 dwt), and totaling approximately 2.41 million dwt.

The parcel tanker industry occupies a market niche in the worldwide tanker trade and represents only about 3% of the dwt of the international tanker fleet. Unlike crude oil tankers which generally load a full cargo at one port for one customer and discharge at one destination, parcel tankers, as the name implies, carry many cargoes (as many as 58 parcels) for many customers on the same voyage and load and discharge cargo at many ports. A parcel tanker may carry a wide range of bulk liquids shipped in parcels of several hundred to several thousand tons each.

To facilitate handling of the diverse range of products carried by parcel tankers, the fleet is comprised of highly specialized ships. SNTG's sophisticated intercontinental parcel tankers will typically have 45 to 58 separate cargo tanks of varying sizes to permit the carriage of up to that number of fully segregated cargoes. The tanks are made of stainless steel or specially coated or lined steel to maintain the integrity of the variety of chemicals and other products carried and to facilitate cleaning. In addition, many tanks have independent heating and cooling systems to provide temperature control for each cargo. The level of sophistication of parcel tankers is reflected in newbuilding costs that are substantially higher than for equivalently-sized product tankers.

SNTG's parcel tanker fleet covers nearly all of the major international trade routes served by the industry. SNTG operates its ships on round-trip voyages with cargo carried on both outbound and inbound legs. These patterns result in high load factors, with ships seldom sailing without cargo.

SNTG operates its major intercontinental services through the Stolt Tankers Joint Service ("STJS" or "Joint Service"), an arrangement for the coordinated marketing, operation, and administration of the fleet of parcel tankers owned or chartered by the Joint Service participants in the deep sea intercontinental market. The Joint Service participants include affiliates and non-affiliates of the Company. This fleet currently is comprised of 77 parcel tankers totaling approximately 2.02 million dwt. Of these, SNTG owns 40 ships and time-charters two ships for participation in the STJS.

The Joint Service operates seven ships owned by NYK Stolt Tankers, S.A. ("NYK Stolt", 50%-owned by the Company), six ships owned by Rederi AB Sunship, two ships owned by Barton Partner Limited, five ships owned by Bibby Pool Partner Limited, two ships owned by Unicorn Lines (Pty) Limited, and one ship owned by Hikawa Stolt Tankers Inc. (50%-owned by the Company). The STJS currently has an additional six tankers on time-charter through its agent Stolt Tankers Inc. ("STI") and also time-charters two ships from SNTG.

Each ship in the STJS is assigned an earnings factor based upon its cargo carrying capacity and technical capabilities. The profitability of each ship is determined by its share of the STJS results, and not by the specific voyages performed. This enables the management of the STJS to schedule the fleet to seek to optimize its total results.

STI, a Liberian corporation wholly owned by the Company, acting as agent for the STJS, enters into contracts with third parties on behalf of the STJS. The STJS ships are marketed by SNTG's professional chartering personnel worldwide using proprietary marketing and cargo tracking information systems as part of SNTG's worldwide network of chemical transportation and distribution services. Management believes that SNTG's ships operating in the STJS derive higher utilization, revenues, and profitability than competitors operating outside a similar pooling arrangement.

SNTG also operates tankers in six regional markets, three of which are in conjunction with joint venture partners. The Stolt NYK Asia Pacific Services Inc. ("SNAPS") joint venture operates between East Asia, Southeast Asia, and Australia. The Stolt NYK Australia Pty. Ltd. ("SNAPL") joint venture operates within the Australian coastal and trans-Tasman markets. Both the SNAPS and SNAPL tankers are marketed by SNTG's offices in these areas. The Stolt-Nielsen Inter-Europe Service operates small tankers in European coastal waters. The Stolt-Nielsen Inland Tanker Service currently operates 33 inland tankers on the River Rhine and the adjacent Rotterdam Antwerp waterways.

SNTG manages all of its own ships and employs its own seafarers. For its shipowning activities SNTG has secured International Ship Management Association ("ISMA") Quality Assurance System certification, which includes International Standards Organization ("ISO") 9002 and International Safety Management ("ISM") certifications. SNTG has also secured ISO 9002 certification for its chartering and operations activities worldwide.

SNTG personnel coordinate most of the marketing and sales efforts directly with SNTG's parcel tanker customers. In some markets third-party brokers support this effort. SNTG's top ten tanker customers and top ten products accounted for 27% and 25%, respectively, of the total SNTG tanker revenue in 1999.

SNTG's tanker operations make extensive use of information systems for estimating voyages, scheduling cargo, stowing cargo, billing customers, tracking product handling and cleaning requirements, and managing ships. These systems not only control and track the status of each cargo movement but also keep the customer informed through system-generated estimated time of arrival notices. SNTG's Cargo STOW system has won a Windows World Open award for best Microsoft Windows system for distribution companies.

*Tank Container Operations*

The emergence of liquid tank containers as a means of transporting bulk liquids dates back to the early 1970s. Tank containers are stainless steel cylindrical tanks enclosed in rectangular steel frames, with the same outside dimensions as 20 foot dry box containers. They carry 17,000 to 24,000 liters of bulk liquids (16 to 20 tons, depending upon the specific gravity of the product). This compares to the smallest compartment in a parcel tanker which carries approximately 100,000 liters of bulk liquid. Tank containers arc fully intermodal and are transported on container ships, rail cars, and trucks owned by others.

Prior to 1999, growth in the tank container market had been broad based. In 1999, the growth in the tank container market slowed considerably, primarily the result of weakened demand for tank container shipments into and within Asia Pacific, partially offset by increased shipments from Asia Pacific and other developing markets. As of March 31, 2000, SNTG controls a fleet of about 15,000 tank containers of which approximately 8,000 are owned, and approximately 7,000 tank containers are leased in or managed for customers.

SNTG specializes in offering door-to-door tank container transportation services, making all transportation arrangements from origin to destination on behalf of the shipper. SNTG is one of the largest operators in the door-to-door business, deploying approximately 13,000 tank containers in all major worldwide markets. In addition, approximately 2,000 tank containers are managed on behalf of customers. Until February 1999, SNTG also operated a leasing division, which leased tank containers to shippers who wish to operate their own containers. On February 12, 1999, the 2,830 tank containers in the leasing division were sold to TransAmerica Leasing Inc.

All of SNTG's tank containers are built and maintained to the standards of the International Maritime Organization ("IMO"), the ISO, the U.S. Department of Transportation and other governmental and private organizations. SNTG requires that all of its tank containers be constructed according to, and have valid certificates in accordance with, the International Convention for Safe Containers ("CSC"). SNTG conducts periodic inspections in conformity with CSC and IMO testing requirements.

SNTG's tank container operations requires its own infrastructure for tank cleaning and repair. In Europe and the U.S., third-party contractors primarily perform this work. In Rotterdam, Houston, and the Asia Pacific region, SNTG has established its own facilities to ensure high standards of quality, reduce costs, and speed market penetration. The facilities in Japan, China, Taiwan, and Korea are operated through joint ventures.

The business systems of SNTG's tank container operations have received ISO 9002 Certification. SNTG's Move/Quote System is used by the tank container personnel on a worldwide basis to schedule, track and bill for all tank container movements.

SNTG also operates a fleet of 336 leased railroad tank cars consisting of general-purpose low-pressure and specialized high-pressure tank cars.

*Terminal Operations*

SNTG has interests in investments in or alliances with eleven bulk liquid storage terminals. SNTG's terminals offer storage services and consolidate inland waterway and land transportation for more efficient operation and better customer service. SNTG owns and operates three tank storage terminals in the U.S. and one in Brazil, with a combined capacity of approximately 5.0 million barrels of liquid storage. Each of these terminals serves as a hub for the regional storage and distribution of liquid chemicals, vegetable oils, and other products, providing storage and handling services to SNTG's parcel tankers and for third parties.

SNTG's terminal operations also have interests in three ventures: (i) a 40% interest in Stolthaven Westport, a joint venture, with the Bolton Group in Malaysia; (ii) a 34% interest in Dovechem a publicly-traded company listed on the Singapore stock exchange, with terminals and drum manufacturing interests in China, Singapore, Indonesia and Malaysia; and (iii) a 50% interest in Jeong II Tank Terminal which has a terminal facility in Ulsan, South Korea. SNTG also has an arrangement with subsidiaries of Vopak pursuant to which it has preferential berthing rights to two terminals located in Rotterdam, which is SNTG's parcel tanker operations' most frequently called port. In March 2000, SNTG acquired an additional 3% interest in Dovechem.

8

The following table contains information on SNTG's terminals:

| Storage Location | % Holding | Year Acquired | Capacity (barrels) |
|---|---|---|---|
| Perth Amboy, New Jersey | 100% | 1983 | 2,258,400 |
| Houston, Texas | 100% | 1982 | 1,607,500 |
| Chicago, Illinois | 100% | 1975 | 741,100 |
| Santos, Brazil | 100% | 1982 | 349,400 |
| Sub Total | | | 4,956,400 |
| Joint Ventures | | | |
| Westport, Malaysia | 40% | 1998 | 226,400 |
| Kuantan, Malaysia | 10% | 1999 | 176,100 |
| Shenzen, China | 34% | 1998-2000 | 640,200 |
| Shanghai, China | 34% | 1998-2000 | 246,600 |
| Ulsan, South Korea | 50% | 1999 | 1,946,700 |
| Total | | | 8,192,400 |

SNTG obtained ISO 9002 certification for its terminal business systems in Houston, Chicago, Perth Amboy, and Santos. SNTG implemented a Terminal Automation System for tracking customer contracts and tank inventory, as well as for producing customer bills and reports.

