The Company incurred approximately $1.2 million in expenses through the end of fiscal 1999 in connection with the efforts on Year 2000 issues. The Company, at this time, does not anticipate any significant costs in fiscal 2000 or thereafter relative to Year 2000 compliance.

## Forward-Looking Statements

This Report contains certain "forward-looking statements" within the meaning of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements include, but are not limited to, statements included or incorporated by reference herein in the subsections of the "Management's Discussion and Analysis of Results of Operations and Financial Condition" entitled "General Business Environment," "Results of Operations," "Liquidity and Capital Resources," "Euro," "Year 2000 Issue," "Market Risk," "Factors Affecting Revenues and Costs," "Environmental and Regulatory Compliance" and "Future Adoption of New Accounting Standards." In addition, this Report contains forward-looking statements relating to the Company's performance in the "Description of Business" section. Actual and future results and trends could differ materially from those set forth in such statements due to various factors. Such factors include, among others: general economic and business conditions; industry capacity; industry trends; competition; asset operational performance; raw material costs and availability; currency fluctuations; disease and other natural causes; immaturity of aquaculture technology; the loss of any significant customers; changes in business strategy or development plans; availability, terms and deployment of capital; availability of qualified personnel; changes in, or the failure or inability to comply with, government regulations; adverse weather conditions; and other factors referenced in this Report particularly under "Factors Affecting Revenues and Costs."

## Factors Affecting Revenues and Costs

### Stolt-Nielsen Transportation Group

#### Demand

Demand for SNTG's services is dependent on the condition and growth of the worldwide economy and trade patterns for the products shipped and stored. Factors impacting this include overall demand for products SNTG carries and stores, location of the production of the products carried and stored in relation to location of demand for these products, currency fluctuations, import/export tariffs and other trade restrictions, and current spot and future prices of the products SNTG carries and stores. Any general economic slowdown could also have an adverse effect on the level of the provision of those services and therefore upon SNTG. There can be no assurances that such downturns will not occur in the future.

#### Supply and Competition

Available supply of the same and similar services will impact SNTG's results.

The supply of parcel tankers is influenced by the number of new ships delivered into the market, scrappings, and industry regulation of maritime transportation practices. Scrapping rates are also impacted by the rates achieved in the market, condition of ships, and quality standards set by customers. For certain products carried (usually larger commodity type products rather than specialty chemicals), parcel tankers may face competition from some of the most sophisticated product tankers, therefore the supply and utilization of product tankers may also impact the parcel tanker market.

SNTG's tank container operations compete with other tank container operators, shipper-owned tank containers, barrel drums, liquid bags, and, on land, with truck and rail tank cars. The supply of tank containers is influenced by the number of tank containers constructed and industry regulations.

SNTG's terminal operations compete with other independent terminal operators as well as the terminal operations directly owned by its chemical and other bulk liquid customers.

29

*Weather*

Inclement weather conditions may impact the SNTG's operational performance. In addition, the river parcel tanker operations may be impacted by high and low water levels.

*Trade Lane Closures*

Global ocean transportation is dependent upon unrestricted passage through major canals or straits including, but not limited to, the Panama Canal, the Suez Canal, and the Malacca Straits. Interruption or restrictions on the passage of ships through any of these trade lanes can have an impact on SNTG results.

*Inter-relationship of Contract and Spot Market*

Typically, approximately 60% of SNTG's parcel tanker business is done under a long-term contract basis with customers and approximately 40% is spot. SNTG's ability to renew contracts at favorable rates is dependent on the current, and customers' outlook on future, spot prices.

*Loss of Major Customers*

While SNTG has a broadly diversified customer base, the loss of a major customer can impact results. Parcel tanker and tank container assets are typically utilized in servicing a wide variety of customers. SNTG's terminal facilities also service a wide variety of customers on both long-term and short-term bases. While on occasion, storage tank buildings have been undertaken for speculative business, most are built to suit customer needs and contract terms.

*Newbuilding Program*

Under the newbuilding contracts, SNTG is required to make progress payments during the construction of the ship. SNTG has refund guarantees from financial institutions with respect to such progress payments in the event that the newbuildings are not delivered by the shipyard and accepted by SNTG. Out-of-pocket expenses incurred, such as the cost of site team travel and lodging and legal fees, are not guaranteed and should the shipyard go bankrupt, SNTG will be unlikely to recover these expenses. Should any of the shipyards fail to deliver any of the newbuildings, SNTG may have to pay higher prices to order similar newbuildings from other shipyards. Failure to obtain delivery of the ships in a timely manner may also impact the optimal operational scheduling of ships within SNTG's fleet.

*Fuel*

Ship bunker fuel constitutes one of the major operating costs of SNTG's parcel tanker fleet. Since 1987, the average annual cost of bunker fuel purchased by SNTG has varied between approximately $78 and $113 per ton. In 1999, with an average cost of approximately $94 per ton, bunker fuel constituted approximately 13% of fleet operating costs.

SNTG is able to pass a substantial portion of these fuel price fluctuations through to its customers. Approximately 60% of SNTG's total parcel tanker volume is carried under long-term contracts; about half of these include provisions intended to pass through fuel price fluctuations. The remaining cargo volume is carried under spot contracts at freight rates that are affected by prevailing fuel prices.

*Percentage-of-Completion Voyage Accounting*

In SNTG's parcel tanker operations, most revenue is recognized on a percentage-of-completion basis, based on the ratio of costs incurred to the total estimated costs at completion. Voyage revenues and gross profit may be adjusted in subsequent reporting periods from those originally reported in prior periods. To the extent that these adjustments result in a reduction or elimination of previously reported profits, SNTG

would recognize a charge against current earnings that may be significant depending on the size of the voyage or the adjustment.

## Stolt Offshore

### Industry Conditions

Demand for SO's subsea services depends upon the condition of the oil and gas industry and particularly upon capital expenditure budgets of the companies engaged in the exploration, development and production of offshore oil and gas. The prices of oil and gas and their uncertainty in the future, along with forecasted growth in world oil and gas demand, will strongly influence the extent of offshore exploration and development activities. Offshore oil and gas field capital expenditures also are influenced by the sale and expiration dates of offshore leases, the discovery rate of new oil and gas reserves in offshore areas, local and international political and economic conditions, and the ability of oil and gas companies to access or generate capital. These factors are beyond the control of SO.

### Operating Risks

Subsea services involve operational risk and is increasingly dependent on large, expensive, special-purpose ships and equipment. Hazards, such as ships capsizing, sinking, grounding, colliding, and sustaining damage from severe weather conditions are inherent in the marine operations of subsea services. These hazards can cause personal injury and loss of life, severe damage to, and destruction of property and equipment, pollution or environmental damage, and suspension of operations. All employees engaged in SO's offshore operations are covered by provisions of local and maritime laws, which generally provide that employees or their representatives can bring actions against SO for damages for job-related injuries. In addition, although SO generally seeks to obtain indemnity agreements whenever possible from its customers requiring such customers to hold SO harmless in the event of structural damage, loss of production or liability for pollution that originates below the water surface, when obtained such contractual indemnification does not generally cover liability resulting from the gross negligence or willful misconduct of or violation of law by employees or subcontractors of SO and may not in all cases be supported by adequate insurance maintained by the customer.

### Contract Bidding Risks

Reflecting market practice, a significant proportion of SO's business is performed on a fixed-price or turnkey basis. Gross profits realized on such contracts vary, sometimes substantially, from the estimated amounts because of changes in offshore job conditions, the risks inherent in marine construction and variations in labor and equipment productivity from those originally projected, and significant losses can result from performing fixed-price or turnkey contracts. Under such contracts, SO also typically bears a proportion of the risk of delays and extra costs caused by adverse weather conditions or other circumstances.

On some projects SO may be performing work under joint venture agreements where SO and its partner are jointly and severally liable towards the customer for the performance of the contract while under the terms of the joint venture they only carry the full responsibility for their own share of the work. If SO's joint venture partner in such arrangement fails to fulfill its obligations, SO could have to carry the resultant liability towards the customer.

### Percentage-of-Completion Project Accounting

As most of SO's contract revenue is recognized on a percentage-of-completion basis, based on the ratio of costs incurred to the total estimated costs at completion, contract revenues and gross profits for a project may be adjusted in subsequent reporting periods from those originally reported in prior periods. To the extent that these adjustments result in a reduction or elimination of previously reported profits, SO

31

would recognize a charge against current earnings that may be significant depending on the size of the project or the adjustment.

*Political and Economic Risk*

SO's operations are geographically spread throughout the world and are therefore subject to various political, economic and other uncertainties, including, among others, political instability, civil unrest, the risks of war, asset seizure, nationalization of assets, renegotiation or nullification of existing contracts, taxation policies, foreign exchange restrictions or fluctuations, and changing political conditions. Additionally, the ability of SO to compete in international markets may be adversely affected by governmental regulations that favor or require the awarding of contracts to local contractors, or by regulations requiring foreign contractors to employ citizens of, or purchase supplies from, a particular jurisdiction. Furthermore, SO's subsidiaries may face governmental imposed restrictions from time-to-time on their ability to transfer funds to SO. No predictions can be made as to what governmental regulations applicable to SO's operations may be enacted in the future.

*Seasonality*

Over the past three years, approximately two-thirds of SO's revenue has been generated from work performed in the North Sea. In the future there is likely to be increased activity in the Gulf of Mexico. Although it is less apparent than in the past due to advances in technology, adverse weather conditions in the North Sea and the Gulf of Mexico generally result in less activity in these regions during the winter months. Therefore, full year results are not likely to be a direct multiple of any particular quarter or combination of quarters.

