NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 4. EQUITY INVESTMENTS

Summarized financial information for the Company's non-consolidated joint ventures, representing 100% of the respective amounts included in the joint ventures' financial statements, is as follows:

Income statement data:

|  | For the years ended November 30, | | |
|---|---|---|---|
|  | 1999 | 1998 | 1997 |
|  | (in millions) | | |
| Net operating revenue | $486 | $331 | $293 |
| Gross profit | 67 | 63 | 72 |
| Net income | 24 | 39 | 48 |

Balance sheet data:

|  | As of November 30, | |
|---|---|---|
|  | 1999 | 1998 |
|  | (in millions) | |
| Current assets | $198 | $129 |
| Non-current assets | 332 | 287 |
| Current liabilities | 184 | 97 |
| Non-current liabilities | 240 | 193 |

The income statement data for the joint ventures presented above includes the following expenses related to transactions with the Company:

|  | For the years ended November 30, | | |
|---|---|---|---|
|  | 1999 | 1998 | 1997 |
|  | (in millions) | | |
| Charter hire expense | $59.6 | $48.4 | $45.0 |
| Management and other fees | 34.8 | 22.2 | 7.0 |
| Freight and Joint Service Commission | 1.0 | 1.2 | 0.7 |
| Interest expense | 0.7 | 1.8 | 2.4 |

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

## 4. EQUITY INVESTMENTS (Continued)

The joint ventures also recorded the following revenues related to transactions with the Company:

| | For the years ended November 30, | | |
|---|---|---|---|
| | 1999 | 1998 | 1997 |
| | (in millions) | | |
| Charter hire revenue ............................. | $37.0 | $29.6 | $22.0 |
| Tank container cleaning station revenue ................................. | 5.1 | 4.5 | 4.2 |
| Rental income (from office building leased to the Company) ................................. | 2.3 | 2.3 | 2.2 |

The balance sheet data includes:

| | As of November 30, | |
|---|---|---|
| | 1999 | 1998 |
| | (in millions) | |
| Amounts due from the Company ......................... | $ 3.3 | $ 4.9 |
| Amounts due to the Company ........................... | 30.9 | 24.3 |

Included within "Amounts due to the Company" is $16.0 million and $17.2 million at November 30, 1999 and 1998, respectively, for trading balances. These amounts are reflected in the consolidated balance sheets as "Receivables from related parties".

## 5. BUSINESS ACQUISITION

On August 18, 1998, SCS acquired Ceanic Corporation (later renamed Stolt Comex Seaway Inc.) for a cash purchase price of approximately $218.9 million including transaction costs. The transaction has been accounted for under the purchase method of accounting.

The purchase price generated goodwill of approximately $114.8 million at November 30, 1998. This was adjusted during 1999 to $122.1 million. The adjustment reflects a reassessment of the value of certain intangible assets within Ceanic and their related deferred tax liabilities. The goodwill is being amortized on a straight-line basis over 25 years.

The Company's share in the results of Ceanic has been included in the consolidated statements of income from the date of acquisition. The following unaudited pro forma information presents a summary of the consolidated results of operations of the Company and the former Ceanic Corporation as if the acquisition occurred at the beginning of 1998 and 1997. The pro forma consolidated results do not purport to be indicative of results that would have occurred had the acquisition been in effect for the period presented, nor do they purport to be indicative of the results that will be obtained in the future. Pro forma

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 5. BUSINESS ACQUISITION (Continued)

adjustments include depreciation and amortization, interest charges on debt and lines of credit, tax benefit related to additional interest charges, and minority interests:

| | For the years ended November 30, | |
| --- | --- | --- |
| | 1998 | 1997 |
| | (in thousands, except per share data) (Unaudited) | |
| Net operating revenue | $1,916,445 | $1,656,534 |
| Income before extraordinary item | 90,577 | 222,511 |
| Net income | 90,577 | 229,927 |
| Basic EPS | | |
| Income before extraordinary item | $    1.65 | $    4.07 |
| Net income | 1.65 | 4.21 |
| Diluted EPS | | |
| Income before extraordinary item | $    1.65 | $    4.01 |
| Net income | 1.65 | 4.15 |

## 6. RESTRUCTURING CHARGES, NON-OPERATING (EXPENSE) INCOME, AND EXTRAORDINARY ITEM

### Restructuring Charges

In 1999, SNTG and SCS recorded restructuring charges of $2.8 million and $1.6 million, respectively. In order to streamline operations, SNTG relocated its Haugesund, Norway office to Rotterdam, Holland and its Somerset, New Jersey operations to Houston, Texas. SCS reorganized its North Sea operations and closed offices in the U.K. and Norway. Substantially all of the charges were paid in the year ended November 30, 1999, and any remaining liability is expected to be fully settled in 2000.

### Effect of Accounting Policy Change in Stolt Comex Seaway

In August 1998, SCS changed its method of accounting for drydock costs from an accrual basis to a deferral basis. The effect of this change is a gain of $3.1 million before minority interest which has been included in "Other non-operating income" for the year ended November 30, 1998.

### Write Down of Certain Assets

Effective December 1, 1996, the Company adopted SFAS No. 121. In 1997, as a consequence the Company recognized a write down within SNTG amounting to $11.6 million, before income tax, in respect of certain assets at its Perth Amboy terminal. Projections indicated that due to the downturn in the North East U.S. specialty chemical industry and a reduced market demand for the type of storage facilities offered by these assets, the cashflows which will be generated by the assets did not support their carrying value. The assets were written down to values considered by management to be their fair market value.

In 1997, the Company also recognized a write down of $4.2 million, before income tax, in respect of certain assets in SCS which are unable to generate sufficient utilization, and therefore cashflows, to support their net book value.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 6. RESTRUCTURING CHARGES, NON-OPERATING (EXPENSE) INCOME, AND EXTRAORDINARY ITEM (Continued)

In July 1997, the Norwegian government reached an agreement with the European Union ("EU") for a five year period to regulate the supply of Norwegian salmon into the EU market. In addition, the Norwegian government has maintained feed quota and production regulations which have a significant impact on the cost-competitiveness of the Norwegian operation of SSF. In the light of these events, the Company considered that the cost of its investment in its SSF Norwegian operation was permanently impaired, and in 1997 wrote down the entire goodwill balance of $3.6 million relating to this investment. Projections also indicated that future cashflows to be generated from certain other assets of SSF may not be sufficient to recover their carrying value, and accordingly, the Company recognized a write down of $8.7 million in 1997 in respect of these assets.

### Gain on Sale of Common Stock of Subsidiary

In March 1997, SCS completed a secondary offering of 8.05 million new Common shares at a per share price of $8.23 raising proceeds, net of expenses, of $64.6 million. Concurrently, SCS exchanged 14.0 million Class B shares (which are economically equivalent to 7.0 million Common shares) for $57.6 million of debt owed to SNSA. As a consequence of the offering and the debt-for-equity exchange, the Company realized a gain, on a before and after income tax basis, of $9.5 million on the reduction of its economic interest in SCS from 70% to 60%.

