## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JOEL MENKES, Individually and on Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STOLT-NIELSEN SA, JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD JR. LEE, <br><br> Defendants. | Civil Case No. 3:03cv409 (DJS) |

## MOTION FOR EXTENSION OF TIME

Pursuant to D.Conn.L.Civ.R. 7(b), Lead Plaintiffs Irene and Gustav Rucker ("Lead Plaintiffs"), by and through their attorneys, hereby respectfully move this Court for an extension of time to file the Opposition to Defendants' Motion to Dismiss through to and including December 11, 2003. In support of this motion, Lead Plaintiffs submit the following:

1. Defendants filed their Motion to Dismiss on or about October 27, 2003.

2. Lead Plaintiffs' response to Defendants' Motion to Dismiss currently is due on November 17, 2003.

3. To properly respond to all Defendants' arguments in the Motion to Dismiss, Lead Plaintiffs request an extension of time to respond to Defendants' Motion to Dismiss through to and including December 11, 2003, a twenty-four (24) day extension of time.

**NO ORAL ARGUMENT REQUESTED**

    4.    This is Lead Plaintiffs' first request for extension of time to file their Opposition to Defendants' Motion to Dismiss.

    5.    Lead Plaintiffs' counsel has consulted with counsel for Defendants, and Defendants' counsel does not object to the granting of this motion.

WHEREFORE, for the foregoing reasons, Lead Plaintiffs respectfully request an extension of time to file the Opposition to Defendants' Motion To Dismiss through and including December 11, 2003.

Dated: November 12, 2003        Respectfully submitted,

SCOTT + SCOTT, LLC

/s/_____
David R. Scott (Federal Bar No. CT16080)
Erin Green Comite (Federal Bar No. CT24886)
108 Norwich Avenue
P. O. Box 192
Colchester, CT 06415
Telephone: (860) 537-3818
Facsimile: (860) 537-4432

## CERTIFICATION OF SERVICE

I hereby certify that on this 12th day of November, 2003, I caused a true copy of this Motion For Extension of Time to be sent via U.S. mail to the following parties:

**Attorneys for Defendants**

Donna Nelson Heller
Patrick J. McHugh
Finn Dixon & Herling
One Landmark Sq.
Ste. 1400
Stamford, CT 06901
203-325-5000

Christopher M. Curran
J. Mark Gidley
Peter J. Carney
Jaime Crowe
White & Case
601 Thirteenth St., NW
Suite 600 So.
Washington, DC 20005

**Lead Counsel for Plaintiffs**

Sam Rudman
David Rosenfeld
Cauley Geller Bowman Coates & Rudman, LLP
200 Broadhollow Rd., Suite 406
Melville, NY  11747

/s/_____
David R. Scott