## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JOEL MENKES, Individually and on behalf of All Others Similarly Situated** :
    **Plaintiff**

**v.** : CIVIL NO.: 3:03cv409(DJS)

**STOLT-NIELSEN SA, ET AL** :
    **Defendants**

### ORDER

The Motion for Extension of Time to file an opposition to Defendants' Motion to Dismiss (Doc. #31) is hereby **GRANTED to and including December 11, 2003.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this 18th day of November, 2003.

    /s/DJS
    Dominic J. Squatrito
    United States District Judge