UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP, LTD., JACOB STOLT-NIELSEN, NIELS G. STOLT NIELSEN, SAMUEL COOPERMAN, and REGINALD J.R. LEE,<br><br>       Defendants. | Civ. 3:03 CV 409 (DJS)<br><br><br><br><br><br>December 16, 2003 |

## MOTION FOR EXTENSION OF TIME

Defendants Stolt-Nielsen SA, Stolt-Nielsen Transportation Group, Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee ("Defendants"), by their attorneys, Finn Dixon & Herling LLP, hereby respectfully move pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(1) for an extension of time to and including January 16, 2004 in which to reply to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint. In support of this motion, defendants represent as follows:

  1.  This is the first request for an extension of time made by defendants with respect to this time limitation.

  2.  Counsel for plaintiffs have indicated that plaintiffs do not oppose the requested extension.

{00054158; 1; 7104-4}

3.  Defendants seek this extension because (i) counsel for defendants needs more time to adequately respond to all of plaintiff's arguments in this complex securities litigation, and (ii) counsel for defendants have a heavy case load, especially in light of the holiday season.

For the reasons set forth above, defendants respectfully request that this Court grant an extension to and including January 16, 2004 in which defendants may file their reply memorandum supporting Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint.

> DEFENDANTS STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP, LTD., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE
>
> By: _/s/ Donna Nelson Heller_
> Donna Nelson Heller(ct 06854)
> Finn Dixon & Herling LLP
> One Landmark Square
> Suite 1400
> Stamford, CT 06901-2689
> Tel: (203) 325-5000
> Fax: (203) 348-5777
> Email: dheller@fdh.com

{00054158; 1; 7104-4}

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following on this the 16th day of December, 2003:

>David Randall Scott, Esq.
>Scott & Scott, LLC
>108 Norwich Avenue
>P.O. Box 192
>Colchester, CT 06415
>
>Marc A. Topaz, Esq.
>Schiffrin & Barroway, LLP
>Three Bala Plaza East, Suite 400
>Bala Cynwyd, PA 19004
>
>Samuel A. Rudman, Esq.
>Cauley, Geller, Bowman Coates & Rudman, LLP
>200 Broadhollow Road
>Suite 406
>Melville, NY 11747

_____
Donna Nelson Heller