UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOEL MENKES, Individually and on behalf of All Others Similarly Situated**<br>   Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv409(DJS) |
| **STOLT-NIELSEN SA, ET AL**<br>   Defendants | : |

### ORDER

The Motion for Extension of Time (Doc. #34) to reply to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint is hereby **GRANTED to and including January 16, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   8th   day of January, 2004.

  /s/DJS
Dominic J. Squatrito
United States District Judge