UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A.,<br>JACOB STOLT-NIELSEN,<br>NIELS G. STOLT NIELSEN,<br>SAMUEL COOPERMAN, and<br>REGINALD J.R. LEE,<br><br>                       Defendants. | Civ. 3:03 CV 409 (DJS)<br><br><br><br><br><br><br><br><br><br>February 5, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure of this Court, the undersigned respectfully moves that the Court admit Jaime M. Crowe, who is an attorney with the firm of White & Case LLP, 601 13th Street, N.W., Washington, D.C. 20005, to serve as a visiting lawyer and to participate in all matters in this case, and represents in support hereof the following:

1.     Mr. Crowe is counsel to all defendants in this action.

2.     Mr. Crowe is in good standing and eligible to practice in each of the following states and courts as indicated:

- State Bars: Commonwealth of Virginia (1994); District of Columbia (1995);

- United States District Courts: Eastern District of Virginia (1996); District of Columbia (1999); Western District of Virginia (2001);

- United States Courts of Appeals: Fourth Circuit (1994);

{00059550; 1; 7104-4}

- United States Supreme Court (2000);

3. Upon information and belief, Jaime M. Crowe has never been denied admission or disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure of this Court nor denied admission or disciplined by any other court.

4. In accordance with the rules of this Court, Mr. Crowe has executed a declaration which is appended hereto.

                                    DEFENDANTS STOLT-NIELSEN S.A.,
                                    STOLT-NIELSEN TRANSPORTATION
                                    GROUP LTD., JACOB STOLT-NIELSEN, NIELS
                                    G. STOLT-NIELSEN and REGINALD J.R. LEE.

By: *[signature]*
                                Donna Nelson Heller (ct06854)
                                Finn Dixon & Herling LLP
                                One Landmark Square
                                Suite 1400
                                Stamford, CT 06901-2689
                                Tel: (203) 325-5000
                                Fax: (203) 348-5777
                                Email: dheller@fdh.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Stolt-Nielsen S.A., *et al.*,<br><br>    *Defendants*. | Civ. Action No. 3:03 CV 409 (DJS)<br><br>February 4, 2004 |

**DECLARATION OF JAIME M. CROWE**
**IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

I, Jaime M. Crowe, declare as follows:

1. I am an attorney with White & Case LLP, resident in the Washington office at 601 13th Street, N.W., Suite 600 South, Washington, D.C. 20005. I am a trial lawyer specializing in international business litigation, especially antitrust cases. I am counsel to Stolt-Nielsen SA, Stolt-Nielsen Transportation Group Ltd., and the Individual Defendants in this action.

2. I am in good standing and eligible to practice in each of the following states and courts as indicated:

   - State Bars: Virginia (1994); District of Columbia (1995);

   - United States Bankruptcy Courts: Eastern District of Virginia (2002);

   - United States District Courts: Eastern District of Virginia (1996); District of Columbia (1999); Western District of Virginia (2001);

   - United States Courts of Appeals: Fourth Circuit (1994);

   - United States Supreme Court (2000).

3. I have not been denied admission or disciplined by this Court or any other court.

4. Pursuant to Local Rule 83.1(c), service of all papers in this action may be made on Donna Nelson Heller, Esq., a member of the bar of this court, of the law firm

of Finn Dixon & Herling LLP, One Landmark Square, Suite 1400, Stamford, Connecticut 06901-2689.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2004.

_____
Jaime M. Crowe

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, United States mail, first class, postage prepaid to the following parties and counsel of record on this the 5th day of February, 2004:

>David Randell Scott, Esq.
>Scott & Scott, LLC
>108 Norwich Avenue
>P.O. Box 192
>Colchester, CT 06415
>
>Marc A. Topaz
>Schiffrin & Barroway, LLP
>Three Bala Plaza East, Suite 400
>Bala Cynwyd, PA 19004
>
>Samuel A. Rudman, Esq.
>Cauley, Geller, Bowman Coates & Rudman, LLP
>200 Broadhollow Road
>Suite 406
>Melville, NY 11747

_____
Donna Nelson Heller