UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JOEL MENKES, Individually and on
behalf of All Others Similarly Situated   :
    Plaintiff**

    v.                                    :   CIVIL NO.: 3:03cv409(DJS)

**STOLT-NIELSEN SA, ET AL              :
    Defendants**

### ORDER

The Motion for Admission Pro Hac Vice (Doc. #37) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th   day of February, 2004.


                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge