# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JOEL MENKES, individually and on behalf
of all others similarly situated,
              Plaintiffs,
              vs.
STOLT-NIELSEN S.A.,
JACOB STOLT-NIELSEN,
NIELS G. STOLT-NIELSEN,
SAMUEL COOPERMAN, and REGINALD J.R. LEE,
              Defendants.

**APPEARANCE**

FILED
2004 MAR 26   A 10: 55

CASE NUMBER: Civ. 3:03 CV 409 (DJS)

**To the Clerk of this court and all parties of record:**

   **Enter my appearance as counsel in this case for:**

Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd.,
Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman, and
Reginald J.R. Lee

| | |
|---|---|
| 3/25/04 | _signature_ |
| Date | Signature |
| CT 25657 | Jaime M. Crowe |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (202) 626-3600 | White & Case LLP |
| Telephone Number | Address |
| (202) 639-9355 | 601 Thirteenth Street, NW |
| Fax Number | Washington, DC 20005 |
| jcrowe@whitecase.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attachment.

_signature_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance frm Jan 24

**ATTACHMENT**

David Randell Scott, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Samuel A. Rudman, Esq.
Cauley, Geller, Bowman Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747