UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff(s),<br><br>  vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN, and REGINALD J.R. LEE,<br><br>                        Defendant(s). | Case No. 3:03CV409 (DJS)<br><br>LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>OCTOBER 8, 2004 |

NOW COME Lead Plaintiffs, Irene Rucker and Gustav Rucker, and give this Court notice of supplemental authority in support of his notice. Lead Plaintiffs state as follows:

1. On December 11, 2003, Lead Plaintiffs filed their Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint. [DK #33] (cited as "Plts.' Br. at __").

2. On September 29, 2000, the Southern District of New York issued its opinion and order in *Wagner v. Barrick Gold Corp.* ("*Barrick*"), 03CV43021 (cited as "*Barrick*, Order at __"). *Barrick* denied in part defendants' motion to dismiss securities-fraud allegations related to federal anti-trust conduct.

3. A true and correct copy of the *Barrick* order is attached hereto as Exhibit A.

4. Lead Plaintiffs submit this notice of supplemental authority to aid the Court in resolving defendants' motion to dismiss.

5. *Barrick* rejected defendants' arguments that material misstatements or omissions about anti-trust conduct are not actionable under the federal securities laws. See *Barrick*, Order at 19-22.

6. Lead Plaintiffs addressed this same issue in their brief. See Plts.' Br. at 10-17.

| | |
|---|---|
| DATED: October 8, 2004 | SCOTT + SCOTT, LLC |

    /s/ Erin Green Comite_____
DAVID R. SCOTT
(FEDERAL BAR NO. CT16080)
ERIN GREEN COMITE
(FEDERAL BAR NO. CT24886)
108 Norwich Avenue
Post Office Box 192
Colchester, CT  -6415
(860) 537-3818 (tel)
(860) 537-4432 (fax)
drscott@scott-scott.com
ecomite@scott-scott-.com
**Liaison Counsel**


LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
200 Broadhollow Road – Suite 406
Melville, NY  11747
(631) 367-7100 (tel)
(631) 367-1173 (fax)
**Lead Counsel**

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of October 2004, I caused a true copy of Lead Plaintiffs' Notice of Supplemental Authority to be sent via U.S. mail to the following parties:

| | |
|---|---|
| Donna Nelson Heller<br>Patrick J. McHugh<br>FINN DIXON & HERLING<br>One Landmark Square – Suite 1400<br>Stamford, CT 06901 | Christopher M. Curran<br>J. Mark Gidley<br>Jaime Crowe<br>Peter J. Carney<br>WHITE & CASE<br>601 Thirteenth Street, NW – Suite 600 South<br>Washington, DC 20005 |

Counsel for Defendants

Samuel H. Rudman
David A. Rosenfeld
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
200 Broadhollow Road – Suite 406
Melville, NY 11747
Lead Counsel for Plaintiffs

                           /s/_____
                           Erin Green Comite

I:\Stolt - Nielsen (S) 23074\Pld\LP NOT Supplemental Authority.doc