*Stolt Offshore*

SO is one of the largest subsea services contractors in the world, providing technologically sophisticated subsea engineering, flexible and rigid flowline lay, subsea construction, inspection, maintenance, and repair services to its customers in the offshore oil and gas industry. SO develops and applies innovative and cost-efficient subsea techniques that address the evolving technical needs of oil and gas companies which are increasingly developing oil and gas fields in deeper and more demanding offshore environments. SO has operated in more than 60 countries worldwide and currently operates in over 20 countries. SO's business backlog at April 30, 2000 stands at $1,100 million, of which $574 million is for 2000. This compares to a backlog at April 30, 1999 of $1,211 million, of which $757 million was for 1999.

The services offered by SO cover all phases of offshore oil and gas operations from exploration to decommissioning. During the exploration phase, SO provides seabed survey and drilling support services. During the development phase, SO provides, with partners when appropriate, engineering design, component procurement, and installation of subsea equipment, well control umbilicals, flowlines, and production risers. During the production phase, which may continue for many years, SO inspects, maintains, and repairs platforms, pipelines, flowlines, and subsea equipment. Following the production phase, SO provides field decommissioning services including the removal of offshore structures and subsea equipment.

SO offers three main product lines. Field development provides complete subsea production systems from engineering and design through procurement and installation of components and the commissioning of completed systems and installation of rigid and flexible flowlines, small-diameter pipelines, and well control umbilicals. Subsea construction provides pipeline tie-ins, installation of structures and moorings, hyperbaric welding, piling, decommissioning, dredging, hot tapping, cold cutting, and pipeline stabilization. Subsea services provides pipeline and flowline survey, construction support, drilling support and inspection, maintenance, and repair.

In addition to its main product lines, SO offers heavy lift services through a joint venture company, Seaway Heavy Lifting Limited ("SHL"), which operates the heavy lift ship, *Stanislav Yudin*, chartered from SO's joint venture partner Lukoil-Kaliningradmorneft Plc. ("LKMN"), a subsidiary of a major Russian oil

9

company, Lukoil. SO also manufactures flexible flowlines and dynamic flexible risers through the joint venture company NKT Flexibles I/S.

The remainder of the joint ventures in which SO has an interest have been entered into on a project-specific basis to enhance the range of services provided to the customer. In these joint ventures, SO will typically have interests ranging from 33% to 50%.

SO operates one of the world's most advanced fleets of subsea construction and flowline lay ships, from which the majority of SO's subsea activities are performed. SO owns or charters a fleet consisting of 4 flexible flowline and umbilical lay ships, 9 construction ships, 5 survey, inspection, repair and maintenance ships, 14 shallow water ships, 9 heavy lift ships and barges, 102 ROVs, and 13 hardsuits.

Investments in the fleet since 1993 include the acquisition and completion of the *Seaway Eagle*, a multi-purpose flowline lay and subsea construction ship, the conversion of the *Seaway Osprey* to lay flexible flowlines and flowline bundles, the acquisition of the *Seaway Falcon* and its conversion to a rigid and flexible flowline lay ship, the conversion of the *Seaway Condor* to a flexible flowline and umbilical lay ship, the acquisition of the *Seaway Hawk*, a subsea construction ship, and continuous investment in new ROV technology and construction equipment. SO also took over the long-term lease on the *Discovery*, a multipurpose subsea construction ship, as part of an asset swap with SubSea Offshore Limited in 1997.

During 1999, SO entered into a long-term charter for the *NTL 900* a derrick/lay barge. In addition, the *Seaway Kingfisher*, a diverless inspection, repair and maintenance ship, was introduced into the North Sea market at the end of August 1998.

In August 1998, SO acquired Ceanic Corporation ("Ceanic") for approximately $219 million in a strategic move to secure a major position in the growing and important Gulf of Mexico market. The acquisition gave SO an established base in Houston from where major U.S. customers direct their worldwide business. With Ceanic, SO took ownership of a substantial fleet of ships, remotely operated vehicles ("ROVs"), and other related technologies. Ceanic was the dominant contractor in the shallow water oil field maintenance market and was moving into deeper waters with dynamically positioned ships and deep water ROVs acquired over the past year.

In December 1999, Stolt Offshore S.A. acquired ETPM, a wholly-owned subsidiary of Groupe GTM S.A. ("GTM"), which secures SO a major position in the rapidly expanding deep-water construction market in West Africa. This acquisition enables SO to offer its customers a larger range of products and services. SO now has the ability to lay all diameters of pipe in all water depths, to engineer and project manage the installation of Floating Production Storage and Offloading units and other designs for large deepwater field development projects. SO has paid GTM $130 million in cash and has issued 6.1 million SO Class A shares. These shares are subject to a minimum guaranteed price which is expected to give GTM a total price for its ETPM shares in the range of $237.5 to $243.6 million. In December 1999, SO and NKT Holding A/S ("NKT") formed a new joint venture to manufacture flexible flowlines and dynamic flexible risers for the offshore oil and gas industry. SO issued approximately 1.8 million Class A Shares with an average guaranteed value of $14.475 per share and paid $10.5 million in cash for its 49% interest in the venture. The Company realized, in the first quarter of 2000, a non-recurring, non-operating gain of $32.5 million from the dilution of its interest in SO as a result of the SO Class A Shares issued as consideration to GTM and NKT. In February 2000, SNSA converted $100 million of debt owed by SO to SNSA into 10.3 million SO Class A Shares. After the conversion, SNSA holds a 47.5% interest in SO. On April 13, 2000, Stolt Comex Seaway S.A. changed its name to Stolt Offshore S.A. This change was made in recognition of the continuing evolution into a larger and more diverse company following the acquisition of ETPM in December 1999.

The acquisition of ETPM also gives SO access to key assets including one combined heavy lift barge, three lay barges, one flowline lay ship, one construction support ship and two fabrication yards in West Africa. These assets are complimentary to the existing assets of SO with the *LB200* holding world records

10

for pipelay in the challenging conditions of the North Sea and the *Seaway Kestrel* (previously named *Norlift)* providing an alternative to the *Seaway Falcon* for pipelay.

## Stolt Sea Farm

SSF concentrates on the production of Atlantic salmon, salmon trout, turbot, halibut, sturgeon, and caviar by employing modern techniques in breeding, farming, and processing to produce high quality seafood in controlled environments. It develops its production in clusters of farms designed to reduce production costs while maintaining high standards of husbandry. It is seeking to become a low cost producer and believes that this objective is now being achieved. Purchasers of SSF's products include importers, smokehouses, restaurants, retail chains, and other distributors in Europe, the U.S., and Asia Pacific. From Norway and Scotland, SSF supplies the European market and exports to Japan and East Asia. The North American market is supplied by production from Canada, Maine, Norway, and Chile. These areas also export to the Japanese and East Asian markets.

The salmon farming industry is the fastest growing food industry with an annual growth rate of 12.3%. As the world population grows and individuals increasingly seek healthier products like fish, the demand for farmed fish is expected to increase. Approximately 90% of SSF's revenue is derived from the sale of Atlantic salmon. The remaining 10% of SSF's revenue is from new species of which only turbot has yet reached the commercial stage.

Of the main competitors in the farmed salmon industry, SSF is the only one with a presence in all the big four farming regions—Norway, Chile, Canada and the UK. SSF is also the only one with an inmarket sales organization in all main markets. SSF's unique position within the industry is further emphasized due to the fact that SSF is currently also the only one of the main salmon producing companies that has divested into other new species.

Atlantic salmon and salmon trout are sold fresh, frozen, or in products further processed for the convenience of its customers. SSF believes processed or value-added products will become increasingly important in the future as consumers increasingly turn to ready-packed seafood as they have in the case of chicken and meat products. The international turbot market is small with a wild catch of tons and farmed production of tons. SSF also farms sturgeon in California and supplies both sturgeon meat and caviar for sale.

In September 1999, SSF purchased D.E. Salmon, an entity with a hatchery, five marine site licenses (two undeveloped) and a processing plant in Maine for $3.8 million. In August 1999, SSF acquired International Aqua Foods Ltd. ("IAF") for approximately $11.0 million and the assumption of $9.2 million in debt. IAF is involved in salmon and tilapia hatchery operations in Canada and the U.S., and salmon and trout farming in Chile.

## Optimum Logistics

In March 2000, OLL announced plans for the first Internet-based, open logistics system for bulk materials. OLL will connect all participants in the global supply chain.

OLL's principal offering is TransLink™, an online logistics system that electronically arranges and monitors all stages of the supply chain by incorporating information from every party that touches a shipment—producers, transportation and storage providers, freight forwarders and surveyors. This creates an unobstructed view of critical logistics data and the ability to sequence and optimize the bulk material supply chain.

11

TransLink™ is the next-generation of Chemlink—a secure online system used over 18 months by more than 20 producers of chemicals, vegetable oils, petroleum products and other bulk liquids to book, track and trace SNTG carried shipments around the world. OLL has opened TransLink™ to all producers, carriers, freight forwarders and other logistics providers. OLL has enhanced the system's functionality by adding tools for arranging and proactively monitoring the global supply chain. The upgraded system also monitors and automatically alerts users to faults before they occur.

OLL will initially offer TransLink™ to participants in bulk chemical supply chains because of the significant scope of the chemical's industry's seaborne trade and the significant opportunities to improve upon logistics efficiencies in this highly fragmented business. OLL has already attracted a roster of chemical producers for its pilot program which began in late April 2000. OLL has also enlisted the support of chemical exchanges, freight forwarders, cargo surveyors, and other leading logistics service providers. Future target industries will include forest products, steel, gas products and agribulk. The Company expects to gradually dilute its interest in OLL.