*Dependence on Significant Customers*

SO's major customers are oil companies and large offshore contractors. During 1999, one of SO's customers accounted for more than 12%, and SO's top ten customers accounted for approximately 47%, of SO's net operating revenue. The loss of any one or more of these significant customers could have a material adverse effect on SO.

*Competition*

The subsea business is highly competitive, and offshore subsea contractors compete intensely for available projects. Contracts for SO's services are generally awarded on a competitive bid basis, and although customers may consider, among other things, the availability and capability of equipment, and the reputation and experience of the contractor, price is a primary factor in determining which contractor is awarded a contract. Several of SO's competitors and potential competitors are larger and have greater financial and other resources than SO. In addition, increased activity levels may attract additional competitors or equipment to the market and inhibit pricing improvement.

*Stolt Sea Farm*

*Diseases and Other Natural Causes*

In aquaculture, inventories of fish in the water are susceptible to diseases and other natural phenomena, such as algae blooms, which can result in the death of the fish or the necessity to harvest fish before they reach optimal market size. Fish are also susceptible to predator attacks by other natural wild life, such as seals and birds. Predator attacks can result in partial or full loss of fish both as a result of the direct attack on the fish and from damage to the fish enclosures such as cages and nets.

### Accidents and Malicious Damage

Farmed fish require water conditions which have to be carefully maintained in order to ensure their continuing good health. Unintentional accidents causing pollution or loss of water can result in the death of the fish or the necessity to harvest them before they reach optimal market size. Inventories of fish in the water are also susceptible to deliberate acts of vandalism or sabotage for whatever reason, which can again result in the death of the fish or the necessity to harvest fish before they reach optimal market size.

### Weather

The growth rates of fish are dependent upon weather conditions. Unexpectedly hot or cold temperatures may adversely impact growth rates or kill the fish. Bad weather may also delay harvests or result in the loss of equipment or fish. Adverse weather conditions such as storms or floods can also cause damage to facilities such as interruption of water supply or seaweed blockages, also resulting in the death of fish.

### Supply/Price of Other Fish and Non-Fish Competing Products

In addition to direct competition from farmed fish of the same species as those grown by SSF, the fish products compete against wild catch and other substitute species of fish. Meat and poultry products are also dietary substitutes for SSF's fish products. The relative pricing of SSF's farmed fish product versus these other products can impact the demand for SSF's fish products.

### Feed Cost

Feed for fish accounts for an important part of the cost of SSF's products. Fluctuations in the price of fish feed can have an impact on SSF's profitability.

### Aquaculture Technology

While most areas of technology involved in aquaculture are well-known and proven, there are certain aspects of the life cycle of certain species of fish that are less well understood, particularly those concerning the juvenile phase of production, and which are therefore not in the full control of SSF or its suppliers. Adverse or unexpected events in such a connection can result in either fish of a high production cost (for example due to slow growth or high mortality) or in fish of a lower grade than expected (due to sub-optimal genetic qualities), thus impairing profitability.

### Regulations and Government Actions

The aquaculture industry is subject to government laws and regulations around the world. These are used as instruments of environmental, ecological, and trade policy. Governments have used such laws and regulations to control such factors as the areas where aquaculture is permitted and the number of concessions to be operated in an area, the density of fish permitted in a concession, and the amount of feed that can be fed to the fish, as well as to erect tariff barriers against the importation of farmed fish and fish products. Changes in such factors can have a significant adverse effect on SSF's production costs of fish as well as the ability of SSF to compete effectively in affected markets.

### General

### Hazardous Activities

The operation of any ocean-going ship carries an inherent risk of catastrophic marine disasters and property losses caused by adverse weather conditions, mechanical failures, human error, war, terrorism, piracy, labor stoppages, and other circumstances or events. In addition, the transportation of toxic chemicals is subject to the risk of spills and business interruptions due to political action. Any such event may result in loss of revenues or increased costs.

33

The Company carries insurance to protect against most of the accident-related risks involved in the conduct of its business and it maintains environmental damage and pollution insurance coverage. There can be no assurance, however, that all risks are adequately insured against, that any particular claim will be paid or that the Company will be able to procure adequate insurance coverage at commercially reasonable rates in the future. In particular, more stringent environmental regulations may result in increased costs for, or the lack of availability of, insurance against the risks of environmental damage or pollution.

While the Company currently insures its ships against property loss due to a catastrophic marine disaster, mechanical failure, or collision, the loss of any ship as a result of such an event could result in a substantial loss of revenues, increased costs, and other liabilities in excess of available insurance and could have a material adverse effect on operating performance. Litigation arising from such an occurrence may result in the Company being named as a defendant in lawsuits asserting large claims.

### Regulatory and Environmental Matters

The Company operates in a number of different jurisdictions and is subject to and affected by various types of governmental regulation, including national laws and regulations and international conventions relating to ship safety and design requirements, disposal of hazardous materials, discharge of oil or hazardous substances, protection of the environment, food safety, and various import and export requirements. These laws and regulations are becoming increasingly complex, stringent, and expensive to comply with, and there can be no assurance that continued compliance with existing or future laws or regulations will not adversely affect the operations of the Company. Significant fines and penalties may be imposed for non-compliance.

In addition, the Company could be held liable for remediation of, and damages arising from, pollution caused by its ships and for releases of oil and hazardous substances and debris from offshore production platforms, pipelines, subsea facilities and other assets owned or operated by its customers, and for releases resulting from activities of, or equipment owned by, its subcontractors. Although the Company generally negotiates contractual provisions requiring customers to indemnify the Company in the event any such liability is imposed, the Company has not obtained such indemnification in all cases. Moreover, such indemnification does not generally cover liability resulting from the gross negligence or willful misconduct of, or violation of law by, employees or subcontractors of the Company.

### Certain Financial Requirements

The Company is party to material bank credit and other financing agreements which impose certain financial requirements such as limitations on debt and the types of businesses the Company may engage in. At the end of 1999, the Company was in compliance with all of these credit/financing agreements. None of these agreements imposes material restrictions on the ability of the Company to incur additional indebtedness or operate its businesses. Current operations are not restricted by these requirements. In May 2000, SO announced its plans to replace its three largest existing banking arrangements with a new $400 million revolving credit facility. One of the goals of the refinancing is to provide Stolt Offshore with increased flexibility in the financial covenants. In addition to the bank refinancing, the Company will make an additional investment in SO of $100 million through the purchase of 9.43 million SO Class A Shares.

### Floating Interest Rates

Approximately 20% of the Company's long-term indebtedness at March 31, 2000 is accrued at rates that fluctuate with the prevailing interest rates and, accordingly, increases in such rates may increase the Company's interest cost. From time-to-time, the Company enters into hedging transactions with financial institutions in order to manage floating interest rate exposure.

34

*Capital Requirements*

The acquisition of new assets and properties, both for growth as well as replacement, is capital intensive. The availability of new capital to finance these expenditures depends on the prevailing market conditions and the acceptability of financing terms offered to the Company. Management believes that capital expected to be available under the various lines of credit, financing agreements, and other sources and from disposition of existing assets and properties as well as cash generated from operations, should be sufficient to meet its capital requirements for the foreseeable future. No assurance, however, can be given that financing will continue to be available on attractive terms.

*Foreign Currency Fluctuations*

Substantial portions of the Company's revenue and expenses are denominated in currencies other than U.S. dollars. Fluctuations in these currencies can have a significant impact on the Company's financial results. The Company engages in hedging programs intended to reduce part of the Company's short-term exposure to currency fluctuations. However, there can be no assurances that such efforts will be successful. Hedging is limited to known and foreseeable exposures that develop through normal business operations and to long-term business investments. The Company does not attempt to hedge foreign earnings that are translated into dollars for reporting purposes. Foreign currency fluctuations have had and will continue to have an impact on reported financial results.

*Taxes*

Pursuant to the Internal Revenue Code of the U.S. (the "Code"), effective for the Company's fiscal year beginning on or after December 1, 1987, U.S. source income from the international operation of ships is generally exempt from U.S. tax if the company operating the ship meets certain requirements. Among other things, in order to qualify for this exemption, the company operating the ship must be incorporated in a country which grants an equivalent exemption to U.S. citizens and corporations that meet certain residency requirements. The Internal Revenue Service has agreed that the Company qualifies for this exemption for years up to and including fiscal 1992, but may review the Company's qualifications for subsequent years. The Company believes that substantially all of SNTG's ship owning and ship operating subsidiaries meet the requirements to qualify for this exemption from U.S. taxation. For these reasons, no provision for U.S. income taxes has been made with respect to the Company's U.S. source shipping income.

In February 2000, the Internal Revenue Service published proposed regulations which, if published in final form, might adversely effect the Company's ability to qualify for this exemption. The Company is in the process of restructuring its shipping operations so as to qualify for a tax treaty exemption. Treaty exemptions would not be effected by these regulations. If an equivalent exemption were not available, or if the Company did not qualify for a treaty exemption, the Company would be taxable on its U.S. source income from shipping activities in one of two ways. Generally, income subject to U.S. taxation would include 50% of the revenues derived from shipments between the U.S. and foreign ports. This would include the Company's share of all such income from STJS. Under the first method, if the company operating the ship has any such income which is effectively connected with a U.S. trade or business, such income would be subject to U.S. taxation on a net basis at graduated rates of up to 35%. This income, with adjustments, would be further subject to the 30% branch profits tax to the extent not reinvested in the U.S. Under the second method, any such income which is not effectively connected with a U.S. trade or business would be subject to taxation on a gross basis (without allowance for deductions) at a fixed 4% rate. The branch profits tax would not apply to income subject to the 4% tax.

Substantially all of SNTG's shipowning and ship operating subsidiaries are incorporated in countries which do not impose an income tax on shipping operations.