In November 1997, SCS completed a secondary offering of 4.0 million Common shares. In conjunction with the offering, SNSA sold 4.0 million Common shares of SCS. Both transactions were carried out at a per share price of $29.27, raising proceeds, net of expenses, of $232.2 million. These transactions resulted in the Company realizing a gain, on a before and after income tax basis, of $130.0 million as the Company's economic interest in SCS was reduced from 60% to 43%.

In January 1998, subsequent to the above transactions, SCS completed a two-for-one share split. The share figures and the per share prices quoted above have been restated to reflect the share split.

### Extraordinary Item

In October 1997, the Company prepaid debt relating to the first four ships in SNTG's Danish newbuilding series. The early repayment of the debt under the terms of the loan agreement with the Danish Ship Credit Fund resulted in an extraordinary gain, on a before and after income tax basis, of $7.4 million.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 7. GAIN ON DISPOSAL OF ASSETS, NET

Gain on disposal of assets is comprised of the following:

| | For the years ended November 30, | | |
|---|---|---|---|
| | 1999 | 1998 | 1997 |
| | (in thousands) | | |
| Insurance settlement for total constructive loss of SNTG ship | $ — | $10,208 | $ — |
| Sale of SNTG ships | 748 | 466 | 5,294 |
| Sale of SNTG tank containers | 3,783 | — | — |
| Sale of SCS assets | 290 | (342) | 4,856 |
| Sale of SSF fish farm concessions | — | 5,243 | — |
| Sale of other assets | 192 | 809 | 483 |
| | $5,013 | $16,384 | $10,633 |

## 8. MINORITY INTEREST

The minority interest in the consolidated balance sheets and statements of income of the Company primarily reflects the minority interest in SCS. The Company's economic ownership in SCS increased from 43% to 45% in the year ended November 30, 1999 and decreased from 70% to 43% in the year ended November 30, 1997 (Note 6).

## 9. INCOME TAXES

The 1999, 1998, and 1997 income tax provision consists of the following by business segment:

| | For the year ended November 30, 1999 | | | |
|---|---|---|---|---|
| | SNTG | SCS | SSF | Total |
| | | (in thousands) | | |
| **Current:** | | | | |
| U.S. | $1,065 | $ — | $1,239 | $ 2,304 |
| Non-U.S. | 5,745 | 7,159 | 7,504 | 20,408 |
| **Deferred:** | | | | |
| U.S. | 2,517 | (14,939) | 90 | (12,332) |
| Non-U.S. | — | (729) | (9,170) | (9,899) |
| Income tax provision (benefit) | $9,327 | $(8,509) | $ (337) | $ 481 |

| | For the year ended November 30, 1998 | | | |
|---|---|---|---|---|
| | SNTG | SCS | SSF | Total |
| | | (in thousands) | | |
| **Current:** | | | | |
| U.S. | $ 716 | $ 1,361 | $ 64 | $ 2,141 |
| Non-U.S. | 2,244 | 7,074 | 1,403 | 10,721 |
| **Deferred:** | | | | |
| U.S. | 886 | — | 730 | 1,616 |
| Non-U.S. | 71 | 9,102 | 2,879 | 12,052 |
| Income tax provision | $3,917 | $17,537 | $5,076 | $26,530 |

62

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 9. INCOME TAXES (Continued)

| | For the year ended November 30, 1997 | | | |
| | SNTG | SCS | SSF | Total |
| | | (in thousands) | | |
|---|---|---|---|---|
| **Current:** | | | | |
| U.S. | $ 785 | $ — | $453 | $ 1,238 |
| Non-U.S. | $5,266 | 1,991 | 285 | 7,542 |
| **Deferred:** | | | | |
| U.S. | (4,260) | — | 400 | (3,860) |
| Non-U.S. | (75) | 9,147 | (831) | 8,241 |
| Income tax provision | $1,716 | $11,138 | $307 | $13,161 |

Substantially all of SNTG's shipowning and ship operating subsidiaries are incorporated in countries which do not impose an income tax on shipping operations. Pursuant to the Internal Revenue Code of the U.S., effective for the Company's fiscal years beginning on or after December 1, 1987, U.S. source income from the international operation of ships is generally exempt from U.S. tax if the company operating the ships meets certain requirements. Among other things, in order to qualify for this exemption, the company operating the ships must be incorporated in a country which grants an equivalent exemption to U.S. citizens and corporations and whose shareholders meet certain residency requirements. The Internal Revenue Service has agreed that the Company qualifies for this exemption for years up to and including fiscal 1992, but may review the Company's qualification for fiscal 1993 onwards.

The Company believes that substantially all of SNTG's shipowning and ship operating subsidiaries meet the requirements to qualify for this exemption from U.S. taxation. For these reasons, no provision for U.S. income taxes has been made with respect to SNTG's U.S. source shipping income.

An analysis of the Company's deferred tax assets and liabilities as at November 30, 1999 and 1998 is set out below. A valuation allowance has been recorded to reduce the deferred tax asset to an amount that management believes is more likely than not to be realized:

| | As of November 30, 1999 | | |
| | SNTG | SCS | SSF |
| | | (in thousands) | |
|---|---|---|---|
| Net operating loss carryforwards | $ 4,696 | $33,319 | $18,967 |
| Valuation allowances | (3,046) | (4,316) | (5,180) |
| Net operating loss carryforwards after valuation allowances | 1,650 | 29,003 | 13,787 |
| Differences between book and tax depreciation | (18,277) | (43,874) | 9,867 |
| U.S. State deferred taxes | (2,371) | — | |
| Other timing differences—net | 9,031 | 11,922 | (22,774) |
| Net deferred tax (liability)/asset | $ (9,967) | $(2,949) | $ 880 |
| Current deferred tax asset | $ 95 | $ — | $ 1,657 |
| Non-current deferred tax asset | 6 | 8,522 | 13,987 |
| Current deferred tax liability | — | — | (14,764) |
| Non-current deferred tax liability | (10,068) | (11,471) | — |
| | $ (9,967) | $(2,949) | $ 880 |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 9. INCOME TAXES (Continued)

The current deferred tax asset is included within "Prepaid expenses and other current assets". The current deferred tax liability is included within "Accrued liabilities and other current liabilities".

|  | As of November 30, 1998 | | |
| --- | --- | --- | --- |
|  | SNTG | SCS | SSF |
|  | (in thousands) | | |
| Net operating loss carryforwards | $ 6,831 | $ 22,694 | $ 22,167 |
| Valuation allowances | (2,144) | (7,291) | (14,204) |
| Net operating loss carryforwards after valuation allowances | 4,687 | 15,403 | 7,963 |
| Differences between book and tax depreciation | (16,801) | (39,481) | 9,733 |
| U.S. State deferred taxes | (1,790) | — | |
| Other timing differences—net | 7,275 | 7,127 | (26,170) |
| Net deferred tax liability | $ (6,629) | $ (16,951) | $ (8,474) |
| Non-current deferred tax asset | $ — | $ 2,954 | $ — |
| Non-current deferred tax liability | (6,629) | (19,905) | (8,474) |
|  | $ (6,629) | $ (16,951) | $ (8,474) |

Management believes that net operating losses ("NOLs") carried forward, to the extent that valuation allowances have not been provided, result in a realizable tax asset as a result of expected future profitability.

In 1999, SSF recognized $11.0 million in tax benefits arising from NOLs against which a valuation allowance previously had been provided. These losses now are expected to be realized in future years.