*PrimeSupplier*

In March 2000, PSL launched the world's first Internet-based total marine procurement system to make all products and services needed for marine operations available virtually anytime, anyplace, at the lowest cost. The system enables ship operators to electronically select, purchase, and arrange delivery for all the ship operators' needs for fuel, consumables, spare parts and other services. PSL employs a proprietary supplier and price database to intelligently manage the procurement process, including transportation.

**Regulation**

The Company's businesses are subject to international conventions and U.S. and other governmental regulations which strictly regulate various aspects of the Company's operations. In addition, the Company is required by various governmental and other regulatory agencies to obtain certain permits, licenses, and certificates with respect to its equipment and operations. The kinds of permits, licenses and certificates required in the operations of the Company depend upon a number of factors. The Company believes that it has or can readily obtain all permits, licenses, and certificates necessary to conduct its operations. Some countries require that the Company enter into a joint venture or similar business arrangement with local individuals or businesses in order to conduct business. The Company has entered into such arrangements where necessary.

*Stolt-Nielsen Transportation Group*

SNTG is subject to the international and national conventions and regulations which cover ocean shipping generally and the transport of chemicals and oil in bulk specifically. The major international conventions applicable to SNTG's operations include the International Convention on the Safety of Life at Sea; the International Convention for the Prevention of Pollution from Ships, 1973, as modified by the Protocol of 1978, as amended; the International Convention on the Standards of Training, Certification and Watchkeeping of Seafarers; and the Convention on Civil Liability for Oil Pollution Damage. Applicable national regulations for SNTG's operations in U.S. waters include the Port and Tanker Safety Act, the Hazardous Materials Transportation Act, the Clean Air Act, the Clean Water Act, the U.S. Oil Pollution Act of 1990 ("OPA '90"), and the U.S. Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") (see specific discussion on OPA '90 and CERCLA below).

In addition, specifically to protect the purity of fats and vegetable oils, SNTG complies with the latest cargo rules established by the National Institute of Oilseed Products in the U.S. and the Federation of Oils, Seeds, and Fats Associations in Europe. SNTG's Dedicated Vegetable Oil Service has been developed as a direct result of these rules.

SNTG's river parcel tanker activities are governed by the European Agreement on Regulations for the Carriage of Dangerous Substances on the Rhine and other applicable standards for service on the Rhine River in Europe and by the U.S. Coast Guard safety and pollution prevention regulations.

As a foreign-owned corporation, SNTG is prohibited by U.S. Federal law from owning more than a 25% interest in ships operating in the U.S. coastal market and in the U.S. inland waterway system.

In addition to many of the regulations governing the parcel tanker operations, SNTG's tank container operations are subject to the International Convention for Safe Containers which establishes guidelines for the construction of tank containers; the International Maritime Dangerous Goods Code which regulates the construction and periodic testing of equipment used to transport hazardous packaged liquids; and regulations of other comparable national authorities regarding the use of containers on rail cars and the transport of hazardous materials by rail or road.

*U.S. Oil Pollution Act of 1990 and Comprehensive Environmental Response, Compensation and Liability Act*

Additional regulations specific to SNTG's terminal operations in the U.S. are the Resource Conservation and Recovery Act regarding the reporting, recordkeeping, and handling of hazardous waste and the Occupational Safety and Health Act regulating the working conditions at U.S. terminals as well as other business facilities. Terminals located outside of the U.S. are governed by the comparable national and local governmental agencies.

OPA '90 sets out various requirements applicable to shipowners and ship operators in U.S. waters including, among other things, standards and requirements covering the construction of ships carrying oil and oil products (as defined in the Act), stringent financial responsibility requirements and expanded contingency planning requirements. OPA '90 also increases shipowners' and ship operators' potential liability for damages and cleanup and removal costs for pollution accidents in U.S. waters. Ship and facility owners and operators are "responsible parties" and are jointly, severally and strictly liable (unless the spill results solely from the act or omission of a third party, an act of God or an act of war) for all oil spill containment and cleanup costs and other damages arising from oil spills from their ships or facilities. These other damages are defined broadly to include: (i) natural resources damages and the costs of assessment thereof; (ii) real and personal property damages; (iii) net loss to a government entity of taxes, royalties, rents, fees, and other lost revenues; (iv) lost profits or impairment of earning capacity due to property or natural resources damage; (v) net cost of public services necessitated by a spill response, such as protection from fire, safety, or health hazards; and (vi) loss of subsistence use of natural resources.

With limited exceptions, OPA '90 requires that all new ships ordered after June 30, 1990, or delivered after January 1, 1994, must be built with double hulls to be allowed to call at U.S. ports. There is a timetable for retrofitting existing ships with double hulls or taking them out of service, depending upon the year the ship was built, its gross tonnage, and whether the ship already has a double bottom or double sides. Since January 1, 1995, double bottom ships of greater than 5,000 gross tons and more than 45 years of age have been required to be retrofitted with double hulls. The age requirement is reduced annually so that by 2005, and until 2015, no such ships may exceed 30 years of age without retrofitting. To operate in U.S. waters after 2015, ships must have both a double bottom and double sides.

Double bottom installation has become standard on most parcel tankers and chemical tankers since the IMO regulations for the carriage of hazardous products in bulk became effective. All of SNTG's parcel tankers already have double bottoms. It is SNTG's intention that all tankers ordered in the future will comply with the double hull requirements identified above.

The liability provisions of OPA '90 are applicable to "oil" as defined in the Act. For this purpose, "oil" means oil of any kind or in any form, including, but not limited to, petroleum, fuel oil, sludge, oil refuse, and oil mixed with wastes other than dredged spoil, but does not include any substance which is specifically listed or designated as a "hazardous substance" under CERCLA. Some of the chemicals carried on

SNTG's ships are covered by the provisions of CERCLA. SNTG's ships frequently carry some parcel cargoes of lubricating oils and additives and the ships' engines are powered by fuel oil. In addition, cargoes of "clean petroleum products," which are generally covered by the provisions of OPA '90, are occasionally carried on SNTG's ships. Animal fat and vegetable oils as well as other non-petroleum oils are included within the OPA '90 definition of "oil".

In compliance with OPA '90 requirements, the Company has obtained Certificates of Financial Responsibility for all of its ships which call on U.S. ports.

The effect of the liability provisions of OPA '90 and CERCLA on the shipping industry has not yet been fully determined. OPA '90 increased the limit on shipowners' and ship operators' liability for tankers over 3,000 gross tons to the greater of $1,200 per gross ton or $10 million for damages, cleanup, and removal costs. Owners and operators of onshore facilities, including oil terminals, are liable for removal costs and damages up to a limit of $62 million. However, OPA '90 provides for unlimited liability if the spill was proximately caused by: (i) gross negligence or willful misconduct; (ii) violation of an applicable federal safety, construction or operating regulation by the responsible party, its agents or employees or any person acting pursuant to a contractual relationship with it; or (iii) if the owner or operator fails to report the spill, provide reasonable cooperation in connection with a removal order or, without sufficient cause, to obey an order issued by an authority under a removal regulation. For owners and operators of ships carrying hazardous substances as cargo, the liability provisions under CERCLA are $300 per gross ton or $5 million, whichever is greater. Facility owners and operators are liable for the total of all response costs plus $50 million for damages as defined under CERCLA. The CERCLA damages provisions are broadly similar to those of OPA '90. CERCLA also contains provisions similar to OPA '90 for breaking liability limits. CERCLA contains various reporting provisions, some of which are more detailed than OPA '90. Furthermore, both OPA '90 and CERCLA provide that individual U.S. states may issue their own pollution prevention laws and regulations, which laws and regulations may impose greater liabilities than set out in, and which may differ significantly from, OPA '90 or CERCLA. Many states have, in fact, enacted such provisions which provide for virtually unlimited liability for pollution accidents occurring in their waters.

OPA '90 also sets out contingency plan requirements with respect to cleanup and removal of the substances covered by its provisions. OPA '90 also requires expenditure to meet specific response standards for equipment to be kept on board ships. The contingency plan requirements also apply to marine transportation-related facilities, including Coast Guard-regulated onshore oil terminals, tank trucks, and railroad tank cars.

OPA '90 has made liability insurance more expensive for shipowners and ship operators and has also caused insurers to consider reducing available liability coverage, although this has not yet occurred. See "Other Matters—Insurance" in this Item 1.

*Stolt Offshore*

SO's businesses are subject to international conventions and governmental regulations, which strictly regulate various aspects of its operations. In addition, SO is required by various governmental and other regulatory agencies to obtain certain permits, licenses, and certificates with respect to its equipment and operations. The kinds of permits, licenses, and certificates required in the operations of SO depend upon a number of factors. SO believes that it has or can readily obtain all permits, licenses, and certificates necessary to conduct its operations. Some countries require that SO enter into a joint venture or similar business arrangement with local individuals or businesses in order to conduct business in such countries.

SO's operations are affected from time-to-time and to varying degrees by political developments and federal and local laws and regulations. In particular, oil and gas production, operations, and economics are affected by price control, tax, and other laws relating to the petroleum industry, by changes in such laws and by constantly changing administrative regulations. Such developments directly or indirectly may affect SO's operations and those of its customers.

14

*Stolt Sea Farm*

SSF is subject to the laws and regulations of the individual countries in which its operations are situated and international conventions, which strictly regulate various aspects of its operations. The hatcheries, the ongrowing sites, and the slaughteries are regulated by state environmental laws and laws regarding treatment of, and protection from, fish diseases and pollution. International conventions and treaties regulate the importation of SSF's products in various markets around the world.