SO's operations are conducted in Norway and the U.K. as well as certain other countries in Europe, Africa, the Middle East, Asia Pacific, North America, and South America. Net income earned from operations in most of such countries are subject to corporate income taxes and withholding taxes on dividends paid to other members of the Group.

Certain of the Company's agency, terminal, tank container, barge operating, and seafood subsidiaries are subject to income tax in the U.S. and other jurisdictions. The subsidiaries which are incorporated in the U.S. file a consolidated federal income tax return, and other subsidiaries file separate tax returns as required.

*Restructuring*

To operate in a price competitive manner, the Company regularly reviews its operations. This review process may result in the closure of offices or departments, the sale of assets or business lines, the termination of personnel, or the reassessment of the useful lives of assets or technology. Such actions may affect the Company's results.

*Labor Relations*

The Company considers its relations with its employees and their unions to be good and has not experienced any significant work stoppages. There can be no assurances however that disruption of the Company's services or production, or that larger labor disputes involving the industries the Company operates in, will not adversely affect the Company's results.

*Acquisition and Expansion Strategy*

One element of the Company's strategy is to continue to grow through selected acquisitions that further consolidate the markets in which the Company operates. Likewise the Company plans on expanding its operations at existing or new locations. There can be no assurance that any currently planned acquisitions or expansions will be completed or that any currently planned or any additional acquisitions or expansions will be successful in enhancing the operations or profitability of the Company; that the Company will be able to identify suitable additional acquisition candidates or areas for expansion; that it will have the financial ability to consummate additional acquisitions or expansions; or that it will be able to consummate such additional acquisitions or expansions on terms favorable to the Company.

*Risk of Loss and Insurance*

The business of the Company is affected by a number of risks, including the mechanical failure of its ships, collisions, ship loss or damage, cargo loss or damage, hostilities, and labor strikes. In addition, the operation of any ship is subject to the inherent possibility of a catastrophic marine disaster, including oil, fuel, or chemical spills and other environmental mishaps, as well as other liabilities arising from owning and operating ships. Any such event may result in loss of revenues and increased costs and other liabilities. Although the Company's losses from such hazards have not historically exceeded its insurance coverage, there can be no assurance that this will continue to be the case.

OPA '90, by imposing virtually unlimited liability upon ship owners, operators, and certain charterers for certain oil pollution accidents in the U.S., has made liability insurance more expensive and has also prompted insurers to consider reducing available liability coverage. While the Company maintains insurance, there can be no assurance that all risks are adequately insured against particularly in light of the virtually unlimited liability imposed by OPA '90, that any particular claim will be paid, or that the Company will be able to procure adequate insurance coverage at commercially reasonable rates in the future. Because it maintains mutual insurance, the Company is subject to funding requirements and coverage shortfalls in the event claims exceed available funds and reinsurance and to premium increases based on prior loss experience. Any such shortfalls could have a material adverse impact on the Company.

**Item 9A. Quantitative and Qualitative Disclosures about Market Risk**

The Company is exposed to market risk, including changes in interest rates and currency exchange rates. To manage the volatility relating to these exposures on a consolidated basis, the Company nets the exposure and takes advantage of natural offsets and enters into derivative transactions for the remaining currency exposures in accordance with the Company's policies. The financial impact of these instruments is offset by corresponding changes in the underlying exposures being hedged. The Company does not hold or issue derivative instruments for trading purposes.

The primary purpose of the Company's foreign currency hedging activities is to protect against the volatility associated with foreign currency liabilities arising in the normal course of business. The Company's policy prescribes the range of allowable hedging activity. The Company primarily utilizes forward exchange contracts negotiated with major banks.

The Company uses a value-at-risk ("VAR") model to assess the market risk of its derivative financial instruments. The model utilizes a variance/covariance modeling technique. VAR models are intended to measure the maximum potential loss for an instrument or portfolio assuming adverse changes in market conditions, for a specific time period and confidence level. As of November 30, 1999 the Company's estimated maximum potential one day loss in fair value of foreign exchange rate instruments, calculated using the VAR model given a 95% confidence level, would approximate $0.6 million and $2.1 million from adverse changes in foreign exchange rates and interest rates, respectively. Actual experience has shown that gains and losses tend to offset each other over time, and it is highly unlikely that the Company could experience losses such as these over an extended period of time. These amounts should not be considered projections of future losses, since actual results may differ significantly depending upon activity in the global financial markets.

Based on the Company's overall interest rate exposures as of November 30, 1999, a near-term change in interest rates would not materially affect the Company's consolidated financial position, results of operations or cash flows. As of November 30, 1999, the large majority of the consolidated debt was fixed-rate debt (approximately 80%).

**Item 10. Directors and Officers of Registrant**

Stolt is a Luxembourg holding company and does not have officers as such. The following is a list of the Directors of Stolt and persons employed by its subsidiaries who perform the indicated executive and administrative functions for the combined business of the Company's subsidiaries:

| Name | Age* | Position |
|------|------|----------|
| Jacob Stolt-Nielsen | 68 | Chairman of the Board and Chief Executive Officer |
| Carroll N. Bjornson | 70 | Director |
| Erling C. Hjort | 63 | Director |
| Tadatoshi Mamiya | 57 | Director |
| Christer Olsson | 54 | Director |
| Jacob B. Stolt-Nielsen | 37 | Director and Chief Executive Officer, PrimeSupplier |
| Niels G. Stolt-Nielsen | 35 | Director and Chief Executive Officer, Stolt Sea Farm |
| Christopher J. Wright | 65 | President and Chief Operating Officer |
| Jan Chr. Engelhardtsen | 48 | Chief Financial Officer |
| Samuel Cooperman | 54 | Chief Executive Officer, Stolt-Nielsen Transportation Group |
| Bernard Vossier | 55 | Chief Executive Officer, Stolt Offshore |

\*    As of April 30, 2000.

Under the terms of Stolt's Articles, its Directors may be elected for terms of up to six years, and serve until their successors are elected. It has been Stolt's practice to elect Directors for one-year terms. Under the Articles, the Board consists of not fewer than three nor more than nine Directors at any one time. Stolt's Board of Directors currently consists of seven members.

Jacob Stolt-Nielsen has served as Chairman of the Board and Chief Executive Officer of the Company since he founded it in 1959. Mr. Stolt-Nielsen also serves as Chairman of the Board of SO.

Mr. Bjornson has served as a Director of the Company since 1974. He was employed by the Company in a variety of executive capacities from 1963 to 1985. He resigned in 1985 and became Chairman and Chief Executive Officer of Maryland Marine Inc. until its sale in November 1997.

Mr. Hjort has served as a Director of the Company since May 1995. He joined the Norwegian law firm of Wikborg, Rein & Co. in Oslo in 1964, where he was admitted to the bar in the same year. In 1970 he was admitted to the bar of the Supreme Court, and in 1993 he became the Senior Partner in Wikborg, Rein & Co.

Mr. Mamiya has served as a Director of the Company since August 1997 as the NYK Line nominee to the Board of Directors. He joined NYK Line in 1966 and is currently Chairman of NYK Bulkship (Europe) Ltd.

Mr. Olsson has served as a Director of the Company since 1993. He is President of Walleniusrederierna AB with which he has been associated since 1984. He serves as a Director of Walleniusrederierna AB, Atlantic Container Line AB, and as the Chairman of the Swedish Shipowners' Association.

Jacob B. Stolt-Nielsen has served as Chief Executive Officer, PrimeSupplier Ltd. since March 2000. From October 1992 to March 2000, he was Managing Director, Stolthaven Terminals, with responsibility for SNTG's storage business. He joined the Company in 1987 and has served in various positions in Oslo, Singapore, and Greenwich. He has served as a Director of the Company since May 1995.

Niels G. Stolt-Nielsen has served as a Director of the Company and CEO, Stolt Sea Farm, since 1996. Mr. Stolt-Nielsen joined the Company in 1990 in Greenwich, working first as a Shipbroker and then was Round Voyage Manager. In 1994 he opened and organized the Company's representative office in Shanghai. He is also a director of SO.

Mr. Wright has served as President and Chief Operating Officer of the Company since July 1986. Mr. Wright also serves as Deputy Chairman of the Board of SO.

Mr. Engelhardtsen has served as Chief Financial Officer since 1991. He served as President and General Manager of Stolt-Nielsen Singapore Pte. Ltd. from 1988 through 1991. He has been associated with the Company since 1974.

Mr. Cooperman has served as CEO, Stolt-Nielsen Transportation Group since February 1999. Previously, he served as CEO of Stolt Parcel Tankers Inc. He joined the Company in 1974.

Mr. Vossier was appointed CEO, Stolt Offshore in May 1995. Previously he served as Chief Operating Officer of that business from December 1994 to May 1995. He joined Comex in 1974.

Jacob B. Stolt-Nielsen and Niels G. Stolt-Nielsen are the sons of Jacob Stolt-Nielsen.

Under a Shareholders' Agreement between NYK and an entity controlled by the Stolt-Nielsen family, during the term of such agreement and for so long as NYK shall own at least 5,500,000 Common Shares, Class B shares or any combination thereof (or the equivalent thereof after any stock split or recapitalization), such entity shall support NYK's nomination of one person to the Board of Directors of Stolt.

## Item 11. Compensation of Directors and Officers

As described in Item 10 above, Stolt does not have officers, but certain persons employed by its subsidiaries perform executive and administrative functions for the combined business of the Company's subsidiaries. The aggregate annual compensation paid to the seven officers, excluding non-executive directors, performing such executive functions for the Company for the fiscal year ended November 30, 1999 (including profit sharing awards and certain benefits) was $3,464,195. In addition, $68,333 was contributed on behalf of such officers to defined contribution pension plans maintained by the Company and its subsidiaries. During 1999, Stolt executive directors received no compensation for their services as such, but received reimbursement of their out-of-pocket expenses. The non-executive directors, with the exception of NYK's nominated director, received an aggregate fee of $100,000 plus expenses.