Included within the SSF deferred tax liability for 1999 and 1998 are amounts of $14.8 million and $13.3 million, respectively, arising from the Canadian operations. These amounts arise primarily from provisions under Canadian tax law which permit operators of sea farming facilities to report income for tax purposes using cash-basis accounting, effectively deducting investments in working capital for tax purposes. Also included within the SSF deferred tax liability in 1998 is $10.2 million arising in Norway as Norwegian tax law permits cash-basis accounting for certain expenses associated with inventory growth.

For SNTG, approximately $15.2 million of NOLs were available at November 30, 1999 to offset future taxable income. These NOLs expire in the years 2001 through 2008 except for approximately $10.1 million which can be carried forward indefinitely. For SCS, approximately $50.4 million of NOLs were available at November 30, 1999 to offset future taxable income. These NOLs expire at various dates through 2019, except those in the United Kingdom, Australia and some NOLs in France amounting to $29.4 million which can be carried forward indefinitely. SSF had approximately $63.4 million of NOLs at November 30, 1999. These NOLs expire at various dates through 2007. The group NOLs expire as follows:

|  | (in thousands) |
| --- | --- |
| 2000 | $ 260 |
| 2001 | 10,525 |
| 2002 | 15,251 |
| 2003 | 10,503 |
| 2004 | 10,748 |
| Thereafter | 42,253 |

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

### 9. INCOME TAXES (Continued)

A reconciliation of income taxes at the U.S. federal tax rate applied to pre-tax income and the actual income tax provision is shown below:

| | For the years ended November 30, | | |
|---|---|---|---|
| | 1999 | 1998 | 1997 |
| | (in thousands) | | |
| Income before income tax provision, minority interest, and extraordinary item | $56,211 | $155,418 | $258,846 |
| Non-U.S. source shipping and other income not subject to income tax | (22,980) | (48,526) | (148,800) |
| U.S. source shipping income not subject to income tax | — | (22,993) | (85,812) |
| Utilization of loss carryforwards | (15,827) | (20,594) | (10,759) |
| Losses for which no tax benefit is recognized | 11,434 | 10,428 | 13,267 |
| | $28,838 | $ 73,733 | $ 26,742 |
| Tax at U.S. federal rate (35%) | $10,093 | $ 25,806 | $  9,360 |
| Differences between U.S. and non-U.S. tax rates | 1,844 | (3,568) | (2,155) |
| Non-taxable dividend income from non-consolidated joint ventures | (751) | (1,758) | (1,131) |
| Exchange gain | (2,526) | (49) | (179) |
| Change in management's estimates of valuation and other allowances | (5,784) | 2,266 | 3,662 |
| Imputed interest deduction | (4,030) | — | — |
| Differences between book and tax bases | 588 | 2,322 | 1,762 |
| Tax credits from foreign jurisdictions | (267) | (61) | — |
| State and local taxes, net of federal benefit | (148) | 311 | (195) |
| Non-deductible amortization of goodwill and other tangibles | 926 | 1,556 | 798 |
| Other non-deductible costs, principally travel and entertainment expenditures | 1,020 | 647 | 709 |
| Other, net | (484) | (942) | 530 |
| Income tax provision | $   481 | $ 26,530 | $ 13,161 |

Withholding and remittance taxes have not been recorded on the undistributed earnings of SNSA's subsidiaries, which represent substantially all of the Company's consolidated retained earnings, primarily because, under the current tax laws of Luxembourg and the countries in which substantially all of SNSA's subsidiaries are incorporated, no taxes would be assessed upon the payment or receipt of dividends. Earnings retained by subsidiaries incorporated in those countries which impose withholding or remittance taxes are considered by management to be permanently reinvested in such subsidiaries. The undistributed earnings of these subsidiaries as of November 30, 1999 were not significant.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 10. INVENTORIES

Inventories at November 30, 1999 and 1998 consisted of the following:

| 1999 | SNTG | SCS | SSF | Total |
|---|---|---|---|---|
| | | (in thousands) | | |
| Raw materials | $ 79 | $ — | $ 13,309 | $ 13,388 |
| Consumables | 210 | 14,567 | 4,065 | 18,842 |
| Work-in-progress | 41 | 6,876 | — | 6,917 |
| Seafood biomass | — | | 93,312 | 93,312 |
| Finished goods | 64 | | 8,538 | 8,602 |
| | $ 394 | $ 21,443 | $119,224 | $141,061 |

| 1998 | SNTG | SCS | SSF | Total |
|---|---|---|---|---|
| | | (in thousands) | | |
| Raw materials | $ 107 | $ — | $ 9,560 | $ 9,667 |
| Consumables | 479 | 13,871 | 3,557 | 17,907 |
| Work-in-progress | — | 13,205 | — | 13,205 |
| Seafood biomass | — | — | 80,566 | 80,566 |
| Finished goods | — | — | 6,437 | 6,437 |
| | $ 586 | $ 27,076 | $100,120 | $127,782 |

## 11. RESTRICTED CASH DEPOSITS

Restricted cash deposits comprise both funds held in a separate Company bank account, which will be used to settle accrued taxation liabilities, and deposits made by the Company as security for certain third-party obligations. There are no significant conditions on the restricted cash balances.

## 12. SHORT-TERM BANK LOANS

Loans payable to banks, which amounted to $34.1 million and $17.6 million at November 30, 1999 and 1998, respectively, consist principally of drawdowns under bid facilities, lines of credit and bank overdraft facilities. Amounts borrowed pursuant to these facilities bear interest at rates ranging from 5.9% to 8.1% for 1999 and from 5.4% to 9.2% for 1998. The weighted average interest rate was 7.0% and 8.0% for the years ended November 30, 1999 and 1998, respectively.

As of November 30, 1999, the Company had various credit lines, including committed lines ranging through 2005 totalling $704.9 million, of which $570.7 million was available for future use. Of the amounts drawn down under these facilities, $100.0 million has been classified as long-term debt as the Company does not intend to repay this amount within one year.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

**13. LONG-TERM DEBT**

Long-term debt as of November 30, 1999 and 1998 consisted of the following:

|  | 1999 | 1998 |
|---|---|---|
|  | (in thousands) | |
| Senior unsecured notes | | |
| On 11/30/99 interest rates ranged from 6.96% to 10.07%, maturities vary through 2013 | $ 538,571 | $ 566,969 |
| Preferred ship fixed rate mortgages | | |
| On 11/30/99 fixed interest rates ranged from 5.42% to 8.74%, maturities vary through 2013 | 330,572 | 296,710 |
| Preferred ship variable rate mortgages | | |
| On 11/30/99 interest rates ranged from 4.49% to 6.59%, maturities vary through 2007 | 63,321 | 44,007 |
| Economic development and other bonds | | |
| On 11/30/99 interest rates ranged from 4.40% to 4.70%, maturing in 2014 and 2018 | 34,600 | 34,600 |
| Bank and other notes payable | | |
| On 11/30/99 interest rates ranged from 6.01% to 12.50%, maturies vary through 2008 | 211,403 | 186,661 |
|  | 1,178,467 | 1,128,947 |
| Less—current maturities | (61,718) | (71,634) |
|  | $1,116,749 | $1,057,313 |

On November 30, 1998, the Company's senior unsecured notes carried fixed interest rates ranging from 6.96% to 10.56%, preferred ship fixed rate mortgages had interest rates ranging from 5.42% to 8.69%, preferred ship variable rate mortgages had interest rates ranging from 4.97% to 5.66%, the economic development and other bonds had interest rates ranging from 3.25% to 6.00%, and the bank and other notes payable had interest rates ranging from 5.43% to 11.68%.