In 1995, the Norwegian government imposed feed quotas and production regulations on Norwegian fish farmers, in an attempt to reduce the supply of Norwegian farmed salmon, and hence the amount of Norwegian farmed salmon available for sale in the EU market. In order to avoid further threats of duties against Norwegian salmon, the Norwegian government in July 1997 reached an agreement with the EU for a five year period to regulate supplies of Norwegian salmon into the EU market. This agreement, among other things, restricts the increase in supply of Norwegian salmon into the EU market to 10% per year; requires the average sales price to be at or above an agreed minimum price and increases the export levy payable by Norwegian producers. The Norwegian government still maintains the feed quota and production regulations that it introduced in 1996. The quotas and regulations have had an adverse effect on the cost structure of the Norwegian operation, as they have limited the capacity utilization of farmed concessions. However, the Norwegian government has permitted annual increases of varying amounts (ranging from 2% to 10%) in the feed quotas, which progressively reduce the negative impact of the feed quota regime.

In July 1998, the U.S. Department of Commerce imposed duties on imports of fresh Atlantic salmon from Chile into the U.S. on Eicosal, a joint-venture partner of SSF, at 10.69%.

All species of sturgeon have now been added to Appendix II of the Convention of International Trade in Endangered Species of Wild Fauna and Flora ("CITES"). As a result, all international trade of sturgeon and caviar is now regulated and all imports require proper documentation. This will not affect SSF's California sturgeon operations as the intention is to sell most of the product within the U.S., and, if required, the proper documentation for export can be obtained.

## Competition

*Stolt-Nielsen Transportation Group*

The market for the integrated transportation and logistics services provided by SNTG is in its infancy. In providing such services, SNTG competes primarily with a few other large terminal and transport companies who are developing such services. SNTG is able to offer parcel tanker and tank container services on a worldwide basis. SNTG's tanker operations compete with operators based primarily in Europe and the Asia Pacific region. The parcel tanker market is divided into two segments, deep-sea and intra-regional coastal, which depend on the routes and ships employed. SNTG's tank container operations compete primarily with European-based tank container operators. The competition in the tank container market is fragmented, although the relative size of the competition is increasing on a worldwide basis. SNTG also competes, to a lesser extent, with tank container leasing companies and with container shipping lines which operate tank containers. SNTG's terminal operations compete primarily with other independent terminal companies. In the ports where SNTG has storage facilities, SNTG either maintains a significant presence or occupies a niche in terms of products handled. Corporations such as GATX Terminals and Vopak that own and operate terminals on a worldwide basis own many of the competing terminals.

*Stolt Offshore*

The subsea contracting business is highly competitive. The consolidation in the offshore oil and gas services industry in the last few years has resulted in fewer but more substantial competitors. Although SO believes customers consider, among other things, the availability and technical capabilities of equipment


and personnel, efficiency, condition of equipment, safety record, and reputation, price competition is the primary factor in determining which qualified contractor with available equipment will be awarded a contract. SO's ships are specialized and have few alternative uses and, because of their nature and the environment in which they work, have relatively high maintenance costs whether or not operating. Because these costs are essentially fixed, and in order to avoid additional expenses associated with temporarily idling its ships, SO may from time-to-time be required to bid its ships in projects at lower margins depending on the prevailing contractual rates in a given region.

SO believes that it is one of only three companies capable of providing the full range of subsea services on a worldwide basis in the major offshore oil and gas producing regions. Competition across all main product lines is limited to SO and two competitors, Coflexip Stena Offshore and Rockwater, a subsidiary of Brown and Root, itself a division of Halliburton. SO is subject to intense competition from these offshore contractors. In certain geographical regions, and in certain product lines, SO also competes with J. Ray McDermott Inc., Global Industries Limited and DSND. SO also faces substantial competition from smaller regional competitors and less integrated providers of subsea services.

*Stolt Sea Farm*

SSF competes with other producers of farmed seafood and with suppliers of wild catch and other species of fish. The North American Atlantic salmon activities compete primarily with North American and Chilean producers in the North American market. Norwegian and Scottish Atlantic salmon activities compete primarily with other Norwegian, U.K., and Irish producers of Atlantic salmon in the European market. For both regions, competition is based on quality, price, and delivery capability. In Asia, the Company competes with importers and producers of farmed and wild fish. The turbot production in Spain competes primarily in the Mediterranean area with other Spanish and French producers of turbot and with suppliers of wild turbot.

**Other Matters**

*Unions*

The Company employs primarily European senior officers, European and Filipino junior officers and Filipino crew members on its parcel tankers. Twelve Company-owned ships are manned by Filipino officers and crew, eleven by Latvian officers and crew and four by Russian officers and crew. The Company maintains its own crewing office and training center in Manila to provide Filipino officers and crew members for its fleet, all of whom belong to the Associated Marine Officers' and Seamen's Union of the Philippines. The Company owns 49% of its crewing agent in Latvia to provide Latvian officers and crew members who belong to the Latvian Seafarers' Union of Merchant Fleet Riga, and those from Russia belong to the Seafarers' Union of Russia. All such unions are affiliated with the International Transport Workers Federation in London. The collective bargaining agreements currently in effect expire on December 31, 2000 and December 31, 2001. Hourly employees at certain of SNTG's terminals are also covered by union contracts. A significant number of the Company's offshore employees are represented by labor unions. As part of normal business, a number of union agreements come up for annual renegotiation in 2001. The Company has not experienced any significant work stoppages and considers its relations with its unionized employees and their unions to be good.

*Insurance*

The Company maintains insurance against physical loss and damage to its assets as well as coverage against liabilities to third parties it may incur in the course of its operations. Assets are insured at replacement cost, market value, or assessed earning power. The owned fleet of SNTG and SO is currently covered by hull and machinery insurance in the aggregate amount of $3.6 billion. Marine liabilities, which may be incurred through the operation of SNTG's and SO's ships, are insured under marine protection and indemnity insurance policies. The policies have a limit of approximately $4.25 billion per incident

except for marine oil pollution which is limited to $700 million per occurrence. Non-marine liabilities are insured up to $125 million. The Company believes its insurance coverage to be in such form, against such risks, for such amounts and subject to such deductibles as are prudent and normal to those industries in which the Company operates.

## Item 2. Description of Property

*Stolt-Nielsen Transportation Group*

The following table describes the parcel tankers which are operated by SNTG, both within and outside STJS. It also includes ships that are leased or time-chartered. (See notes to table below pertaining to ownership and registry.)

### Parcel Tankers Operated by Stolt Tankers Joint Service
as of March 31, 2000

| | Year Built | DWT (Metric Tons) | Ownership(1) | Registry |
|---|---|---|---|---|
| **STOLT INNOVATION CLASS** | | | | |
| Stolt Capability | 1998 | 37,000 | NYK Stolt | Liberian |
| Stolt Efficiency | 1998 | 37,000 | Company | Liberian |
| Stolt Inspiration | 1997 | 37,000 | Company | Liberian |
| Stolt Creativity | 1997 | 37,000 | Company | Liberian |
| Stolt Invention | 1997 | 37,000 | NYK Stolt | Liberian |
| Stolt Confidence | 1996 | 37,000 | Company | Liberian |
| Stolt Innovation | 1996 | 37,000 | Company | Liberian |
| Stolt Concept | 1999 | 37,000 | Company | Cayman |
| Stolt Effort | 1999 | 37,000 | Company | Cayman |
| **STOLT ACHIEVEMENT CLASS** | | | | |
| Stolt Achievement | 1999 | 37,000 | Company | Cayman |
| **STOLT HELLULAND CLASS** | | | | |
| Stolt Vinland | 1992 | 29,999 | Company | Liberian |
| Stolt Vestland | 1992 | 29,999 | Company | Liberian |
| Stolt Helluland | 1991 | 29,999 | Company | Liberian |
| Stolt Markland | 1991 | 29,999 | Company | Liberian |
| **STOLT SAPPHIRE CLASS** | | | | |
| Stolt Jade | 1986 | 38,746 | Company | Liberian |
| Stolt Aquamarine | 1986 | 38,746 | Company | Liberian |
| Stolt Topaz | 1986 | 38,720 | Company | Liberian |
| Stolt Emerald | 1986 | 38,720 | Company | Liberian |
| Stolt Sapphire | 1986 | 38,746 | NYK Stolt | Liberian |
| **STOLT FALCON CLASS** | | | | |
| Stolt Eagle | 1980 | 37,082 | Company | Liberian |
| Stolt Condor | 1979 | 37,200 | Company | Liberian |
| Stolt Heron | 1979 | 37,075 | Company | Liberian |
| Stolt Hawk | 1978 | 37,080 | Company | Liberian |
| Stolt Osprey | 1978 | 37,080 | Company | Liberian |
| Stolt Falcon | 1978 | 37,200 | Company | Liberian |
| **STOLT PRIDE CLASS** | | | | |
| Stolt Excellence | 1979 | 32,093 | Company | Liberian |
| Stolt Loyalty | 1978 | 32,091 | Company | Liberian |
| Stolt Tenacity | 1978 | 32,093 | Company | Liberian |
| Stolt Integrity | 1977 | 32,057 | Company | Liberian |
| Stolt Sincerity | 1976 | 31,942 | Company | Liberian |
| Stolt Pride | 1976 | 31,942 | Company | Liberian |