*Profit Sharing Plan*

Stolt has Profit Sharing Plans which pays 10% of the net profits of each of the company's individual businesses (after specified adjustments) to the majority of the employees other than those covered by collective bargaining agreements. Under each such plan, the determination of an employee's individual award is based on performance, salary, and overall contribution to the business. SNTG's and SSF's Profit Sharing Plan is administered by a Compensation Committee appointed by Stolt Board of Directors. The SO Profit Sharing Plan is administered by a Compensation Committee appointed by SO's Board of Directors. For the fiscal year ended November 30, 1999, no monies were paid by the SNTG and SO Profit Sharing Plans to its officers and employees, while the SSF Profit Sharing program paid $1.0 million of which $125,000 was paid to those officers performing executive and administrative functions.

**Item 12. Options to Purchase Securities from Registrant or Subsidiaries**

Stolt has a 1987 Stock Option Plan (the "1987 Plan") covering 2,660,000 Common Shares and related Class B Shares and a 1997 Stock Option Plan (the "1997 Plan") covering 5,180,000 Common Shares, 5,180,000 Class B Shares, or any combination thereof not exceeding 5,180,000 shares. No further grants will be issued under the 1987 Plan. Options granted under the 1987 Plan, and those which may be granted under the 1997 Plan are exercisable for periods of up to ten years. The options granted under the 1987 Plan and the 1997 Plan are or will be at an exercise price not less than the fair market value per share at the time the option was or is granted. The 1987 Plan and the 1997 Plan are administered by a Compensation Committee appointed by Stolt Board of Directors. The Compensation Committee awards options based on the grantee's position in the Company, degree of responsibility, seniority, contribution to the Company and such other factors as it deems relevant under the circumstances.

Following the Class B Share distribution in December 1995, in accordance with the revised terms of the 1987 Plan, holders of Common share options outstanding on the date of such distribution receive one Class B Share at no additional consideration for every two Common Share options exercised.

As of April 30, 2000, options for 1,342,700 Common Shares and 1,410,507 Class B Shares were outstanding under the Plans. Of this total, options for 333,000 Common Shares and 280,125 Class B Shares were outstanding in accordance with their stated terms to employees who are Directors and executive officers of Stolt. In conjunction with the Company's January 2000 offer to exchange Common Shares for an equal number of Class B Shares, the Company will also issue a Class B Share in exchange for each Common Share issuable upon the exercise of such common option. The options are exercisable at the respective prices set out below and expire on the dates indicated:

|  | Exercise Price | Number of Shares for which Outstanding | Expiration Date |
|---|---|---|---|
| Common Shares |  |  |  |
|  | $ 21.750 | 37,125 | June 2000 |
|  | 17.125 | 46,625 | January 2001 |
|  | 12.750 | 89,850 | December 2002 |
|  | 17.500 | 4,000 | August 2003 |
|  | 15.750 | 150,250 | December 2003 |
|  | 19.750 | 189,900 | December 2004 |
|  | 25.375 | 3,000 | May 2005 |
|  | 28.625 | 245,750 | December 2005 |
|  | 17.750 | 10,000 | July 2006 |
|  | 16.875 | 4,250 | September 2006 |
|  | 17.125 | 168,750 | December 2006 |
|  | 16.375 | 1,100 | May 2007 |
|  | 22.500 | 2,500 | August 2007 |
|  | 20.125 | 389,600 | December 2007 |
|  |  | 1,342,700 |  |

|  | Exercise Price | Number of Shares for which Outstanding | Expiration Date |
|---|---|---|---|
| Class B Shares | | | |
| | $   Nil | 383,257 | June 2000-December 2005 |
| | 17.500 | 168,750 | December 2006 |
| | 16.750 | 1,100 | May 2007 |
| | 22.125 | 2,500 | August 2007 |
| | 9.875 | 403,300 | December 2008 |
| | 11.938 | 2,100 | April 2009 |
| | 14.750 | 2,600 | December 2009 |
| | 14.625 | 446,900 | December 2009 |
| | | 1,410,507 | |

## Item 13. Interest of Management in Certain Transactions

The discussion of related party transactions appearing as Note 19 to the Company's 1999 Consolidated Financial Statements, which is part of Item 18 of this Report, is incorporated herein by reference.

## PART III

## Item 15. Defaults Upon Senior Securities

None.

## Item 16. Changes in Securities, Changes in Security for Registered Securities and Use of Proceeds

None.

## PART IV

## Item 17. Financial Statements

The Company has elected to provide financial statements for the fiscal year ended November 30, 1999 and the related information pursuant to Item 18.

## Item 18. Financial Statements

1. Index of Consolidated Financial Statements

| | Page |
|---|---|
| Report of Independent Public Accountants | 42 |
| Consolidated Statements of Income for the years ended November 30, 1999, 1998 and 1997 | 43 |
| Consolidated Balance Sheets as of November 30, 1999 and 1998 | 44 |
| Consolidated Statements of Shareholders' Equity for the years ended November 30, 1999, 1998 and 1997 | 45 |
| Consolidated Statements of Cash Flows for the years ended November 30, 1999, 1998 and 1997 | 46 |
| Notes to Consolidated Financial Statements | 47 |

41

## REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS

TO THE SHAREHOLDERS OF STOLT-NIELSEN S.A.:

We have audited the accompanying consolidated balance sheets of Stolt-Nielsen S.A. (a Luxembourg company) and subsidiaries as of November 30, 1999 and 1998, and the related consolidated statements of income, shareholders' equity and cash flows for each of the three years in the period ended November 30, 1999. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Stolt-Nielsen S.A. and subsidiaries as of November 30, 1999 and 1998 and the results of their operations and their cash flows for each of the three years in the period ended November 30, 1999, in conformity with United States generally accepted accounting principles.

As explained in Note 6 to the consolidated financial statements, effective December 1, 1996, the Company adopted SFAS No. 121.

ARTHUR ANDERSEN LLP

New York, New York
February 14, 2000

## CONSOLIDATED STATEMENTS OF INCOME

| | For the years ended November 30, | | |
|---|---|---|---|
| | 1999 | 1998 | 1997 |
| | (in thousands, except per share data) | | |
| **Net Operating Revenue:** | | | |
| Stolt-Nielsen Transportation Group: | | | |
| Tankers | $ 618,038 | $ 657,821 | $ 665,187 |
| Tank Containers | 206,116 | 218,789 | 218,980 |
| Terminals | 55,350 | 53,768 | 46,652 |
| Stolt Comex Seaway | 640,726 | 649,764 | 431,126 |
| Stolt Sea Farm | 260,707 | 216,483 | 164,107 |
| | 1,780,937 | 1,796,625 | 1,526,052 |
| **Operating Expenses:** | | | |
| Stolt-Nielsen Transportation Group: | | | |
| Tankers | 529,475 | 539,696 | 518,816 |
| Tank Containers | 163,562 | 163,787 | 159,482 |
| Terminals | 34,926 | 37,204 | 34,064 |
| Stolt Comex Seaway | 568,304 | 540,891 | 353,361 |
| Stolt Sea Farm | 214,020 | 184,964 | 146,643 |
| | 1,510,287 | 1,466,542 | 1,212,366 |
| Gross Profit | 270,650 | 330,083 | 313,686 |
| Equity in net income of non-consolidated joint ventures (Note 4) | 4,690 | 17,250 | 19,592 |
| Administrative and general expenses | (158,746) | (157,061) | (139,609) |
| Restructuring charges (Note 6) | (4,414) | — | (28,098) |
| Write down of certain assets (Note 6) | — | — | 165,571 |
| Income from Operations | 112,180 | 190,272 | 165,571 |
| **Non-Operating (Expense) Income:** | | | |
| Interest expense | (71,467) | (60,657) | (59,897) |
| Interest income | 6,104 | 7,342 | 2,864 |
| Foreign currency exchange gain (loss), net | 2,449 | (288) | 582 |
| Gain on disposal of assets, net (Note 7) | 5,013 | 16,384 | 10,633 |
| Gain on sale of common stock of a subsidiary, net (Note 6) | — | — | 139,508 |
| Other, net | 1,932 | 2,365 | (415) |
| | (55,969) | (34,854) | 93,275 |
| Income before Income Tax Provision, Minority Interest and Extraordinary Item | 56,211 | 155,418 | 258,846 |
| Income tax provision (Note 9) | (481) | (26,530) | (13,161) |
| Income before Minority Interest and Extraordinary Item | 55,730 | 128,888 | 245,685 |
| Minority interest (Note 8) | (8,822) | (32,613) | (15,992) |
| Income before Extraordinary Item | 46,908 | 96,275 | 229,693 |
| Extraordinary item—gain on early repayment of debt, net of taxes (Note 6) | — | — | 7,416 |
| Net Income | $ 46,908 | $ 96,275 | $ 237,109 |
| **Earnings Per Common and Class B Share and Equivalents (Note 2):** | | | |
| Basic | $ 0.86 | $ 1.76 | $ 4.34 |
| Diluted | 0.86 | 1.75 | 4.28 |
| **Weighted Average Number of Common and Class B Shares and Equivalents Outstanding:** | | | |
| Basic | 54,526 | 54,732 | 54,658 |
| Diluted | 54,806 | 54,998 | 55,439 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

43

## CONSOLIDATED BALANCE SHEETS

| | As of November 30, | |
|---|---|---|
| | 1999 | 1998 |
| | (in thousands except share numbers) | |