Long-term debt is denominated primarily in U.S. dollars, with $8.2 million and $7.2 million denominated in other currencies as of November 30, 1999 and 1998, respectively.

Annual principal repayments of debt for the five years subsequent to November 30, 1999 and thereafter are as follows:

|  | (in thousands) |
|---|---|
| 2000 | $ 61,718 |
| 2001 | 84,104 |
| 2002 | 174,119 |
| 2003 | 134,157 |
| 2004 | 130,496 |
| Thereafter | 593,873 |
|  | $1,178,467 |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 13. LONG-TERM DEBT (Continued)

Agreements executed in connection with certain debt obligations require that the Company maintains defined financial ratios and also impose certain restrictions relating, among other things, to payment of cash dividends (see Note 20), and purchases, redemptions, etc., of capital. Certain of the debt is secured by mortgages on vessels, tank containers, terminals, and seafood facilities with a net book value of $786.6 million as of November 30, 1999.

## 14. LEASES

### Operating Leases

As of November 30, 1999 the Company was obligated to make payments under long-term operating lease agreements for tankers, land, terminal facilities, tank containers, barges, construction support, diving support, survey and inspection ships, equipment and offices. Certain of the leases contain clauses requiring payments in excess of the base amounts to cover operating expenses related to the leased assets. Minimum annual lease commitments and sub-lease income under agreements which expire at various dates through 2026, and which are payable in various currencies are as follows:

|  | (in thousands) |
|---|---|
| 2000 | $ 96,127 |
| 2001 | 76,656 |
| 2002 | 31,281 |
| 2003 | 8,975 |
| 2004 | 4,499 |
| Thereafter | 8,514 |
|  | 226,052 |
| Less—sub-lease income | (10,725) |
|  | $215,327 |

Rental and charter hire expenses under operating lease agreements for the years ended November 30, 1999, 1998, and 1997 were $115.5 million, $121.1 million, and $91.0 million, respectively, net of sub-lease income of $1.5 million, $4.0 million, and $0.6 million, respectively.

## 15. COMMITMENTS AND CONTINGENCIES

In 1997, the Company entered into an agreement with Danyard Shipyards to purchase a further two new 37,000 deadweight tons ("dwt") parcel tankers at an approximate cost of $76 million each. Under the terms of the contracts, the price for the remaining Danyard ships has been converted to U.S. dollars. The Company has obtained a financing commitment from the Danish Ship Credit Fund for a 14 year financing of up to 80% of the U.S. dollar cost of the two tankers.

The Company also entered into an agreement with a Spanish shipyard to purchase six new 22,450 dwt parcel tankers at an approximate cost of $46 million each and with an Italian shipyard to purchase three 5,200 dwt parcel tankers, the first at an approximate cost of $20 million and the other two at an approximate cost of $16 million per vessel. As of November 30, 1999, two of the ships in the Spanish series and two of the ships in the Italian series had been delivered.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 15. COMMITMENTS AND CONTINGENCIES (Continued)

As of November 30, 1999, the Company had total capital expenditure purchase commitments outstanding of approximately $230 million for 2000 and future years.

The French government has investigated SCS of France alleging violations of French labor and social security legislation, which resulted during 1998 in a condemnation by the French Supreme Court of SCS France and two of its former directors. In addition, a number of former and present employees have started civil proceedings against certain subsidiaries of the Company alleging loss of employment and social security benefits. Some of the proceedings have resulted in judgements. Some of the judgements have been appealed. While the Company believes that its subsidiaries have meritorious defenses in the unresolved cases, there can be no certainty as to the number of claims which may be brought or the amount for which the Company may eventually be liable with respect thereto. Comex S.A., a former shareholder of Comex Services S.A. ("Comex"), in an agreement with SNSA executed on June 5, 1992 for the sale of Comex, agreed to indemnify the Company with respect to certain aspects of the foregoing. There can be no assurance, however, as to the amount which the Company may ultimately recover from Comex S.A. pursuant to such indemnity.

Coflexip S.A. has commenced legal proceedings against three subsidiaries of SCS claiming infringement of a certain patent relating to flexible flowline laying technology in the U.K. Judgement was given on January 22, 1999 and January 29, 1999. The disputed patent was held valid. The Company has appealed. The Company has provided in the financial statements an amount to cover the estimated liability for Coflexip S.A.'s legal costs in the litigation. No provision has been made for damages. The extent of liability for damages, if any, to Coflexip S.A. for patent infringement in the U.K. cannot be reasonably estimated at this stage.

In September 1999 the Company terminated its charter of the ship, Toisa Puma, for default. The Company is currently in arbitration with the owners who are contesting that the termination was wrongful. No provision has been made in the financial statements as the Company believes that it had the right to terminate the charter under the charterparty.

The Company is a party to various other legal proceedings arising in the ordinary course of business. The Company believes that none of the matters covered by such legal proceedings will have a material adverse effect on the Company's business or financial condition.

The Company's operations are affected by U.S. and foreign environmental protection laws and regulations. Compliance with such laws and regulations entails considerable expense, including ship modifications and changes in operating procedures. The Company believes that compliance with applicable laws and regulations has not had, nor is such compliance expected to have, a material adverse effect upon its competitive position, financial condition or results of operations.

## 16. PENSION AND BENEFIT PLANS

Certain of the U.S. and non-U.S. subsidiaries of the Company have non-contributory pension plans covering substantially all of their shore-based employees. The most significant plans are defined benefit plans. Benefits are based on each participant's length of service and compensation. The Company's policy is to fully fund its liability.

The Company provides pension benefits to ship officers employed by the Company. Group single premium retirement contracts were purchased whereby all accrued pension liability through June 30, 1986

69

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

**16. PENSION AND BENEFIT PLANS (Continued)**

was fully funded. It is the Company's intention to fund its liability under this plan and it is considering various investment alternatives to do this.

In 1999, the Company has adopted SFAS No. 132 "Employers' Disclosures about Pensions and Postretirement Benefits" which standardizes the disclosure requirements for pensions and other postretirement benefits. The Statement addresses disclosure only. It does not address liability measurement or expense recognition. There was no effect on financial position or net income as a result of adopting SFAS No. 132.