17

| | Year Built | DWT (Metric Tons) | Ownership(I) | Registry |
|---|---|---|---|---|
| **STOLT AVANCE CLASS** | | | | |
| Stolt Avenir | 1978 | 23,275 | Company | Liberian |
| Stolt Avance | 1977 | 23,648 | Company | Liberian |
| **STOLT SEA CLASS** | | | | |
| Stolt Spur | 1970 | 23,672 | Company | Liberian |
| Stolt Sea | 1999 | 22,500 | Company | Liberian |
| Stolt Sun | 2000 | 22,210 | Company | Cayman |
| Stolt Span | 1999 | 22,460 | NYK Stolt | Liberian |
| **SUPERFLEX CLASS** | | | | |
| Stolt Guardian | 1983 | 39,726 | Company | Liberian |
| Sun Sapphire | 1994 | 40,160 | Sunship AB | Liberian |
| Star Sapphire | 1992 | 40,160 | Sunship AB | Liberian |
| Blue Sapphire | 1991 | 40,153 | Sunship AB | Liberian |
| Hyde Park | 1982 | 39,015 | T/C by Company | Liberian |
| Stolt Protector | 1983 | 39,782 | Company | Liberian |
| Moon Sapphire | 1983 | 39,742 | Sunship AB | Liberian |
| Kenwood Park | 1982 | 39,015 | T/C by Company | Liberian |
| Red Sapphire | 1982 | 39,702 | Sunship AB | Liberian |
| White Sapphire | 1980 | 39,702 | Sunship AB | Liberian |
| **"V" CLASS** | | | | |
| Stolt Victor | 1977 | 30,899 | Company | Liberian |
| Stolt Viking | 1978 | 30,892 | Company | Liberian |
| **STOLT ASPIRATION CLASS** | | | | |
| Stolt Aspiration | 1987 | 12,219 | NYK Stolt | Liberian |
| Stolt Alliance | 1985 | 12,674 | NYK Stolt | Liberian |
| Stolt Taurus | 1985 | 12,749 | Company | Liberian |
| Stolt Titan | 1985 | 12,691 | Company | Liberian |
| Stolt Trader | 1995 | 12,458 | Barton | Panamanian |
| Stolt Infra | 1985 | 12,734 | Barton | Panamanian |
| Herefordshire | 1985 | 12,721 | Bibby | Panamanian |
| Stolt Cornwall | 1985 | 12,749 | Bibby | Panamanian |
| Stolt Sakra | 1984 | 12,775 | Company | Liberian |
| Stolt Accord | 1982 | 12,467 | NYK Stolt | Liberian |
| **TROJAN CLASS** | | | | |
| Stolt Trojan | 1996 | 15,313 | Barton | Panamanian |
| **TRIUMPH CLASS** | | | | |
| Stolt Kent | 1998 | 19,300 | Bibby | Isle of Man |
| Botany Triumph | 1997 | 19,299 | Barton | Panamanian |
| **NTOMBI CLASS** | | | | |
| Stolt Ntaba | 1991 | 13,946 | Unicorn | Panamanian |
| Ntombi | 1990 | 13,947 | Unicorn | Panamanian |
| **STOLT NYK ASIA PACIFIC** | | | | |
| **SERVICE IN STJS** | | | | |
| Stolt Kikyo | 1998 | 11,564 | NSSH | Liberian |
| **OTHER PARCEL TANKERS** | | | | |
| Stolt Puffin | 1993 | 5,758 | Company | Liberian |
| Bruce Park | 1992 | 13,940 | T/C by STJS | Panamanian |
| Stolt Hinyk | 1992 | 8,080 | Hikawa Stolt | Liberian |
| Stolt Hikawa | 1992 | 8,080 | Hikawa Stolt | Liberian |
| Stolt Egret | 1992 | 5,758 | Company | Liberian |
| Central Park | 1985 | 12,700 | T/C by STJS | Panamanian |
| Leopard | 1985 | 44,979 | T/C by STJS | Singapore |
| Tiger | 1985 | 44,979 | T/C by STJS | Singapore |
| Panther | 1985 | 44,979 | T/C by NYK | Singapore |
| Chemical Trader | 1981 | 45,881 | T/C by NYK | USA |
| Chemical Explorer | 1981 | 45,881 | T/C by STJS | USA |
| Luctor | 1991 | 40,349 | T/C by STJS | Singapore |
| **TOTAL IN STJS** | | 2,017,284 | | |
| (77 ships) | | | | |

**Parcel Tankers Outside the Stolt Tankers Joint Service**
**Operated and/or Controlled by Stolt Affiliates**
as of March 31, 2000

| | Year Built | DWT (Metric Tons) | Ownership(a) | Registry |
|---|---|---|---|---|
| **STOLT-NIELSEN INTER-EUROPE SERVICE** | | | | |
| Stolt Shearwater | 1998 | 5,498 | Company | Cayman Islands |
| Stolt Kittiwake | 1993 | 4,729 | Company | Cayman Islands |
| Stolt Guillemott | 1993 | 4,709 | Company | Cayman Islands |
| Stolt Cormorant | 1999 | 5,498 | Company | Cayman Islands |
| Stolt Kestrel | 1992 | 5,758 | Company | Cayman Islands |
| Stolt Petrel | 1992 | 4,794 | Company | Cayman Islands |
| Stolt Tern | 1991 | 4,794 | Company | Cayman Islands |
| Stolt Dipper | 1992 | 4,794 | Company | Cayman Islands |
| Stolt Kite | 1992 | 4,794 | Company | Cayman Islands |
| **STOLT-NIELSEN INTER-ASIA SERVICE** | | | | |
| Stolt Avocet | 1992 | 5,758 | Company | Cayman Islands |
| Innayah | 1988 | 7,705 | T/C by Company | Singapore |
| **STOLT NYK ASIA PACIFIC SERVICE** | | | | |
| Stolt Suisen | 1998 | 11,537 | NSSH | Liberian |
| Stolt Botan | 1998 | 11,553 | NSSH | Liberian |
| Stolt Azami | 1997 | 11,564 | NSSH | Liberian |
| Stolt Ayame | 1991 | 9,070 | NSSH | Liberian |
| Stolt Otome | 1990 | 7,715 | T/C by SNAPS | Panamanian |
| Stolt Azalea | 1988 | 7,582 | NSSH | Liberian |
| Stolt Lily | 1988 | 7,593 | NSSH | Liberian |
| Andhika Adhiraksha | 1986 | 6,958 | T/C by SNAPS | Panamanian |
| Stolt Magnolia | 1985 | 7,132 | NSSH | Panamanian |
| Stolt Sunrise | 1984 | 6,678 | NSSH | Liberian |
| Stolt Camellia | 1981 | 6,276 | NSSH | Panamanian |
| **STOLT NYK AUSTRALIA** | | | | |
| Stolt Australia | 1986 | 9,940 | SNAPL | Australian |
| **STOLT-NIELSEN INLAND TANKER SERVICE** | | | | |
| Alliantie | 1999 | 1,600 | T/C by Company | Dutch |
| Pax Montana | 1998 | 2,408 | T/C by Company | Dutch |
| Stolt Emden | 1980/1998 | 1,388 | Company | German |
| Stolt Madrid | 1994 | 1,560 | Company | Swiss |
| Stolt Oslo | 1994 | 1,556 | Company | Swiss |
| Stolt Prag | 1994 | 1,202 | Company | Dutch |
| Stolt Waal | 1993 | 2,095 | Company | Dutch |
| Stolt Somtrans | 1993 | 2,408 | T/C by Company | Dutch |
| Columbia | 1993 | 1,605 | T/C by Company | Dutch |
| Stolt Rom | 1993 | 2,156 | Company | Swiss |
| Stolt Wien | 1993 | 2,157 | Company | Swiss |
| Stolt Mosel | 1992 | 2,133 | Company | Dutch |
| Stolt Main | 1992 | 2,124 | Company | Dutch |
| Stolt Neckar | 1992 | 2,095 | Company | Dutch |
| Stolt Maas | 1992 | 2,096 | Company | Dutch |
| Challenger | 1992 | 1,605 | T/C by Company | Dutch |
| Oranje Nassau | 1992 | 2,408 | T/C by Company | Dutch |
| Stolt Hamburg | 1992 | 1,283 | Company | Dutch |
| Stolt Basel | 1992 | 2,404 | Company | Dutch |
| Stolt Lausanne | 1992 | 2,359 | Company | Swiss |
| Diersbuettel | 1992 | 2,103 | Company | Swiss |
| Stolt Tolerantic | 1999 | 1,500 | T/C by the Company | Dutch |
| Stolt Paris | 1991 | 2,103 | Company | Swiss |
| Enterprise | 1991 | 1,608 | T/C by the Company | Dutch |
| Stolt Rotterdam | 1990 | 1,993 | Company | Dutch |

19

| | Year Built | DWT (Metric Tons) | Ownership(a) | Registry |
|---|---|---|---|---|
| Turbulentie . . . . . . . . . . . . . . . . . . . . . . . | 1986/1990 | 1,777 | Company | Dutch |
| Stolt Koeln . . . . . . . . . . . . . . . . . . . . . . . | 1989 | 1,701 | Company | German |
| Stolt Berlin . . . . . . . . . . . . . . . . . . . . . . . | 1987 | 3,199 | Company | Swiss |
| Reesenbuettel . . . . . . . . . . . . . . . . . . . . | 1987 | 3,153 | Company | Swiss |
| Stolt London . . . . . . . . . . . . . . . . . . . . . . | 1985 | 1,335 | Company | Dutch |
| Brunsbuettel . . . . . . . . . . . . . . . . . . . . . . | 1985 | 3,000 | Company | Dutch |
| Stolt Antwerpen . . . . . . . . . . . . . . . . . . . | 1984 | 1,600 | Company | Dutch |
| Stolt Hoechst . . . . . . . . . . . . . . . . . . . . | 1980 | 1,366 | Company | Swiss |
| **Total Outside STJS** | | | | |
| (56 ships) . . . . . . . . . . . . . . . . . . . . . . | | 227,509 | | |
| **GRAND TOTAL** | | | | |
| (133 ships) . . . . . . . . . . . . . . . . . . . . | | 2,463,801 | | |

Notes:

"NYK Stolt" means NYK Stolt Tankers, S.A., which is 50%-owned by the Company.