### Assets

**Current Assets:**

| | | |
|---|---|---|
| Cash and cash equivalents | $ 20,372 | $ 37,776 |
| Trade receivables, net of allowance for doubtful accounts of $10,713 and $9,185 in 1999 and 1998, respectively | 317,032 | 336,019 |
| Inventories (Note 10) | 141,061 | 127,782 |
| Receivables from related parties (Note 4) | 16,007 | 17,236 |
| Restricted cash deposits (Note 11) | 2,271 | 1,460 |
| Prepaid expenses and other current assets (Note 9) | 88,886 | 105,020 |
| **Total Current Assets** | 585,629 | 625,293 |
| **Fixed Assets, at Cost:** | | |
| Tankers | 1,669,710 | 1,539,229 |
| Tankers under construction | 234,808 | 257,699 |
| Tank containers | 163,570 | 216,744 |
| Terminal facilities | 270,463 | 275,260 |
| Subsea ships and facilities | 614,295 | 549,327 |
| Seafood facilities | 119,448 | 94,026 |
| Other | 32,627 | 31,611 |
| | 3,104,921 | 2,963,896 |
| Less—accumulated depreciation and amortization | (988,501) | (880,384) |
| | 2,116,420 | 2,083,512 |
| Investments in non-consolidated joint ventures and other assets (Note 4) | 177,065 | 135,563 |
| Deferred income tax asset (Note 9) | 22,515 | 2,954 |
| Goodwill and other intangible assets, net of accumulated amortization of $26,273 and $20,477 in 1999 and 1998, respectively (Note 5) | 156,759 | 160,803 |
| Total assets | $3,058,388 | $3,008,125 |

### Liabilities and Shareholders' Equity

**Current Liabilities:**

| | | |
|---|---|---|
| Short-term bank loans (Note 12) | $ 34,103 | $ 17,645 |
| Current maturities of long-term debt (Note 13) | 61,718 | 71,634 |
| Accounts payable | 140,096 | 184,443 |
| Accrued liabilities and other current liabilities (Note 9) | 238,364 | 219,132 |
| **Total Current Liabilities** | 474,281 | 492,854 |
| Long-term debt (Note 13) | 1,116,749 | 1,057,313 |
| Minority interest (Note 8) | 232,630 | 227,215 |
| Deferred income tax liability (Note 9) | 21,539 | 35,008 |
| Other non-current liabilities | 71,563 | 63,368 |
| Commitments and contingencies (Note 15) | | |
| **Shareholders' Equity:** | | |
| Founder's shares: no par value—15,000,000 shares authorized, 7,820,109 and 7,809,328 shares issued and outstanding in 1999 and 1998, respectively, at stated value | — | — |
| Capital stock: | | |
| Common shares: no par value—60,000,000 authorized, 31,280,438 and 31,237,313 shares issued in 1999 and 1998, respectively, at stated value | 31,280 | 31,237 |
| Class B shares: no par value—60,000,000 authorized, 30,974,974 and 30,953,412 shares issued in 1999 and 1998, respectively, at stated value | 30,975 | 30,954 |
| Paid-in surplus | 347,654 | 347,019 |
| Retained earnings | 911,040 | 884,615 |
| Accumulated other comprehensive loss | (45,299) | (27,434) |
| | 1,275,650 | 1,266,391 |
| Less—Treasury stock—at cost, 1,921,905 Common shares and 5,766,905 Class B shares in 1999 and 1998 | (134,024) | (134,024) |
| | 1,141,626 | 1,132,367 |
| **Total Shareholders' Equity** | 1,141,626 | 1,132,367 |
| **Total Liabilities and Shareholders' Equity** | $3,058,388 | $3,008,125 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

44

## CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY

| | Capital stock | Paid-in surplus | Treasury stock | Retained earnings | Accumulated other comprehensive income (loss) | Comprehensive income |
|---|---|---|---|---|---|---|
| | | | (in thousands, except share data) | | | |
| **Balance, November 30, 1996** | $61,586 | $340,663 | $(125,064) | $605,972 | $ 1,663 | |
| Exercise of stock options for 363,645 Common shares and 181,334 Class B shares | 545 | 5,774 | — | — | — | |
| Issuance of 90,911 Founder's shares | — | — | — | — | — | |
| Purchase of treasury stock—20,700 Common shares | — | — | (476) | — | — | |
| Cash dividends paid—$0.50 per Common and Class B share | — | — | — | (27,247) | — | |
| Cash dividends paid—$0.005 per Founder's share | — | — | — | (39) | — | |
| Net income | — | — | — | 237,109 | — | 237,109 |
| Translation adjustments, net | — | — | — | — | (37,929) | (37,929) |
| Comprehensive income | | | | | | 199,180 |
| **Balance, November 30, 1997** | 62,131 | 346,437 | (125,540) | 815,795 | (36,266) | |
| Exercise of stock options for 39,863 Common shares and 20,166 Class B shares | 60 | 582 | — | — | — | |
| Issuance of 9,966 Founder's shares | — | — | — | — | — | |
| Purchase of treasury stock—320,000 Common shares and 159,300 Class B shares | — | — | (8,484) | — | — | |
| Cash dividends paid—$0.50 per Common and Class B share | — | — | — | (27,416) | — | |
| Cash dividends paid—$0.005 per Founder's share | — | — | — | (39) | — | |
| Net income | — | — | — | 96,275 | — | 96,275 |
| Translation adjustments, net | — | — | — | — | 8,832 | 8,832 |
| Comprehensive income | | | | | | 105,107 |
| **Balance, November 30, 1998** | 62,191 | 347,019 | (134,024) | 884,615 | (27,434) | |
| Exercise of stock options for 43,125 Common shares and 21,562 Class B shares | 64 | 635 | — | — | — | |
| Issuance of 10,781 Founder's shares | — | — | — | — | — | |
| Cash dividends paid—$0.375 per Common and Class B share | — | — | — | (20,444) | — | |
| Cash dividends paid—$0.005 per Founder's share | — | — | — | (39) | — | |
| Net income | — | — | — | 46,908 | | 46,908 |
| Other comprehensive income (loss): | | | | | | |
| Translation adjustments, net | — | — | — | — | (21,767) | (21,767) |
| Unrealized gains on securities | — | — | — | — | 3,902 | 3,902 |
| Other comprehensive loss | | | | | | (17,865) |
| Comprehensive income | | | | | | 29,043 |
| **Balance, November 30, 1999** | $62,255 | $347,654 | $(134,024) | $911,040 | $(45,299) | |

The accompanying notes to consolidated financial statements are an integral part of these statements.

45

## CONSOLIDATED STATEMENTS OF CASH FLOWS

| | For the years ended November 30, | | |
|---|---|---|---|
| | 1999 | 1998 | 1997 |
| | (in thousands) | | |
| **Cash Flows from Operating Activities:** | | | |
| Income before extraordinary item | $ 46,908 | $ 96,275 | $ 229,693 |
| **Adjustments to Reconcile Income before Extraordinary Item to Net** | | | |
| **Cash Provided by Operating Activities:** | | | |
| Depreciation of fixed assets | 148,238 | 128,589 | 112,410 |
| Amortization of intangible assets | 7,963 | 4,225 | 2,297 |
| Amortization of drydock costs | 17,296 | 18,303 | 19,365 |
| Provisions for reserves and taxes | (15,372) | 26,283 | 7,582 |
| Equity in net income of non-consolidated joint ventures | (4,690) | (17,250) | (19,592) |
| Minority interest | 8,822 | 32,613 | 15,992 |
| Gain on disposal of assets, net | (5,013) | (16,384) | (10,633) |
| Write down of certain assets | — | — | 28,098 |
| Gain on sale of common stock of a subsidiary, net | — | — | (139,508) |
| **Changes in Assets and Liabilities, Net of Effect of Acquisitions and** | | | |
| **Divestitures:** | | | |
| Decrease (increase) in trade receivables | 18,341 | (21,413) | (45,681) |
| Decrease (increase) in inventories | 12,936 | 14,685 | (19,475) |
| Decrease (increase) in prepaid expenses and other current assets | 3,430 | (19,979) | (3,528) |
| (Decrease) increase in accounts payable and accrued liabilities | (30,134) | (14,746) | 30,496 |
| Payments of drydock costs | (11,400) | (15,632) | (23,542) |
| Other, net | (3,039) | (3,607) | (4,961) |
| **Net Cash Provided by Operating Activities** | 194,286 | 211,962 | 179,013 |
| | | | |
| **Cash Flows from Investing Activities:** | | | |
| Capital expenditures | (303,296) | (378,809) | (450,916) |
| Proceeds from sales of ships and other assets | 117,800 | 57,627 | 47,934 |
| Acquisition of subsidiaries, net of cash acquired | (21,790) | (217,584) | (22,268) |
| Investment in and advances to affiliates and others, net | (38,249) | (31,758) | (14,708) |
| Dividends from non-consolidated joint ventures | 13,154 | 18,384 | 13,249 |
| (Increase) decrease in restricted cash deposits | (982) | 5,756 | 5,053 |
| Other, net | (14,858) | (9,379) | (8,198) |
| **Net Cash used in Investing Activities** | (248,221) | (555,763) | (429,854) |
| | | | |
| **Cash Flows from Financing Activities:** | | | |
| Increase (decrease) in loans payable to banks, net | 16,042 | (2,455) | (3,758) |
| Repayment of long-term debt | (74,414) | (82,731) | (211,275) |
| Principal payments under capital lease obligations | (3,248) | (2,731) | (747) |
| Proceeds from issuance of long-term debt—Private Placement | — | 216,000 | 125,000 |
| Proceeds from issuance of long-term debt—ship financing/other | 117,370 | 219,074 | 121,920 |
| Proceeds from secondary offerings by subsidiary, net | — | — | 179,797 |
| Proceeds from sale of common stock in a subsidiary, net | — | — | 117,060 |
| Proceeds from exercise of stock options in the Company and Stolt | | | |
| Comex Seaway | 1,282 | 1,033 | 6,319 |
| Purchases of treasury stock | — | (8,484) | (476) |
| Dividends paid | (20,483) | (27,455) | (27,286) |
| Proceeds from early repayment of debt | — | — | 7,416 |
| **Net Cash provided by Financing Activities** | 36,549 | 312,251 | 313,970 |
| Effect of exchange rate changes on cash | (18) | 755 | (1,336) |
| **Net (Decrease) Increase in Cash and Cash Equivalents** | (17,404) | (30,795) | 61,793 |
| Cash and cash equivalents at beginning of year | 37,776 | 68,571 | 6,778 |
| **Cash and Cash Equivalents at end of Year** | $ 20,372 | $ 37,776 | $ 68,571 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 1. THE COMPANY

Stolt-Nielsen S.A. ("SNSA"), a Luxembourg company, and subsidiaries (together, the "Company") is engaged in three businesses: Transportation, Subsea, and Seafood.