Net periodic benefit costs for the Company's defined benefit retirement plans (including a retirement arrangement for one of the Company's directors) and other post-retirement benefit plans for the years ended November 30, 1999, 1998, and 1997, consist of the following:

| | Pension Benefits | | | Other Post-retirement Benefits | | |
|---|---|---|---|---|---|---|
| | 1999 | 1998 | 1997 | 1999 | 1998 | 1997 |
| | (in thousands) | | | | | |
| **Components of Net Periodic Benefit Cost:** | | | | | | |
| Service cost | $ 6,411 | $ 6,300 | $ 6,020 | $268 | $293 | $292 |
| Interest cost | 6,845 | 6,494 | 5,852 | 424 | 439 | 430 |
| Expected return on plan assets | (5,870) | (5,608) | (4,976) | — | — | — |
| Amortization of unrecognized net transition liability | 211 | 158 | 111 | 178 | 178 | 178 |
| Amortization of prior service cost | 391 | 347 | 327 | 14 | 14 | 14 |
| Recognized net actuarial loss (gain) | 130 | 14 | 238 | (25) | — | — |
| Gain recognized due to curtailment | (20) | — | — | — | — | — |
| Net periodic benefit cost | $ 8,098 | $ 7,705 | $ 7,572 | $859 | $924 | $914 |

U.S. based employees retiring from the Company after attaining age 55 with at least ten years of service with the Company are eligible to receive post-retirement health care coverage for themselves and their eligible dependents. These benefits are subject to deductibles, co-payment provisions, and other limitations. The Company reserves the right to change or terminate the benefits at any time.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 16. PENSION AND BENEFIT PLANS (Continued)

The following tables set forth the change in benefit obligations for the Company's defined benefit retirement plans and other post-retirement plans and the change in plan assets for the defined benefit retirement plans. There are no plan assets associated with the other post-retirement plans.

| | For the years ended November 30, | | | |
| | 1999 | 1998 | 1999 | 1998 |
| | Pension Benefits | | Other Post-retirement Benefits | |
| | (in thousands) | | | |
| **Change in Benefit Obligation:** | | | | |
| Benefit obligations at beginning of year | $101,635 | $ 90,142 | $7,036 | $6,633 |
| Service cost | 6,411 | 6,300 | 268 | 293 |
| Interest cost | 6,845 | 6,494 | 424 | 439 |
| Benefits paid | (3,066) | (3,508) | (38) | (95) |
| Plan participant contributions | 266 | 255 | — | — |
| Foreign exchange rate changes | (1,257) | (384) | — | — |
| Plan amendments | 2,109 | (313) | — | — |
| Curtailments and settlements | (2,258) | — | — | — |
| Actuarial (gains) and losses | (7,960) | 2,649 | (1,491) | (234) |
| Benefits obligation at end of year | $102,725 | $101,635 | $6,199 | $7,036 |

| | For the years ended November 30, | |
| | 1999 | 1998 |
| | Pension Benefits | |
| | (in thousands) | |
| **Change in Plan Assets:** | | |
| Fair value of plan assets at beginning of year | $66,697 | $60,507 |
| Actual return on plan assets | 3,199 | 6,747 |
| Company contributions | 4,679 | 4,040 |
| Plan participant contributions | 266 | 255 |
| Foreign exchange rate changes | (1,234) | (606) |
| Plan amendments | — | (738) |
| Curtailments and settlements | (1,174) | — |
| Benefits paid | (3,066) | (3,508) |
| Fair value of plan assets at end of year | $69,367 | $66,697 |

71

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
## FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

**16. PENSION AND BENEFIT PLANS (Continued)**

Amounts recognized in the Company's consolidated balance sheet consist of the following:

| | As of November 30, | | | |
|---|---|---|---|---|
| | 1999 | 1998 | 1999 | 1998 |
| | Pension Benefits | | Other Post-retirement Benefits | |
| | (in thousands) | | | |
| Funded status of the plan . . . . . . . . . . . . . . . . . . . . . . | $(33,358) | $(34,938) | $(6,199) | $(7,036) |
| Unrecognized net actuarial loss (gain) . . . . . . . . . . . . . | 872 | 6,694 | (1,537) | (71) |
| Unrecognized prior service cost . . . . . . . . . . . . . . . . . | 3,166 | 2,348 | 2,310 | 2,488 |
| Unrecognized net transition liability . . . . . . . . . . . . . . . | 1,486 | 1,895 | 70 | 84 |
| Net amount recognized . . . . . . . . . . . . . . . . . . . . . . . | $(27,834) | $(24,001) | $(5,356) | $(4,535) |
| Prepaid benefit cost . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,377 | $ 388 | $ — | $ — |
| Accrued benefit liability . . . . . . . . . . . . . . . . . . . . . . | (33,832) | (28,886) | (5,356) | (4,535) |
| Intangible asset . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,621 | 4,497 | — | — |
| Net amount recognized . . . . . . . . . . . . . . . . . . . . . . . | $(27,834) | $(24,001) | $(5,356) | $(4,535) |

The projected benefit obligation, accumulated benefit obligation, and fair value of plan assets of pension plans with accumulated benefit obligations in excess of plan assets were $42.7 million, $37.5 million, and $41.9 million, respectively, as of November 30, 1999 and $40.8 million, $35.4 million, and $40.6 million, respectively, as of November 30, 1998.

| | For the years ended November 30, | | | | | |
|---|---|---|---|---|---|---|
| | 1999 | 1998 | 1997 | 1999 | 1998 | 1997 |
| | Pension Benefits | | | Other Post-retirement Benefits | | |
| **Weighted-Average Assumptions** | | | | | | |
| Discount rate . . . . . . . . . . . . . . . . . . . . . . | 7.20% | 6.97% | 7.26% | 7.75% | 7.00% | 7.25% |
| Expected long-term rate of return on assets . | 8.85% | 8.90% | 8.90% | —% | —% | —% |
| Rate of increase in compensation levels . . . . | 4.15% | 4.30% | 4.30% | 5.00% | 5.00% | 5.00% |

Health care cost trends assume a 9.5% annual rate of increase in the per capita cost of covered health care benefits for 2000. The rate is assumed to decrease gradually to 7.5% for 2002 and remain at that level thereafter. The effect of a 1% change in these assumed cost trends on the accumulated post-retirement benefit obligation at the end of 1999 would be an approximate $0.7 million increase or an approximate $0.6 million decrease and the effect on the aggregate of the service cost and interest cost of the net periodic benefit cost for 1999 would be an approximate $0.1 million increase or an approximate $0.1 million decrease.

**17. CAPITAL STOCK, FOUNDER'S SHARES AND DIVIDENDS DECLARED**

Founder's shares vote on an equal basis with Common shares and as a separate class of stock when voting on certain matters requiring a majority of both classes of stock. The Class B shares are not entitled to vote in matters requiring shareholder action except where required by Luxembourg law.

Under the Articles, holders of Common shares, Class B shares and Founder's shares participate in annual dividends, if any are declared by the Company, in the following order of priority: (i) ten percent of

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

**17. CAPITAL STOCK, FOUNDER'S SHARES AND DIVIDENDS DECLARED (Continued)**

the stated value thereof (i.e., $0.10 per share) to Class B shares as the preferred dividend; (ii) $0.005 per share to Founder's shares and Common shares equally; (iii) $0.095 per share to Common shares; and (iv) thereafter, Common shares and Class B shares participate equally in all further amounts.