"Sunship AB" means Rederi AB Sunship.

"T/C" means Time-Chartered.

"Barton" means Barton Shipping.

"Bibby" means Bibby Line.

"Unicorn" means Unicorn Tankers.

"Hikawa Stolt" means Hikawa Stolt Tankers Inc., which is 50%-owned by the Company.

"NSSH" means NYK Stolt Shipholding Inc., which is 50%-owned by the Company.

"SNAPS" means Stolt NYK Asia Pacific Services Inc., which is 50%-owned by the Company.

"SNAPL" means Stolt NYK Australia Pty. Ltd., which is 50%-owned by the Company.

(1) Certain of the Company's parcel tankers are subject to ship mortgages. See Note 13 to the Company's 1999 Consolidated Financial Statements.

**Fleet of Stolt Offshore**

SO operates one of the world's most advanced fleets of subsea construction support and flowline lay ships from which the majority of SO's subsea activities are performed. The following table describes SO's major assets, as of April 30, 2000:

| Name | Capabilities | Year Built/ Major Upgrade | ROVs | Length overall (meters) | Owned/ Chartered |
|---|---|---|---|---|---|
| **Construction Support Ships** | | | | | |
| *Seaway Harrier* . . . . . . . . . . . . | Subsea construction | 1985 | 1 | 84 | Owned(1) |
| *Seaway Hawk* . . . . . . . . . . . . . | Subsea construction | 1978 | — | 93 | Owned(1) |
| *Seaway Osprey* . . . . . . . . . . . . | Flexible flowline and umbilical lay, accepts coiled tubing, straightener for tubing, stern roller | 1984/1992/1996 | 2 | 102 | Owned(1) |
| *Seaway Eagle* . . . . . . . . . . . . . | Flexible flowline lay, multi-purpose subsea construction | 1997 | 2 | 140 | Owned(1) |
| *Seaway Legend* . . . . . . . . . . . . | ROV and hardsuit diving support, subsea construction | 1985/1998 | 2 | 73 | Owned(1) |
| *Discovery* . . . . . . . . . . . . . . . . | Flexible flowline lay, subsea construction | 1990 | 1 | 120 | Chartered(2) |
| *Seaway Kingfisher* . . . . . . . . . . | Diverless inspection, repair and maintenance | 1990/1998 | 2 | 90 | Chartered(3) |
| *Stephaniturm* . . . . . . . . . . . . . | Diving support, light construction | 1978/1994/1995 | 1 | 73 | Chartered(4) |
| *Seaway Explorer* . . . . . . . . . . . | Trenching ship | 1984 | — | 80 | Owned |
| **Flowline Lay Ships** | | | | | |
| *Seaway Condor* . . . . . . . . . . . . | Flexible flowline and umbilical lay, module handling system, trenching | 1982/1994/1999 | 2 | 141 | Owned(1) |

| Name | Capabilities | Year Built/ Major Upgrade | ROVs | Length overall (meters) | Owned/ Chartered |
|------|-------------|---------------------------|------|-------------------------|------------------|
| Seaway Falcon ............ | Rigid and flexible flowline and umbilical lay | 1976/1995/1997 | 2 | 162 | Owned(1) |
| Seaway Polaris ............ | Deepwater derrick/pipelay barge | 1979/1991/1996/ 1999 | — | 137 | Chartered(5) |
| Seaway Kestrel............. | Rigid reel lay ship | 1976/1991/1995 | — | 99 | Owned |
| **Survey / IRM Ships** | | | | | |
| Seaway Commander ........ | Survey | 1967/1982/1988 | 2 | 75 | Chartered(6) |
| Seaway Defender ........... | ROV and hardsuit diving support, subsea construction | 1976 | 1 | 67 | Owned(1) |
| Seaway Pioneer ............ | ROV and hardsuit diving support, subsea construction | 1966/1996 | 1 | 64 | Owned(1) |
| Seaway Invincible.......... | ROV support, subsea construction | 1971 | — | 71 | Owned |
| Seaway Rover ............. | ROV support, subsea construction | 1966/1972/1983/ 1991 | — | 71 | Owned |
| **Construction Ships** | | | | | |
| American Pride ........... | Four-point anchor system | 1977/1992 | — | 59 | Owned(1) |
| American Patriot ......... | Four-point anchor system, 40-ton crane | 1962/1997 | — | 50 | Owned(1) |
| American Constitution ....... | Four-point anchor system, saturation diving, moonpool | 1974 | — | 64 | Owned(1) |
| American Eagle ........... | Four-point anchor system | 1976 | — | 50 | Owned(1) |
| American Independence ...... | Four-point anchor system | 1970 | — | 52 | Owned(1) |
| American Recovery .......... | Tug, diving support | 1965/1995 | — | 43 | Owned(1) |
| American Star ............. | Four-point anchor system, saturation diving | 1967/1998 | — | 53 | Owned(1) |
| American Triumph ......... | Four-point anchor system | 1965/1997 | — | 53 | Owned(1) |
| American Victory .......... | Four-point anchor system | 1976/1997 | — | 50 | Owned(1) |
| American Liberty ......... | Four-point anchor system | 1974 | — | 33 | Owned |
| American Scout ........... | Diving support | 1978 | — | 34 | Owned |
| Pipeline Surveyor ........ | Diving support | 1965/1996 | — | 33 | Owned |
| American Diver ........... | Diving support | 1964 | — | 33 | Owned |
| American Endeavor ........ | Utility tug, ROV support | 1962 | — | 20 | Owned |
| **Heavy Lift Ships and Barges** | | | | | |
| Stanislav Yudin ........... | Heavy lift, 2,500-ton crane | 1985 | — | 183 | Chartered(7) |
| NTL 900 (Nan Tian Long) ..... | Derrick barge | 1992 | — | 100 | Chartered(8) |
| Annette ................. | Pipelay barge, marine construction | 1972/1989/1997 | — | 61 | Owned |
| Arwana ................. | Pipelay barge | 1998 | — | 70 | Owned |
| Jasamarine V (ex Sin Thai Hin IV) | Flat top barge fitted out for inshore diving/construction | 1978 | — | 55 | Owned |
| CBL 101 ................. | Pipelay barge | 1977/1984/1997 | — | 85 | Owned |
| DLB 801 ................. | Derrick lay barge | 1978/1980/1989 | — | 107 | Chartered(9) |
| LB 200 .................. | Lay barge | 1975/1996 | — | 168 | Owned |
| **Tugs and Other** | | | | | |
| APM 205 ................. | Barge | 1966/1997 | — | 61 | Owned |
| DB 1 ................... | Barge | 1956 | — | 91 | Owned |
| PL 6 ................... | Barge | 1969 | — | 61 | Owned |
| Golek ................... | Transport barge | 1983/1992 | — | 46 | Owned |
| Polka .................. | River tug and anchor handler | 1971 | — | 12 | Owned |

(1) Subject to mortgage under SO's current credit facilities.

(2) Chartered from Friary Ocean Surveyor NV through September 2002, with options to extend through 2011 and with options to purchase.

(3) Chartered from Kingfsher DA in which the Company has a 50% ownership, for five years starting in 1998, with options to extend through December 2013 and with options to purchase.

(4) Chartered from Horizon Offshore from March 2000 through March 2001 with options to extend.

(5) Chartered from Groupe GTM through December 2010 with option to purchase.

(6) Chartered from DSND Shipping A/S through December 2000 with option to extend through December 2001.

(7) Chartered to SHL by a subsidiary of the ship's owner, LKMN, through October 2001 with a possibility for extensions.

(8) Chartered from Guangzhou Salvage Co., Ltd through October 2000 with options to extend through 2003.

(9) Chartered from Groupe GTM through December 2010 with option to purchase.

## Other Properties

In addition to owned or leased office space, the Company owns or holds under long-term leases the following real property in connection with SNTG:

| Facility | Owned | Leased | Debt Outstanding (as of 3/31/00) |
|---|---|---|---|
| | (acres) | | ($000) |
| Perth Amboy | 155 | — | $25,000 |
| Chicago | — | 178 | — |
| Houston | 249 | — | 80,163 |
| Santos | 14 | — | 2,835 |
| Singapore tank container depot | — | 4 | — |
| Rotterdam pier | — | 3 | — |