The Transportation business, which is carried out through Stolt-Nielsen Transportation Group Ltd. ("SNTG"), is engaged in the worldwide transportation, storage, and distribution of bulk liquid chemicals, edible oils, acids, and other speciality liquids providing its customers with integrated logistics solutions.

The Subsea business is carried out through Stolt Comex Seaway S.A. ("SCS"), a subsidiary in which the Company held a 45% economic interest and a 61% voting interest as of November 30, 1999. SCS is a leading subsea contractor to the oil and gas industry, specializing in technologically sophisticated offshore and subsea engineering.

The Seafood business, wholly-owned by the Company and carried out through Stolt Sea Farm Holdings Ltd. ("SSF"), produces, processes, and markets high quality seafood products, including Atlantic salmon, salmon trout, turbot, halibut, sturgeon, and caviar.

## 2. SIGNIFICANT ACCOUNTING POLICIES

### Principles of Consolidation

The consolidated financial statements include the financial statements of all majority-owned companies after the elimination of all significant intercompany transactions and balances. The results of SCS are included in the consolidated results of the Company because the Company holds a 61% voting interest in SCS. The Company has equity investments of 50% or less in various affiliated companies which are accounted for using the equity method.

SNTG operates the Stolt Tankers Joint Service (the "Joint Service"), an arrangement for the co-ordinated marketing, operation, and administration of tankers owned or chartered by the Joint Service participants in the deep sea intercontinental market. Net revenue available for distribution to the participants is defined in the Joint Service Agreement as the combined operating revenue of the ships which participate in the Joint Service, less combined voyage expenses, overhead costs, and commission to outside brokers. The net revenue is distributed proportionately to each participant according to a formula which takes into account each ship's cargo capacity, its number of operating days during the period, and an earnings factor assigned. For the years ended November 30, 1999, 1998, and 1997, SNTG received approximately 66%, 72%, and 86%, respectively, of the net revenues of the Joint Service. The financial statements of the Joint Service have been included in the accompanying consolidated financial statements, with a provision included in tanker operating expenses for the amount of net revenues distributed to the minority participants. These provisions were approximately $105.1 million, $92.8 million, and $43.3 million for the years ended November 30, 1999, 1998, and 1997, respectively, and include amounts distributed to non-consolidated joint ventures of SNTG of $35.9 million, $34.2 million, and $22.0 million. The amounts distributed are net of commissions to SNTG of $2.3 million, $2.3 million, and $0.7 million for the years ended November 30, 1999, 1998, and 1997, respectively. As of November 30, 1999 and 1998, the net amounts payable to participants in which the Company holds an equity interest for amounts to be distributed by the Joint Service were $1.5 million and $3.8 million, respectively. These amounts are included in "Accrued liabilities and other current liabilities" in the accompanying consolidated balance sheets as of November 30, 1999 and 1998.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

## 2. SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Revenue Recognition

*SNTG*   Consistent with shipping industry practice, revenues from tanker operations are shown in the consolidated statements of income net of commissions, sublet costs, transshipment, and barging expenses.

The operating results of voyages in progress at the end of each reporting period are estimated and pro-rated on a per day basis for inclusion in the consolidated statements of income. The consolidated balance sheets reflect the deferred portion of revenues and expenses on voyages in progress at the end of each reporting period as applicable to the subsequent period. As of November 30, 1999 and 1998, deferred revenues of $36.9 million and $29.3 million, respectively, are included in "Accrued liabilities and other current liabilities" in the accompanying consolidated balance sheets.

*SCS*   Long-term contracts of SCS are accounted for using the percentage-of-completion method. Revenue and gross profit are recognized each period based upon the advancement of the work-in-progress unless the stage of completion is insufficient to enable a reasonably certain forecast of gross profit to be established. In such cases, no gross profit is recognized during the period. Provisions for anticipated losses are made in the period in which they become known. A major portion of SCS's revenue is billed under fixed-price contracts. However, due to the nature of the services performed, variation orders are commonly billed to the customers in the normal course of business. The majority of such items are agreed and settled in full by the customers, but occasionally there is a time lag between the end of the project and the agreement of such variation orders. In these instances management makes estimates of the recoverability of the sums involved and establishes a reserve against related contract receivables. The net amounts recoverable amounted to $7.3 million and $1.9 million in 1999 and 1998, respectively.

*SSF*   SSF recognizes revenues on dispatch of product to customers.

### Use of Estimates

The preparation of financial statements, in conformity with generally accepted accounting principles, requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent gains and losses at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

### Foreign Currency Translation

The Company translates the financial statements of its non-U.S. subsidiaries into U.S. dollars from their functional currencies (usually local currencies) in accordance with the provisions of Statement of Financial Accounting Standards ("SFAS") No. 52. Under SFAS No. 52, assets and liabilities denominated in foreign currencies are generally translated at the exchange rates in effect at the balance sheet date. Revenues and expenses are translated at exchange rates which approximate the average rate prevailing during the period. The resulting translation adjustments are recorded in a separate component of accumulated other comprehensive income (loss) as "Translation adjustments, net" in the accompanying consolidated statements of shareholders' equity. Exchange gains and losses resulting from transactions denominated in a currency other than the functional currency are included in "Foreign currency exchange gain (loss), net" in the accompanying consolidated statements of income.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

## 2. SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Capitalized Interest**

Interest costs during the construction period of significant assets are capitalized and charged to expense over the lives of the related assets. The Company capitalized $16.4 million, $16.2 million, and $9.9 million of interest expense in fiscal years 1999, 1998 and 1997, respectively.

**Earnings Per Share**

Basic earnings per share ("EPS") is computed by dividing net income by the weighted average number of shares outstanding during the period. Diluted EPS is computed by adjusting the weighted average number of shares outstanding during the period for all potentially dilutive shares and equivalents outstanding during the period using the treasury stock method. As further discussed in Note 17, Founder's shares, which provide the holder thereof with certain control features, only participate in earnings to the extent of $0.005 per share for years out of which dividends are declared, and are limited to $0.05 per share upon liquidation. For purposes of computing EPS, dividends paid on Founder's shares are deducted from earnings to arrive at earnings available to Common and Class B shareholders.

The outstanding stock options under the Company's 1987 Stock Option Plan and 1997 Stock Option Plan (Note 18) are included in the diluted EPS calculation to the extent they are dilutive. Outstanding options to purchase 2,115,022, 1,859,851, and 1,275,151 shares were not included in the computation of diluted earnings per share at November 30, 1999, 1998, and 1997, respectively, because to do so would have been antidilutive. The following is a reconciliation of the numerator and denominator of the basic and diluted EPS computations.

| | For the years ended November 30, | | |
|---|---|---|---|
| | **1999** | **1998** | **1997** |
| | (in thousands, except per share data) | | |
| Income before extraordinary item .......................... | $46,908 | $96,275 | $229,693 |
| Less: Dividends on Founder's shares ........................ | (39) | (39) | (39) |
| Income before extraordinary item attributable to Common and Class B shareholders ........................................... | 46,869 | 96,236 | 229,654 |
| Extraordinary item—gain on early repayment of debt, net of taxes .... | — | — | 7,416 |
| Net income attributable to Common and Class B shareholders ....... | $46,869 | $96,236 | $237,070 |
| Basic weighted average shares outstanding ..................... | 54,526 | 54,732 | 54,658 |
| Options issued to executives (Note 18) ........................................ | 280 | 266 | 781 |
| Diluted weighted average shares outstanding ................... | 54,806 | 54,998 | 55,439 |
| Basic EPS | | | |
| Income before extraordinary item........................... | $ 0.86 | $ 1.76 | $ 4.20 |
| Net income ................................................... | 0.86 | 1.76 | 4.34 |
| Diluted EPS | | | |
| Income before extraordinary item........................... | $ 0.86 | $ 1.75 | $ 4.14 |
| Net income ................................................... | 0.86 | 1.75 | 4.28 |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 2. SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Cash and Cash Equivalents

Cash and cash equivalents include time deposits and certificates of deposit with an original maturity of three months or less.

### Inventory

SCS inventories are stated at the lower of cost or market value. Cost is generally determined using the weighted average cost method. Mobilization costs (costs, principally labor and materials, of fitting out and preparing equipment for specific contracts) are amortized over the shorter of the expected duration of the related contracts or the estimated useful life of the equipment. Contract progress payments of $0.4 million and $nil in 1999 and 1998, respectively, are included in work-in-progress.

SSF's raw materials, biomass, and finished goods are valued at average production cost or market price, whichever is lower. Finished goods consist of frozen and processed fish products.