Under the Articles, in the event of a liquidation, all debts and obligations of the Company must first be paid and thereafter all remaining assets of the Company are paid to the holders of Common shares, Class B shares, and Founder's shares in the following order of priority: (i) Class B shares to the extent, if any, of declared but unpaid dividends on such shares, and thereafter rateably to the full aggregate issuance price thereof; (ii) Common shares rateably to the extent of the stated value thereof (i.e. $1.00 per share); (iii) Common shares and Founder's shares participate equally up to $0.05 per share; (iv) Common shares rateably to the full aggregate issue price thereof; and (v) thereafter, Common shares and Class B shares participate equally in all remaining assets.

Class B shares being non-voting shares shall also be entitled to such other priorities and preferences concerning unpaid dividends for past years as shall be provided by applicable law.

As of November 30, 1999, 7,820,109 Founder's shares had been issued to Mr. Stolt-Nielsen. Additional Founder's shares are issuable to holders of outstanding Founder's shares without consideration, in quantities sufficient to maintain a ratio of Common shares to Founder's shares of 4 to 1. Pursuant to Luxembourg law, Founder's shares are not considered to represent capital of SNSA. Accordingly, no stated values for these shares are included in the accompanying consolidated balance sheets.

On November 16, 1999 the Board of Directors approved an interim dividend of $0.125 per Common and Class B share and $0.005 per Founder's share which was paid on December 15, 1999 to all shareholders of record as of December 1, 1999.

The Company anticipates, subject to approval at the Annual General Meeting, that a final dividend for 1999 of $0.125 per Common share and Class B share will be paid in May 2000.

Dividends are recognized in the accompanying financial statements upon final approval from the Company's shareholders or, in the case of interim dividends, as paid. The interim dividend declared on November 16, 1999 will be recognized in fiscal 2000.

In January 2000, SNSA announced its intention to offer Common shareholders the opportunity to exchange Common shares for an equal number of the Company's Class B shares. The Company is also offering to holders of options to purchase Common shares, the opportunity to elect to receive, immediately following exercise, a Class B share in exchange for each Common share issuable upon the exercise of such common option.

**18. STOCK OPTION PLAN**

During 1987, the Company adopted the 1987 Stock Option Plan (the "1987 Plan") under which 2,660,000 Common shares and 1,330,000 Class B shares were reserved for future issuance. No further grants will be issued under the 1987 Plan. During 1997, the Company adopted the 1997 Stock Option Plan (the "1997 Plan") under which 5,180,000 Common shares, 5,180,000 Class B shares, or any combination thereof not exceeding 5,180,000 shares, were reserved for future issuance.

Options granted under both Plans may be exercisable for periods of up to ten years at an exercise price not less than the fair market value per share at the date of the grant. Options vest 25% on the first

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

**18. STOCK OPTION PLAN (Continued)**

anniversary of the grant date, with an additional 25% vesting on each subsequent anniversary. The Company accounts for the Plans under APB Opinion No. 25, under which no compensation cost has been recognized. Had compensation cost for all stock option grants between 1996 and 1999 been determined consistent with SFAS No. 123, the Company's net income and earnings per share would be reduced to the following pro forma amounts:

|  | For the years ended November 30, | | |
| --- | --- | --- | --- |
|  | 1999 | 1998 | 1997 |
|  | (in thousands, except for per share data) | | |
| **Net Income:** | | | |
| As Reported | $46,908 | $96,275 | $237,109 |
| Pro Forma | 43,984 | 93,785 | 235,304 |
| **Basic EPS:** | | | |
| As Reported | $ 0.86 | $ 1.76 | $ 4.34 |
| Pro Forma | 0.81 | 1.71 | 4.31 |
| **Diluted EPS:** | | | |
| As Reported | $ 0.86 | $ 1.75 | $ 4.28 |
| Pro Forma | 0.80 | 1.71 | 4.25 |

The effects of applying SFAS No. 123 in this pro forma disclosure are not indicative of future amounts. SFAS No. 123 does not apply to awards prior to fiscal year 1996, and additional awards in future years are anticipated.

74

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
### FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

### 18. STOCK OPTION PLAN (Continued)

The following table reflects activity under the Plans for the years ended November 30, 1999, 1998 and 1997:

| Common Shares | Shares | 1999 Weighted average exercise price | Shares | 1998 Weighted average exercise price | Shares | 1997 Weighted average exercise price |
|---|---|---|---|---|---|---|
| Outstanding at beginning of year | 1,514,775 | $16.02 | 1,164,563 | $14.43 | 1,324,683 | $13.33 |
| Granted | — | — | 419,200 | 20.13 | 211,350 | 16.73 |
| Exercised | (43,125) | 10.83 | (39,863) | 11.48 | (363,645) | 11.71 |
| Canceled | (77,825) | 16.52 | (29,125) | 17.63 | (7,825) | 16.18 |
| Outstanding at end of year | 1,393,825 | $16.15 | 1,514,775 | $16.02 | 1,164,563 | $14.43 |
| Exercisable at end of year | 936,575 | $14.57 | 761,005 | $13.26 | 550,738 | $12.46 |
| Weighted average fair value of options granted | | $ — | | $ 6.82 | | $ 9.12 |

| Class B Shares | Shares | 1999 Weighted average exercise price | Shares | 1998 Weighted average exercise price | Shares | 1997 Weighted average exercise price |
|---|---|---|---|---|---|---|
| Outstanding at beginning of year | 633,383 | $14.93 | 670,430 | $14.89 | 651,848 | $13.26 |
| Granted | 421,500 | 9.88 | — | — | 205,350 | 17.29 |
| Exercised | (21,562) | 10.83 | (20,166) | 11.60 | (181,334) | 11.69 |
| Canceled | (40,814) | 15.00 | (16,881) | 17.23 | (5,434) | 16.41 |
| Outstanding at end of year | 992,507 | $12.87 | 633,383 | $14.93 | 670,430 | $14.89 |
| Exercisable at end of year | 456,832 | $14.25 | 400,013 | $13.49 | 273,869 | $12.43 |
| Weighted average fair value of options granted | | $ 3.93 | | $ — | | $ 7.51 |

The fair value of each stock option grant is estimated as of the date of grant using the Black-Scholes option pricing model with the following weighted average assumptions:

| | 1999 Common | 1999 Class B | 1998 Common | 1998 Class B | 1997 Common | 1997 Class B |
|---|---|---|---|---|---|---|
| Risk-free interest rates | — | 4.9% | 5.7% | — | 6.0% | 6.0% |
| Expected lives (years) | — | 6.5 | 6.0 | — | 6.5 | 6.8 |
| Expected volatility | — | 38.1% | 31.6% | — | 51.0% | 31.0% |
| Expected dividend yields | — | 1.6% | 2.0% | — | 1.0% | 1.0% |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 18. STOCK OPTION PLAN (Continued)