Stolt Offshore owns or holds under long-term leases real estate property as described below:

| | Office Space (square meters) | Work or Storage Space or Land (square meters) | Status |
|---|---|---|---|
| Aberdeen, Scotland | 12,276 | 102,095 | Owned/Leased |
| Baku, Azerbaijan | 66 | — | Leased |
| Buenos Aires, Argentina | 100 | — | Leased |
| Columbus, Ohio | 279 | 8,614 | Leased |
| Dhahran, Saudi Arabia | 330 | 750 | Leased |
| Dundee, Scotland | — | 8,234 | Leased |
| Houston, Texas | 4,208 | 15,489 | Owned/Leased |
| Jakarta, Indonesia | 915 | 601 | Leased |
| Killingoy, Norway | 60 | 11,150 | Leased |
| Kristiansund, Norway | 120 | 800 | Leased |
| Lagos, Nigeria | 200 | — | Leased |
| Lobito, Angola | 5,945 | 554,431 | Leased |
| Luanda, Angola | 53 | 690 | Leased |
| Macae City, Brazil | 1,286 | 3,683 | Owned/Leased |
| Marseille, France | 1,005 | 416 | Leased |
| Nanterre, France | 13,200 | — | Leased |
| New Orleans, Louisiana | 305 | 56,658 | Leased |
| Oxnard, California | 929 | 6,643 | Leased |
| Perth, Australia | 1,456 | 3,818 | Leased |
| Porth Gentil, Gabon | 305 | 5,070 | Leased |
| Port Harcourt, Nigeria | 400 | 300 | Leased |
| Port of Fourchon, Louisiana | 650 | 74,240 | Leased |
| Port of Iberia, Louisiana | 1,796 | 95,688 | Leased |
| Rio de Janeiro, Brazil | 295 | — | Leased |
| Rotterdam, The Netherlands | 1,400 | 30,000 | Leased |
| Sharjah, United Arab Emirites | 1,579 | 129,502 | Leased |

| | Office Space (square meters) | Work or Storage Space or Land (square meters) | Status |
|---|---|---|---|
| Singapore . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 928 | 4,606 | Leased |
| Stavanger, Norway . . . . . . . . . . . . . . . . . . . . . . . . | 5,900 | 200 | Leased |
| Tchengue, Gabon . . . . . . . . . . . . . . . . . . . . . . . . . | 1,486 | 129,502 | Leased |
| Teeside, England . . . . . . . . . . . . . . . . . . . . . . . . | 1,100 | 30,000 | Leased |
| Vancouver, Canada . . . . . . . . . . . . . . . . . . . . . . | 1,161 | 785 | Leased |
| Warri, Nigeria . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,765 | 222,582 | Leased |

**Item 3. Legal Proceedings**

The French government has investigated Stolt Comex Seaway S.A. of France alleging violations of French labor and social security legislation, which resulted during 1998 in a condemnation by the French Supreme Court of Stolt Offshore France and two of its former directors. In addition, a number of former and present employees have started civil proceedings against certain subsidiaries of the Company alleging loss of employment and social security benefits.

Some of the proceedings have resulted in judgments. Some of the judgments have been appealed. While SO believes that its subsidiaries have meritorious defenses in the unresolved cases, there can be no certainty as to the number of claims which may be brought or the amount for which SO may eventually be liable with respect thereto. Comex S.A., a former shareholder of Comex Services S.A. ("Comex"), in an agreement with SNSA executed on June 5, 1992 for the sale of Comex, agreed to indemnify SO with respect to certain aspects of the foregoing. There can be no assurance, however, as to the amount which SO may ultimately recover from Comex S.A. pursuant to such indemnity. No specific provision has been made for damages.

Coflexip S.A. has commenced legal proceedings against three subsidiaries of Stolt Offshore claiming infringement of a certain patent relating to flexible flowline laying technology in the U.K. Judgement was given on January 22, 1999 and January 29, 1999. The disputed patent was held valid. SO has appealed. SO has provided in the financial statements an amount to cover the estimated liability for Coflexip S.A.'s legal costs in the litigation. No provision has been made for damages. The extent of liability for damages, if any, to Coflexip S.A. for patent infringement in the U.K. is unknown at this stage.

In September 1999, SO terminated its charter of the ship, *Toisa Puma*, for default. SO is currently in arbitration with the owners who are contesting that the termination was wrongful. No provision has been made in the financial statements as SO believes that it had the right to terminate the charter under the charterparty agreement.

SO is party to various other legal proceedings arising in the ordinary course of business. SO believes that such legal proceedings will not have a material effect on SO's business or financial condition.

## Item 4. Control of Registrant

Stolt is not, directly or indirectly, owned by another corporation or by any government. There are no arrangements known to the Company, the operation of which may at a subsequent date result in a change in control of Stolt.

Set out below is information concerning the share ownership of all persons who owned beneficially 10% or more of the Stolt's Common Shares and Class B Shares, and the beneficial ownerships of all directors and executive officers of the Company, as a group, as of April 30, 2000:

| Name of Beneficial Owner or Identity of Group | Number of Common Shares Owned | Percentage of Class | Number of Class B Shares Owned | Percentage of Class |
|---|---|---|---|---|
| Fiducia Ltd., which is owned by Trusts of which the Stolt-Nielsen Family are Beneficiaries . . . . . . . . . | 20,677,799 | 85.5% | 6,498,830(a) | 21.4% |
| Nippon Yusen Kaisha Ltd. ("NYK") . . . . . . . . . . . . . . . . . . | 3,000,000 | 12.4% | 2,500,000 | 8.2% |
| Directors and executive officers as a group excluding Jacob Stolt-Nielsen, Jacob B. Stolt-Nielsen and Niels G. Stolt-Nielsen (8 persons) . . . . . . . . | — | — | 262,597 | 0.9% |

(a) Includes aggregate of 171,474 Class B Shares owned by Jacob Stolt-Nielsen and members of his immediate family, including Jacob B. Stolt-Nielsen and Niels G. Stolt-Nielsen.

All of the 7,970,864 Founder's Shares outstanding as of April 30, 2000 are owned by Mr. Stolt-Nielsen. As a result of the ownership of the Founder's Shares, and his beneficial ownership of Common Shares noted above, Mr. Stolt-Nielsen and his family control 89.1% of Stolt's outstanding voting securities.

As of April 30, 2000, SNTG Ltd. owned 7,688,810 Common Shares. Under applicable provisions of the Luxembourg Company Law, these shares remain outstanding but are not entitled to vote. In computing earnings per Common Share and Class B Share, these shares are treated as a reduction of outstanding shares. The cost of these shares is being accounted for similar to treasury stock, as a deduction from shareholders' equity.

## Item 5. Nature of Trading Market

Stolt's Common Shares are principally traded in the U.S. in the over-the-counter market. The Common Shares are quoted through the National Market System of NASDAQ under the symbol STLTF. Stolt's Class B Shares are listed on the Oslo Stock Exchange under the symbol SNIB and American Depositary Shares ("ADSs"), each of which represents one Class B Share, are quoted through NASDAQ under the symbol STLBY. Trading in the Class B Shares and ADSs commenced in February 1996 and January 1996, respectively. The following table sets out, for the periods indicated, the range of high and low closing sales prices for the Common Shares, the ADSs, each equivalent to one Class B Share, and the Class B Shares.

| | Common Shares | | ADSs Class B Shares Equivalent | | Oslo Stock Exchange Class B Shares | |
|---|---|---|---|---|---|---|
| **2000** | High | Low | High | Low | High | Low |
| 1st  Quarter | 18.750 | 11.750 | 19.250 | 14.625 | NOK 160.00 | NOK 120.00 |
| 2nd Quarter | 19.875 | 15.250 | 20.500 | 16.250 | 180.00 | 145.00 |
| (to May 12, 2000) | | | | | | |
| **1999** | High | Low | High | Low | High | Low |
| 1st  Quarter | $12.750 | $ 9.000 | $12.250 | $ 9.875 | NOK  95.00 | NOK   73.00 |
| 2nd Quarter | 14.500 | 10.500 | 15.938 | 11.750 | 127.50 | 96.00 |
| 3rd Quarter | 16.750 | 12.750 | 19.250 | 14.750 | 148.00 | 118.00 |
| 4th Quarter | 15.875 | 11.875 | 18.063 | 14.375 | 145.00 | 122.00 |
| **1998** | High | Low | High | Low | High | Low |
| 1st  Quarter | $22.375 | $17.125 | $23.500 | $17.625 | NOK 170.00 | NOK 138.00 |
| 2nd Quarter | 20.625 | 17.250 | 20.375 | 17.750 | 152.00 | 137.00 |
| 3rd Quarter | 18.750 | 10.500 | 19.000 | 10.000 | 147.00 | 90.00 |
| 4th Quarter | 14.625 | 10.375 | 13.500 | 9.500 | 97.50 | 75.00 |

As of March 1, 2000 (the record date for voting at the Annual General Meeting), 500,879 Common Shares, representing 2.1% of the outstanding Common Shares, were registered in the names of 63 shareholders having U.S. addresses (although some of such shares may be held on behalf of non-U.S. persons). The Common Shares were held by a total of 295 shareholders of record. Based on communications with banks and securities dealers who hold Stolt's Common Shares in street name for individuals, the Company estimates that the number of beneficial owners of the Common Shares is approximately 2,300. The Company knows of no significant trading market outside the U.S. for the Common Shares. The Company might seek to de-list the Common Shares.

As of March 1, 2000, there was a total of 9,549,406 ADSs of which 9,523,073 were registered in the names of 111 shareholders having U.S. addresses (although some of such ADSs may be held on behalf of non-U.S. persons). Based on communications with banks and securities dealers who hold Stolt's ADSs in street name for individuals, the Company estimates that the number of beneficial owners of ADSs is approximately 2,100. As of such date the ADSs represented 31.3% of the outstanding Class B Shares of Stolt. The depository for the ADSs is Citibank, N.A.

All of the Class B Shares (including ADSs) are registered in the Verdipapirsentralen system in Norway. As of March 1, 2000, excluding the Class B Shares held represented by ADSs and Class B Shares held by Fiducia Ltd., and Nippon Yusen Ltd., it is estimated that the free float of Class B Shares traded on the Oslo Stock Exchange is 12,006,694 registered in the names of 760 shareholders.

### Item 6. Exchange Controls and Other Limitations Affecting Security Holders

#### Exchange Controls

The Company has been advised by Messrs. Elvinger, Hoss & Prussen, Luxembourg counsel to the Company, that at the present time there are no exchange controls in existence in Luxembourg which would restrict the export or import of capital, including but not limited to, foreign exchange controls, or affect Stolt's ability to make payments of dividends, interest or other amounts to non-resident holders of Common Shares or Class B Shares.