### Depreciation of Fixed Assets

Tankers are depreciated on a straight-line basis to a residual value of 10% of cost over management's estimate of the ships' useful lives from acquisition, which range up to 25 years.

Tank containers are depreciated on a straight-line basis over their estimated useful lives of 20 years.

Terminal facility assets are depreciated substantially on a straight-line basis over their estimated useful lives, which primarily range from five to 40 years. The most significant assets, storage tanks, are depreciated over 30 years.

SCS assets are depreciated on a straight-line basis over their estimated useful lives which range from seven to 10 years for operating equipment, six to 25 years for construction support ships, and five to 33 years for buildings and other assets.

SSF facilities are depreciated substantially on a straight-line basis over their estimated useful lives, which range from four to 20 years.

Other fixed assets consist primarily of furniture and fixtures which are depreciated on a straight-line basis over their estimated useful lives of three to 10 years.

Depreciation expense, which excludes amortization of capitalized drydock costs, for the years ended November 30, 1999, 1998, and 1997 was $148.2 million, $128.6 million, and $112.4 million, respectively.

Drydock costs are capitalized under the deferral method, whereby the Company capitalizes its drydock costs and amortizes them over the period until the next drydock. Amortization of capitalized drydock costs was $17.3 million, $18.3 million, and $19.4 million for the years ended November 30, 1999, 1998, and 1997, respectively. The unamortized portion of capitalized drydock costs of $36.4 million and $41.8 million is included in "Investments in non-consolidated joint ventures and other assets" in the accompanying consolidated balance sheets at November 30, 1999 and 1998, respectively.

Maintenance and repair costs, which exclude amortization of the costs of ship surveys, drydock, and renewals of tank coatings, for the years ended November 30, 1999, 1998, and 1997 were $65.6 million, $56.6 million, and $52.7 million, respectively.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 2. SIGNIFICANT ACCOUNTING POLICIES (Continued)

Effective December 1, 1996, the Company adopted SFAS No. 121 *"Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of"*. The impact of adopting this standard is set out in Note 6 to the consolidated financial statements.

**Financial Instruments**

The Company enters into forward exchange and options contracts to hedge foreign currency transactions on a continuing basis for periods consistent with its committed exposures. This hedging minimizes the impact of foreign exchange rate movement on the Company's U.S. dollar results. The Company's foreign exchange contracts do not subject the Company's results of operations to risk due to exchange rate movements because gains and losses on these contracts generally offset gains and losses on the assets and liabilities being hedged. Contracts are generally held to their maturity date, which matches that of the assets or liabilities hedged.

Gains and losses on these foreign exchange contracts are deferred and included in the basis of the transaction when it is completed. Losses are not deferred if it is estimated that deferral would lead to recognizing losses in later periods.

The Company also uses interest rate swaps to hedge underlying debt obligations. For qualifying hedges, the interest rate differential is reflected as an adjustment to interest expense over the life of the swap.

The Company does not engage in foreign currency speculation.

Cash flows resulting from hedge contracts which are accounted for as hedges of identifiable transactions or events are classified in the consolidated statements of cash flows in the same category as the cash flows from the items being hedged. Net cash flows from such contracts in 1999, 1998, and 1997 were not significant.

**Consolidated Statements of Cash Flows**

Net cash paid for interest and income taxes was as follows:

| | For the years ended November 30, | | |
| --- | --- | --- | --- |
| | 1999 | 1998 | 1997 |
| | (in thousands) | | |
| Interest, net of amounts capitalized | $71,145 | $58,353 | $58,107 |
| Income taxes | 13,074 | 8,534 | 4,528 |

Debt assumed in the SSF acquisition of International Aqua Foods Ltd amounted to $9.2 million.

**Investment Securities**

The Company determines the appropriate classification of equity securities at the time of purchase. Equity securities classified as available for sale are measured at fair value. Material unrealized gains and losses, net of tax, are recorded as a separate component of other comprehensive income (loss) until realized. As of November 30, 1999 available-for-sale investments of $29.3 million have been included in "Investments in non-consolidated joint ventures and other assets" in the accompanying consolidated

51

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 2. SIGNIFICANT ACCOUNTING POLICIES (Continued)

balance sheets. As of November 30, 1998, available-for-sale investments of $14.8 million have been included in "Prepaid expenses and other current assets" in the accompanying consolidated balance sheets.

### Goodwill and Other Intangible Assets

Goodwill represents the excess of the purchase price over the fair value of certain assets acquired. Goodwill and other intangible assets, which includes patents and trademarks, are being amortized on a straight-line basis, over periods of five to 40 years. The Company continuously monitors the realizable value of goodwill and other intangible assets using expected related future undiscounted cash flows. Total amortization of goodwill and other intangibles was $8.0 million, $4.2 million, and $2.3 million in 1999, 1998, and 1997, respectively.

### Stock-Based Compensation

In October 1995, the Financial Accounting Standards Board ("FASB") issued SFAS No. 123, *"Accounting for Stock-Based Compensation"*. This statement establishes a fair value method of accounting for an employee stock option or similar equity instrument but allows companies to continue to measure compensation cost for those plans using the intrinsic value based method of accounting prescribed by Accounting Principles Board ("APB") Opinion No. 25, *"Accounting for Stock Issued to Employees"*. The Company has elected to continue accounting for its stock-based compensation awards to employees and directors under the accounting prescribed by APB Opinion No. 25 and to provide the disclosures required by SFAS No. 123 (Note 18).

### Comprehensive Income

In 1999, the Company adopted SFAS No. 130, *"Reporting Comprehensive Income"*. The Statement establishes rules for the reporting of comprehensive income and its components. Comprehensive income consists of net income, foreign currency translation adjustments, and unrealized gains on securities and is presented in the consolidated statements of shareholders' equity. The adoption of SFAS No. 130 had no impact on the Company's financial position, results of operations or cash flows. Prior year financial statements have been reclassified to conform to the requirements of SFAS No. 130.

### Future Adoption of New Accounting Standards

In June 1998, the FASB issued SFAS No. 133 *"Accounting for Derivative Instruments and Hedging Activities"*. The Statement establishes accounting and reporting standards in the U.S. requiring that every derivative instrument (including certain derivative instruments embedded in other contracts) be recorded in the balance sheet as either an asset or liability measured at its fair value. The Statement requires that changes in the derivative's fair value be recognized currently in earnings unless specific hedge accounting criteria are met. Special accounting for qualifying hedges allows a derivative's gains and losses to offset related results on the hedged item in the statement of income, and requires that a company must formally document, designate, and assess the effectiveness of transactions that receive hedge accounting.

SFAS No. 133 is effective for all fiscal quarters of all fiscal years beginning after June 15, 2000. A company may also implement the Statement as of the beginning of any fiscal quarter after issuance (that is, fiscal quarters beginning June 16, 1998 and thereafter). SFAS No. 133 cannot be applied retroactively. SFAS No. 133 must be applied to derivatives and certain derivative instruments embedded in hybrid

52

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 2. SIGNIFICANT ACCOUNTING POLICIES (Continued)

contracts that were issued, acquired, or substantively modified after December 31, 1997. The Company intends to adopt SFAS No. 133 beginning with the first quarter of fiscal year 2001.

The Company has not yet quantified the impacts of adopting SFAS No. 133 on the amounts presented under U.S. generally accepted accounting standards. However, the Statement could increase volatility in earnings and other comprehensive income.

In April 1998, the American Institute of Certified Public Accountants ("AICPA") issued Statement of Position 98-5 ("SOP 98-5"), "*Reporting on the Costs of Start-up Activities*", which provides guidance on the financial reporting of start-up costs and organization costs. SOP 98-5 requires costs of start-up activities and organization costs to be expensed as incurred and is effective for fiscal years beginning after December 15, 1998. The Company has not determined the impact, if any, SOP 98-5 will have on the Company's consolidated financial statements.

In March 1998, the AICPA issued Statement of Position 98-1 ("SOP 98-1"), "*Accounting for the Costs of Computer Software Developed or Obtained for Internal Use*". SOP 98-1 requires computer software costs, including internal costs, that are incurred in the preliminary project stage to be expensed as incurred. Once the specified capitalization criteria have been met, directly attributable development costs should be capitalized. The Statement also provides guidance on the treatment of upgrade and maintenance expenditures. SOP 98-1 is effective for fiscal years beginning after December 15, 1998. Costs incurred prior to the initial application of SOP 98-1, whether capitalized or not, should not be adjusted to the amounts that would have been capitalized had SOP 98-1 been in effect when those costs were incurred. The Company has not determined the impact, if any, SOP 98-1 will have on the Company's consolidated financial statements.

## 3. BUSINESS AND GEOGRAPHIC SEGMENT INFORMATION

In 1999, the Company has adopted SFAS No. 131 "*Disclosures About Segments of an Enterprise and Related Information*" which changes the way the Company reports information about its operating segments. The information for 1998 and 1997 has been restated from the prior year's presentation to conform to the 1999 presentation.

The Company has three reportable segments from which it derives its revenues: SNTG, SCS, and SSF. The reportable segments reflect the internal organisation of the Company and are strategic businesses that offer different products and services. The SNTG business provides worldwide logistic solutions for the transportation, storage, and distribution of bulk liquid chemicals, edible oils, acids, and other specialty liquids. Additional information is provided below that may contribute to a greater understanding of the SNTG business. SCS provides engineering, flowline lay, construction, inspection, and maintenance services to the offshore oil and gas industry. SSF produces and markets seafood products. The "other" category includes corporate-related items and the results of insignificant operations not reportable under the other segments.