The following table summarizes information about stock options outstanding as of November 30, 1999:

| Range of exercise prices | Options outstanding | | | Options exercisable | |
|---|---|---|---|---|---|
| | Number outstanding | Weighted average remaining contractual life (years) | Weighted average exercise price | Number exercisable | Weighted average exercise price |
| **Common Shares:** | | | | | |
| $20.125–22.500 . . . . . . . . . . . . . . . . . . . . . . . | 404,300 | 8.07 | $20.14 | 101,700 | $20.16 |
| $14.500–19.083 . . . . . . . . . . . . . . . . . . . . . . . | 486,000 | 5.91 | 17.91 | 331,350 | 17.89 |
| $ 8.500–13.167 . . . . . . . . . . . . . . . . . . . . . . . | 503,525 | 3.96 | 11.26 | 503,525 | 11.26 |
| | 1,393,825 | 5.83 | $16.15 | 936,575 | $14.57 |
| **Class B Shares:** | | | | | |
| $17.500–22.125 . . . . . . . . . . . . . . . . . . . . . . . | 300,800 | 6.62 | $18.20 | 181,075 | $18.35 |
| $10.500–16.917 . . . . . . . . . . . . . . . . . . . . . . . | 228,256 | 3.85 | 12.21 | 227,706 | 12.20 |
| $ 8.500– 9.875 . . . . . . . . . . . . . . . . . . . . . . . | 463,451 | 8.44 | 9.73 | 48,051 | 8.50 |
| | 992,507 | 6.83 | $12.87 | 456,832 | $14.25 |

## 19. RELATED PARTY TRANSACTIONS

During 1997, the Company held a 25% ownership interest in Maryland Marine, Inc. ("Maryland Marine"), a chemical barging company which operated chemical/liquid barges in the U.S. inland and intracoastal waterways. A director of SNSA owned a majority interest in and served as Chairman and Chief Executive Officer of Maryland Marine. The Company had accounted for this investment in the financial statements in accordance with the equity method up to November 21, 1997 when the company sold its interest in Maryland Marine, at its fair market value, to the director of SNSA. He, in turn, sold Maryland Marine to a non-related corporation.

During 1997, Maryland Marine leased barges to the Company pursuant to several lease agreements which required the Company to make lease payments through 2002. As a consequence of the sale of the Company's interest in Maryland Marine, these lease agreements were canceled.

Aggregate amounts paid to Maryland Marine, during the period in which the Company held an ownership interest, including minimum non-cancelable payments due under the above lease agreements, were $12.0 million during the year ended November 30, 1997.

## 20. RESTRICTIONS ON PAYMENT OF DIVIDENDS

On an annual basis, Luxembourg law requires an appropriation of an amount equal to at least 5% of SNSA's unconsolidated net profits, if any, to a "legal reserve" within shareholders' equity, until such reserve equals 10% of the issued share capital of SNSA. This reserve is not available for dividend distribution. SNSA's Capital stock and Founder's shares have no par value. Accordingly SNSA has assigned a stated value per Common and Class B share of $1.00. At November 30, 1999 this legal reserve amounted to approximately $6.2 million based on Common and Class B shares issued on that date. Advance

76

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

**20.  RESTRICTIONS ON PAYMENT OF DIVIDENDS (Continued)**

dividends can be declared, up to three times in any fiscal year (at the end of the second, third and fourth quarters) by the Board of Directors; however, they can only be paid after the prior year's financial statements have been approved by SNSA's shareholders, and after a determination as to the adequacy of amounts available to pay such dividends has been made by its independent statutory auditors in Luxembourg. Final dividends are declared by the shareholders once per year at the Annual General Meeting; both advance and final dividends can be paid out of any SNSA earnings, retained or current, as well as paid-in surplus, subject to shareholder approval. Luxembourg law also limits the payment of stock dividends to the extent sufficient surplus exists to provide for the related increase in stated capital.

As of November 30, 1999, the most restrictive covenant within the Company's loan agreements provides for cumulative limitations on certain payments including dividend payments, share repurchases, and investments and advances to non-consolidated joint ventures and other entities if any.

**21.  FOREIGN EXCHANGE CONTRACTS AND SWAP AGREEMENTS**

All of the Company's derivative activities are over the counter instruments entered into with major financial institutions for hedging the Company's committed exposures or firm commitments with major financial credit institutions. All of the Company's derivative instruments are straightforward foreign exchange forward contracts, and commodity and interest rate swaps, which subject the Company to a minimum level of exposure risk. The Company does not consider that it has a material exposure to credit risk from third parties failing to perform according to the terms of hedge instruments.

The following foreign exchange contracts, maturing through November 2001, were outstanding as of November 30, 1999:

| | Purchase | Sell |
|---|---|---|
| | (in thousands) | |
| Norwegian kroner | 475,683 | |
| Belgian francs | 201,306 | |
| French francs | 35,900 | |
| Canadian dollars | 35,500 | |
| Euro | 15,778 | |
| Singapore dollars | 8,277 | |
| Netherland guilders | 5,415 | |
| Brazilian real | 4,100 | |
| German marks | 950 | |
| Japanese yen | | 449,679 |
| British pounds sterling | | 1,569 |

The U.S. dollar equivalent of the currencies which the Company had contracted to purchase was $122.2 million and to sell was $6.9 million as of November 30, 1999.

77

## SIGNATURES

Pursuant to the requirements of Section 12 of the Securities Exchange Act of 1934, the Registrant certifies that it meets all of the requirements for filing on Form 20-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereunto duly authorized.

STOLT-NIELSEN S.A.

By: /s/ CARROLL N. BJORNSON
       Name: Carroll N. Bjornson
       Title: Director


By: /s/ JAN CHR. ENGELHARDTSEN
       Name: Jan Chr. Engelhardtsen
       Title: Chief Financial Officer

Date: May 31, 2000

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)
FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997

## 21.  FOREIGN EXCHANGE CONTRACTS AND SWAP AGREEMENTS (Continued)

The following estimated fair value amounts of the Company's financial instruments have been determined by the Company, using appropriate market information and valuation methodologies. Considerable judgement is required to develop these estimates of fair value, thus the estimates provided herein are not necessarily indicative of the amounts that could be realized in a current market exchange:

|  | As of November 30, 1999 | |
|---|---|---|
|  | Carrying amount | Fair value |
|  | (in millions) | |
| **Financial Assets:** | | |
| Cash and cash equivalents ................................... | $ 20.4 | $ 20.4 |
| **Financial Liabilities:** | | |
| Loans payable to banks ...................................... | 34.1 | 34.1 |
| Long-term debt and related currency and interest rate swaps ............. | 1,178.5 | 1,155.5 |
| **Off Balance Sheet Financial Instruments:** | | |
| Foreign exchange forward contracts................................ | — | (2.3) |
| Bunker hedge contracts ....................................... | — | 0.8 |

The carrying amount of cash and cash equivalents and loans payable to banks are a reasonable estimate of their fair value. The estimated value of the Company's long-term debt is based on interest rates as of November 30, 1999 using debt instruments of similar risk. The fair values of the Company's foreign exchange contracts are based on their estimated termination values as of November 30, 1999.

## 22.  SUBSEQUENT EVENTS

On December 7, 1999, SCS announced the completion of a transaction to form a joint venture entity, NKT Flexibles I/S, for the manufacture of flexible flowlines and dynamic flexible risers for the offshore oil and gas industry. NKT Flexibles I/S is owned 51% by NKT Holdings A/S, and 49% by SCS. SCS issued 1,758,242 Class A shares with an average guaranteed value of $14.475 per share and paid $10.5 million in cash for its 49% interest in NKT Flexibles I/S, a total consideration of $36.0 million. The Company realized a non-operating gain on the reduction of its economic interest in SCS from 45% to 43%.