#### Limitations Affecting Shareholders

Stolt's Articles of Incorporation (the "Articles") provide restrictions on the shareholdings of certain persons. In particular, the Articles provide that the following restrictions shall apply to Persons (defined to include any individual, firm, corporation, or other entity, and certain associates and affiliates thereof) who

became shareholders on or after September 1, 1987: (i) no one U.S. Person (including any person who is a citizen or resident of the U.S., a corporation organized under the laws of the U.S., or any State thereof, a corporation organized under the laws of any other jurisdiction whose shares are owned by U.S. Persons, a partnership organized under the laws of any State of the U.S. and certain trusts and estates) may own, directly or indirectly, more than 9.9% of Stolt's outstanding shares; (ii) all shareholders who are U.S. Persons may not own, directly or indirectly, more than 49% (including for these purposes shares held by Persons who were shareholders prior to September 1, 1987) of Stolt's outstanding shares in the aggregate; (iii) no more than 49.9% (including for these purposes shares held by Persons who were shareholders prior to September 1, 1987) of Stolt's shares shall, in the aggregate, be owned by either Norwegian Persons (including any person who is a citizen or resident of Norway, a corporation, partnership, association, or other entity organized or created under the laws of Norway, an estate or trust subject to Norwegian income tax without regard to the source of its income and any corporation or partnership organized or created under the laws of any jurisdiction outside of Norway if any of its shareholders or partners are, directly or indirectly, Norwegian Persons as so defined) or Swedish Persons (including any person who is a citizen or resident of Sweden, a corporation, partnership, association, or other entity organized or created under the laws of Sweden, an estate or trust subject to Swedish income tax without regard to the source of its income and any corporation or partnership organized or created under the laws of any jurisdiction outside of Sweden if any of its shareholders or partners are, directly or indirectly, Swedish Persons as so defined); and (iv) no Person may own, directly or indirectly, more than 20% of Stolt's outstanding shares unless a majority of the Board shall have approved such shareholding in advance.

In addition, the Board is authorized to restrict, reduce or prevent the ownership of Stolt's shares if it appears to the Board that such ownership may threaten the Company with "imminent and grave damage". Luxembourg Company Law does not provide a specific definition of imminent and grave damage, but instead leaves the interpretation of the phrase within the Board's discretion. The Company has been advised by its Luxembourg counsel, Elvinger, Hoss & Prussen, that there are no Luxembourg judicial interpretations of the phrase, but that situations involving hostile takeovers, adverse tax consequences to the Company or governmental sanctions are likely to be among the situations covered by such phrase.

In order to enforce the foregoing restrictions, the Articles empower the Board to take certain remedial action including causing Stolt: (i) to decline to register any prohibited transfer; (ii) to decline to recognize any vote of a shareholder precluded from holding shares; (iii) to require any shareholder on Stolt's Register of Shareholders or any prospective shareholder to provide information to determine whether such person is precluded from holding shares; and (iv) upon the issuance of a notice, to require the sale of shares to Stolt at the lesser of (A) the amount paid for the shares if acquired within the twelve months immediately preceding the date of the notice, and (B) the last quoted price for the shares on the day immediately preceding the day on which the notice is served (provided that the Board may in its discretion pay the amount calculated under (B) in situations where (A) would otherwise apply and result in a lower purchase price, if the Board determines it equitable after taking into account specified factors) and to remove the name of any shareholder from the Register of Shareholders immediately after the close of business on the day the notice is issued and payment is made available.

Stolt's form of share certificate requires a certification to be made upon the transfer of ownership regarding the citizenship of the transferee. The certification is intended to assist Stolt in enforcing the restrictions described above.

There are no limitations imposed by Luxembourg law on the rights of non-resident Stolt shareholders to hold or vote their shares.

**Item 7. Taxation**

**U.S. Taxation**

U.S. corporations, citizens, and residents will be subject to U.S. income taxation on dividends and other distributions paid by Stolt and on any gains derived from the sale of Stolt's Common Shares and

Class B Shares (and ADSs). Because Stolt is classified as a "foreign personal holding company" under U.S. tax law, U.S. shareholders will also be taxed on their share of any undistributed "foreign personal holding company income". Subject to compliance with certain restrictions contained in the Company's credit agreements limiting its ability to pay dividends, Stolt intends to distribute any such income it may receive. In addition, upon the death of any shareholder, such shareholder's estate will not be entitled to a step-up in basis which might otherwise be available but for Stolt's status as a foreign personal holding company.

## Luxembourg Taxation

Other than certain former Luxembourg residents, current Luxembourg residents and those nonresidents who maintain a permanent establishment in Luxembourg with which the holding of Stolt shares is connected, Stolt shareholders are not subject to taxation in Luxembourg.

## Item 8. Selected Financial Data

The information under the caption "Selected Consolidated Financial Data" on page 18 of the Company's 1999 Annual Report filed with the Securities and Exchange Commission on Form 6-K is incorporated herein by reference.

## Dividends

The following table shows the total dividend payments per Common Share, Class B Share, and Founder's Share made during the fiscal years indicated.

| Class of Stock | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|
| Common | $0.370 | $0.250 | $0.500 | $0.500 | $0.375 |
| Class B | — | $0.250 | $0.500 | $0.500 | $0.375 |
| Founder's | $0.010 | $0.005 | $0.005 | $0.005 | $0.005 |

The above figures have been consistently restated to reflect the Class B Share distribution on December 29, 1995.

The 1999 figures represent the interim and final dividend for 1998. An interim dividend for 1999 of $0.125 per Common Share and per Class B Share and $0.005 per Founder's Share was declared on November 15, 1999 and paid on December 15, 1999. In addition the shareholders at Stolt's Annual General Meeting held on April 13, 2000 approved a final dividend for 1999 of $0.125 per Common Share and per Class B Share which was paid on May 18, 2000 to shareholders of record as of May 2, 2000. This final dividend payment for 1999 brings the total dividend to be paid in fiscal 2000 to $0.25 per Common Share and per Class B Share and $0.005 per Founder's Share.

## Item 9. Management's Discussion and Analysis of Results of Operations and Financial Condition

The information included under the caption "Management's Discussion and Analysis" on pages 9 through 17 of the Company's 1999 Annual Report filed with the Securities and Exchange Commission on Form 6-K is incorporated herein by reference.

## Recent Developments

In February 2000, the Company completed its Exchange Offer of one Class B Share for each outstanding Common Share. As a result of the Exchange Offer, 7.8 million Common Shares were exchanged for Class B Shares, leaving approximately 0.5 million publicly held Common Shares. The Company might seek to de-list the Common Shares.

*Stolt-Nielsen Transportation Group*

SNTG reported income from operations rose to $19.5 million for the three months ending February 29, 2000, from $12.2 million for the three months ending February 28, 1999 as a result of stronger markets. Income from operations for SNTG's parcel tanker division increased to $9.0 million from $4.8 million in the first quarter of 1999 as increased volumes were largely offset by higher bunker costs. The tank container division's income from operations increased to $4.9 million from $3.8 million in the first quarter of 1999 as the economies of Asia Pacific and Latin America continue to improve. SNTG's terminal division's income from operations increased to $5.6 million from $3.6 million in the first quarter of 1999 as results improved in all terminals including the joint ventures in Asia Pacific.

*Stolt Offshore*

Before minority interests, SO reported a net loss of $15.7 million for the three months ending February 29, 2000 compared with, a profit of $0.6 million for the three months ending February 28, 1999. The first quarter 2000 loss includes a loss of $10.1 million resulting from severe weather conditions experienced in the North Sea and unforseen soil conditions in Asia Pacific. An additional loss of $6.1 million has been recorded during the second quarter.

In May 2000, SO announced its plans to refinance its existing major banking arrangements with a new $400 million revolving credit facility. One of the goals of the refinancing is to provide SO with increased flexibility in the financial covenants. In addition to the bank refinancing, the Company will make an additional investment in SO of $100 million through the purchase of 9.43 million SO Class A Shares.

*Stolt Sea Farm*

SSF income from operations for the three months ending February 29, 2000, improved to $10.1 million from $0.5 million for the three months ending February 28, 1999. Salmon operations in North America and Norway both benefited from higher prices, lower costs, and increased volumes. Salmon operations in the UK also showed a marked improvement and SSF's operations in Iberia and Asia continued to deliver strong results.

Overall, the Company reported net income for the first quarter of 2000 of $30.0 million on net operating revenue of $499.4 million. Included within this is a gain of $32.5 million from the dilution in Stolt's interest in SO. This compares to net income of $7.7 million on net operating revenue of $407.4 million in the first quarter of 1999 which included a gain of $3.8 million from the sale of SNTG's tank container leasing assets.

In March, the Company announced the formations of OLL, which will provide an open logistics system for bulk materials, and PSL, which will offer an Internet-based total marine procurement system.

In May 2000, the Company announced it is considering listing SSF on the Oslo Stock Exchange. The listing is likely to take place in the near future and will be accompanied by an initial public offering in Norway, and a private placement in the U.S. for a total of about 25 percent of SSF's equity. A final decision to proceed will be subject to approval by the Stolt and SSF Boards of Directors and market conditions.

**Year 2000 Issue**

In 1997, the Company established a company-wide initiative to identify, evaluate, and address Year 2000 issues covering the information technology systems and applications used in its five businesses. In addition, the project included a review of the Year 2000 compliance efforts of key suppliers, customers, and other principal business partners. To date, the Company has not experienced significant systems problems relative to the turn of the millenium. However, there can be no assurances that the Company, or its suppliers, customers or other principal business partners will not experience significant systems problems during fiscal 2000 or thereafter, nor whether such problems, if they occur, could have a material adverse effect on the Company's operations.