The basis of measurement and accounting policies of the reportable segments are the same as those described in Note 2. The Company measures segment performance based on net income. Inter-segment sales and transfers are not significant and have been eliminated and are not included in the following table. Indirect costs and assets have been apportioned within SNTG on the basis of corresponding direct costs and assets. Interest and income taxes are not allocated.

53

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

3. BUSINESS AND GEOGRAPHIC SEGMENT INFORMATION (Continued)

Summarized financial information concerning each of the Company's reportable segments is as follows:

| | For the year ended November 30, 1999 | | | | | | | |
| | Stolt-Nielsen Transportation Group | | | | Stolt Comex Seaway | Stolt Sea Farm | Other | Total |
| | Tankers | Tank Containers | Terminals | Total | | | | |
| | (in millions) | | | | | | | |
| Net operating revenue | $ 618 | $206 | $ 55 | $ 879 | $641 | $261 | $ — | $1,781 |
| Depreciation and amortization including drydocking | (84) | (11) | (10) | (105) | (60) | (9) | — | (174) |
| Equity in net (loss) income of non-consolidated joint ventures | (2) | — | 2 | — | 5 | — | — | 5 |
| Restructuring charges | (2) | — | — | (2) | (2) | — | — | (4) |
| Income from operations | 27 | 18 | 15 | 60 | 24 | 28 | — | 112 |
| Interest expense, net | — | — | — | (42) | (17) | (6) | — | (65) |
| Income tax (expense) benefit | — | — | — | (9) | 9 | — | — | — |
| Net income (loss) | — | — | — | 18 | 16 | 22 | (9) | 47 |
| Capital expenditures | 175 | 9 | 7 | 191 | 91 | 21 | — | 303 |
| Investments in non-consolidated joint ventures | 16 | 2 | 40 | 58 | 4 | 4 | — | 66 |
| Segment assets | 1,551 | 173 | 233 | 1,957 | 843 | 258 | — | 3,058 |

| | For the year ended November 30, 1998 | | | | | | | |
| | Stolt-Nielsen Transportation Group | | | | Stolt Comex Seaway | Stolt Sea Farm | Other | Total |
| | Tankers | Tank Containers | Terminals | Total | | | | |
| | (in millions) | | | | | | | |
| Net operating revenue | $ 658 | $219 | $54 | $ 931 | $650 | $216 | $— | $1,797 |
| Depreciation and amortization including drydocking | (81) | (13) | (10) | (104) | (39) | (8) | — | (151) |
| Equity in net income of non-consolidated joint ventures | 2 | — | — | 2 | 15 | — | — | 17 |
| Income from operations | 61 | 29 | 8 | 98 | 78 | 14 | — | 190 |
| Interest expense, net | — | — | — | (40) | (5) | (8) | — | (53) |
| Income tax expense | — | — | — | (4) | (18) | (5) | — | (27) |
| Net income (loss) | — | — | — | 64 | 57 | 7 | (32) | 96 |
| Capital expenditures | 206 | 20 | 16 | 242 | 123 | 14 | — | 379 |
| Investments in non-consolidated joint ventures | 18 | 2 | 25 | 45 | 10 | 3 | — | 58 |
| Segment assets | 1,485 | 220 | 217 | 1,922 | 877 | 209 | — | 3,008 |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

3. BUSINESS AND GEOGRAPHIC SEGMENT INFORMATION (Continued)

| | For the year ended November 30, 1997 | | | | | | | |
| | Stolt-Nielsen Transportation Group | | | | Stolt Comex Seaway | Stolt Sea Farm | Other | Total |
| | Tankers | Tank Containers | Terminals | Total | | | | |
| | (in millions) | | | | | | | |
| Net operating revenue ............. | $665 | $219 | $ 47 | $ 931 | $431 | $164 | $ — | $1,526 |
| Depreciation and amortization including drydocking ................... | (78) | (13) | (11) | (102) | (25) | (7) | — | (134) |
| Equity in net income of non-consolidated joint ventures ........ | 7 | — | — | 7 | 12 | — | — | 19 |
| Write down of certain assets ......... | — | — | (12) | (12) | (4) | (12) | — | (28) |
| Income (loss) from operations........ | 95 | 36 | (9) | 122 | 55 | (11) | — | 166 |
| Interest expense, net............... | — | — | — | (39) | (9) | (9) | — | (57) |
| Extraordinary items ............... | — | — | — | 7 | — | — | — | 7 |
| Income tax expense ............... | — | — | — | (2) | (11) | — | — | (13) |
| Net income (loss) ................ | — | — | — | 91 | 39 | (17) | 124 | 237 |
| Capital expenditures ............. | 277 | 30 | 23 | 330 | 109 | 12 | — | 451 |

The following table sets out net operating revenue by country for the Company's reportable segments. SNTG net operating revenue is allocated on the basis of the country in which it is loaded. Tankers and Tank Containers operate in a significant number of countries. Revenues from specific foreign countries which contribute over 10% of total net operating revenue are disclosed separately. SSF net operating revenue is primarily allocated on the basis of the country in which the sale is generated. SCS net operating revenue is primarily allocated to two worldwide product lines in respect of large projects and for all other projects is allocated to the region in which they take place. Accordingly, it is not possible to allocate the net operating revenue from SCS to specific countries. SEAME represents Southern Europe, Africa and the Middle East.

| | For the years ended November 30, | | |
| | 1999 | 1998 | 1997 |
| | (in millions) | | |
| **Net Operating Revenue:** | | | |
| Stolt-Nielsen Transportation Group— | | | |
| Tankers: | | | |
| United States ....................................... | $272 | $294 | $315 |
| South America ...................................... | 48 | 46 | 60 |
| Netherlands ........................................ | 43 | 40 | 44 |
| Other Europe....................................... | 100 | 110 | 121 |
| Malaysia .......................................... | 44 | 47 | 39 |
| Other Asia ......................................... | 110 | 138 | 118 |
| Other.............................................. | 54 | 41 | 32 |
| Less commissions, sublet costs, transshipment and barging expenses ....... | (53) | (58) | (64) |
| | $618 | $658 | $665 |

55

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

3.  BUSINESS AND GEOGRAPHIC SEGMENT INFORMATION (Continued)

| | For the years ended November 30, | | |
|---|---|---|---|
| | 1999 | 1998 | 1997 |
| | (in millions) | | |
| **Net Operating Revenue (cont.):** | | | |
| Stolt-Nielsen Transportation Group— | | | |
| Tank Containers: | | | |
| United States | $ 73 | $ 76 | $ 80 |
| South America | 7 | 8 | 7 |
| France | 24 | 22 | 22 |
| Other Europe | 46 | 54 | 46 |
| Japan | 25 | 26 | 21 |
| Other Asia | 30 | 28 | 36 |
| Other | 1 | 5 | 7 |
| | $206 | $219 | $219 |
| Stolt-Nielsen Transportation Group— | | | |
| Terminals: | | | |
| United States | $ 49 | $ 48 | $ 42 |
| Brazil | 6 | 6 | 5 |
| | $ 55 | $ 54 | $ 47 |
| Stolt Comex Seaway: | | | |
| North America | $156 | $ 63 | $ 9 |
| South America | 57 | 59 | 44 |
| United Kingdom | 162 | 326 | 153 |
| Norway | 161 | 99 | 90 |
| SEAME | 58 | 58 | 76 |
| Other North Sea | 5 | 7 | 20 |
| Asia Pacific | 42 | 38 | 39 |
| | $641 | $650 | $431 |
| Stolt Sea Farm: | | | |
| United States | $104 | $ 79 | $ 56 |
| Canada | 14 | 9 | 6 |
| United Kingdom | 21 | 12 | — |
| Norway | 11 | 10 | 13 |
| Spain | 12 | 12 | 12 |
| Japan | 48 | 41 | 35 |
| Others, net | 51 | 53 | 42 |
| | $261 | $216 | $164 |

During 1999, 1998, and 1997, no one customer accounted for more than 10% of the Company's revenues.

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

### 3. BUSINESS AND GEOGRAPHIC SEGMENT INFORMATION (Continued)

The following table sets out long-lived assets by country for the Company's reportable segments. SNTG's tanker and tank container operations operate on a worldwide basis and are not restricted to specific locations. Accordingly, it is not possible to allocate the assets of these operations to specific countries. The total net book value of long-lived assets for tankers amounted to $1,423 million and $1,346 million and for tank containers amounted to $128 million and $176 million at November 30, 1999 and 1998, respectively. A large proportion of SCS long-term assets are mobile assets that are utilized globally and therefore cannot be directly attributed to any one geographical region. The net book value of SCS long-lived assets not included below amounted to $226 million and $210 million at November 30, 1999 and 1998, respectively.

|  | As of November 30, | |
|---|---|---|
|  | 1999 | 1998 |
|  | (in millions) | |
| **Long-Lived Assets:** | | |
| **Stolt-Nielsen Transportation Group—Terminals:** | | |
| United States | $142 | $146 |
| Brazil | 34 | 34 |
| Singapore | 27 | 24 |
| Korea | 12 | — |
| Others | 4 | 3 |
|  | $219 | $207 |
| **Stolt Comex Seaway:** | | |
| United Kingdom | $ 14 | $ 11 |
| Norway | 24 | 17 |
| Asia Pacific | 17 | 13 |
| SEAME | 9 | 14 |
| South America | 34 | 41 |
| North America | 124 | 126 |
|  | $222 | $222 |
| **Stolt Sea Farm:** | | |
| United States | $ 5 | $ 4 |
| Canada | 24 | 18 |
| United Kingdom | 4 | 2 |
| Norway | 12 | 13 |
| Spain | 10 | 11 |
| Others | 5 | 4 |
|  | $ 60 | $ 52 |

Long-lived assets exclude long-term restricted cash deposits, long-term deferred tax assets, long-term pension assets, goodwill, and intangibles.