On December 16, 1999, SCS announced the acquisition of the French offshore construction and engineering company ETPM S.A. ("ETPM"), a wholly owned subsidiary of Groupe GTM S.A. ("GTM"), the construction affiliate of Suez Lyonnaise des Eaux S.A. SCS will pay GTM $130.0 million in cash and contribute 6,142,857 Class A shares. These shares are subject to a minimum guaranteed price which is expected to give GTM a total price for its ETPM shares of between $237 and $244 million. This acquisition was initially funded by funds provided by SNSA, which have been replaced by a bridging finance facility with Den norske Bank ASA. The Company realized a non-operating gain on the reduction of its economic interest in SCS from 43% to 40%.

In addition, SCS has entered into a hire purchase arrangement for two ships owned by GTM, the Seaway Polaris and the DLB 801, with an early purchase option after two years. The net present value of this arrangement is approximately $32.0 million. In February 2000, SNSA converted $100.0 million of debt owed by SCS into 10,341,262 Class A shares. Upon completion of the debt conversion, SNSA holds an economic interest of 47.6% in SCS.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**
**FOR THE YEARS ENDED NOVEMBER 30, 1999, 1998, AND 1997**

**23. SUBSEQUENT EVENTS (UNAUDITED)**

As a consequence of events which occurred during the first and second quarters of 2000, the management of Stolt Offshore has determined that there has been a significant deterioration in respect of the Maersk Halfdan pipelay program, largely due to severe weather conditions experienced in the North Sea, and the Tunu VI project. Accordingly, a loss of approximately $16.2 million in respect of these projects has been recorded during 2000.

**STOCK TRADING HISTORY (UNAUDITED)**

**Common Shares (Nasdaq)**

| For the years ended November 30, | Qtr. 1 | Qtr. 2 | Qtr. 3 | Qtr. 4 |
|---|---|---|---|---|
| **1999** | | | | |
| High | $12¾ | $14½ | $16¼ | $15⅞ |
| Low | $9 | $10½ | $12¾ | $11⅞ |
| **1998** | | | | |
| High | $22⅜ | $20⅝ | $18¾ | $14⅝ |
| Low | $17⅛ | $17¼ | $10½ | $10⅜ |
| **1997** | | | | |
| High | $20½ | $18⅞ | $23½ | $28½ |
| Low | $17 | $16⅝ | $18½ | $21¾ |

**B Shares (Nasdaq)**

| For the years ended November 30, | Qtr. 1 | Qtr. 2 | Qtr. 3 | Qtr. 4 |
|---|---|---|---|---|
| **1999** | | | | |
| High | $12¼ | $15¹⁵/₁₆ | $19¼ | $18¹/₁₆ |
| Low | $9⅞ | $11¼ | $14¾ | $14⅞ |
| **1998** | | | | |
| High | $23½ | $20⅜ | $19 | $13½ |
| Low | $17⅞ | $17¾ | $10 | $9½ |
| **1997** | | | | |
| High | $21⅛ | $19⅛ | $24⅛ | $31⅜ |
| Low | $17½ | $16¾ | $18 | $23½ |

**B Shares (Oslo Stock Exchange) (Norwegian kroner)**

| For the years ended November 30, | Qtr. 1 | Qtr. 2 | Qtr. 3 | Qtr. 4 |
|---|---|---|---|---|
| **1999** | | | | |
| High | 95.00 | 127.50 | 148.00 | 145.00 |
| Low | 73.00 | 96.00 | 118.00 | 122.00 |
| **1998** | | | | |
| High | 170.00 | 152.00 | 147.00 | 97.50 |
| Low | 138.00 | 137.00 | 90.00 | 75.00 |
| **1997** | | | | |
| High | 138.00 | 130.50 | 178.00 | 220.00 |
| Low | 113.50 | 118.50 | 130.00 | 165.00 |

**PART IV (Continued)**

2.   Supplementary Schedules

    Report of Independent Public Accountants on Schedules
    Schedule II—Valuation and Qualifying Accounts

**Item 19. Financial Statements and Exhibits**

    (a) *Financial Statements*.

        See Item 18.

    (b) *Exhibits*.

2.1   Consent of Arthur Andersen LLP, Independent Public Accountants.

2.2   Consent of Elvinger, Hoss & Prussen.

2.3   Company's 1999 Annual Report, pages 9 through 18.

2.4   Amended Articles of Incorporation.

2.5   Share Purchase Agreement between Groupe GTM S.A. and Stolt Comex Seaway S.A.

27   Financial Data Schedule

## INDEX TO REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS
## AND SUPPLEMENTARY SCHEDULE

Report of Independent Public Accountants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     F-2

Supplementary Schedule

Schedule II—Valuation and Qualifying Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     S-1

F-1

## REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS

To STOLT-NIELSEN S.A.

We have audited in accordance with generally accepted auditing standards in the United States, the consolidated financial statements included in Stolt-Nielsen S.A.'s Annual Report to Shareholders incorporated by reference in this Form 20-F, and have issued our report thereon dated February 14, 2000. Our audits were made for the purpose of forming an opinion on those statements taken as a whole. The schedule listed in the Index on page F-1 is the responsibility of the Company's management and is presented for purposes of complying with the Securities and Exchange Commission's rules and is not part of the basic consolidated financial statements. This schedule has been subjected to the auditing procedures applied in the audits of the basic consolidated financial statements and, in our opinion, fairly states in all material respects the financial data required to be set forth therein in relation to the basic consolidated financial statements taken as a whole.

ARTHUR ANDERSEN LLP

New York, New York
February 14, 2000

F-2

SCHEDULE II

## STOLT-NIELSEN S.A. AND SUBSIDIARIES
## VALUATION AND QUALIFYING ACCOUNTS
### (amounts in thousands)

| | Balance at Beginning of Period | Charged to Costs and Expenses | Write Offs Against the Reserve | Other Add (Deduct)(a) | Balance at End of Period |
|---|---|---|---|---|---|
| **For the year ended** | | | | | |
| November 30, 1997: | | | | | |
| Allowance for doubtful accounts . . . . . . | $ 5,005 | $ 1,054 | $ (162) | $ (690) | $ 5,207 |
| Restructuring Costs . . . . . . . . . . . . . . . | 3,873 | — | (3,873) | — | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . | 22,792 | 15,447 | (645) | 1,877 | 39,471 |
| **For the year ended** | | | | | |
| November 30, 1998: | | | | | |
| Allowance for doubtful accounts . . . . . . | $ 5,207 | $ 6,023 | $ 17 | $ (2,062) | $ 9,185 |
| Restructuring Costs . . . . . . . . . . . . . . . | — | — | — | — | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . | 39,471 | 5,768 | (64) | (11,221) | 33,954 |
| **For the year ended** | | | | | |
| November 30, 1999: | | | | | |
| Allowance for doubtful accounts . . . . . . | $ 9,185 | $ 2,983 | $(1,307) | $ (148) | $10,713 |
| Restructuring Costs . . . . . . . . . . . . . . . | — | — | — | — | — |
| Other . . . . . . . . . . . . . . . . . . . . . . . . . . | 33,954 | 12,250 | — | (8,138) | 38,066 |

(a) Includes the effect of exchange rate changes on beginning balances of valuation and qualifying accounts, except as otherwise noted.

S-1