UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff(s),<br><br>    vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN, and REGINALD J.R. LEE,<br><br>                    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:03CV409 (DJS)

December 14, 2004

MOTION AND MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS'
REQUEST FOR JUDICIAL NOTICE UNDER FED. R. EVID. 201

NOW COME Lead Plaintiffs, Irene Rucker and Gustav Rucker, and request that this Court take judicial notice as follows under Fed. R. Evid. 201:

1.      On December 11, 2003, Lead Plaintiffs filed their Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint. [Docket #33]  (cited as "Plts.' Br. at __").  That motion remains pending.

2.      Stolt-Nielsen's ("Stolt") former General Counsel, Paul O'Brien ("O'Brien"), has sued Stolt in Connecticut Superior Court for constructive discharge; O'Brien alleges that Stolt constructively discharged him because Stolt would not cease its unlawful conduct, i.e., anti-trust and embargo violations.  (Complaint ¶¶ 59-61).

3.      On or about September 21, 2004, a declaration was filed in O'Brien's civil case, *O'Brien v. Stolt-Nielsen, et al.*, Docket Number CV 02-01900515-S, judicial district of Stamford (Complex Litigation) (Taggart, J.).

4.      According to an October 6, 2004 Wall Street Journal article, the declaration "provides a detailed account of the scandal."

5.      According to the declaration, Stolt officials met after O'Brien had warned the company about its unlawful conduct.  Stolt official Richard Wingfield assured worried executives that O'Brien could not reveal the scheme and that "it would be business as usual."

6.      A true and correct copy of the Wall Street Journal article is attached hereto.

7.      Judicial notice is proper under the First Circuit's opinion in *Kowalski v. Gagne*, 914 F.2d 299, 305-06 (1st Cir. 1990) ("[F]ederal courts may take judicial notice of proceedings in other courts if those proceedings have relevance to the matter at hand.") (collecting cases).  *See also Leradi v. Mylan Labs, Inc.*, 230 F.3d 594, 598, n.2 (3rd Cir. 2000) (collecting cases) (courts may take judicial notice of newspaper articles); *Onedia Indian Nat'l v. County of Oneida*, 199 F.R.D. 61, 83 n. 10 (N.D.N.Y.2000) (taking judicial notice of newspaper articles) (citations omitted); *Cerasani*

1

*v. Sony Corp.*, 991 F. Supp. 343, 354 n. 3 (S.D.N.Y. 1998) (same); *Schwenk v. Kavanaugh*, 4 F. Supp. 2d 116, 118 (N.D.N.Y. 1998) (same).


DATED:  December 14, 2004                    SCOTT + SCOTT, LLC

                                             _____
                                             DAVID R. SCOTT
                                             (FEDERAL BAR NO. CT16080)
                                             ERIN GREEN COMITE
                                             (FEDERAL BAR NO. CT24886)
                                             108 Norwich Avenue
                                             Post Office Box 192
                                             Colchester, CT  -6415
                                             (860) 537-3818 (tel)
                                             (860) 537-4432 (fax)
                                             drscott@scott-scott.com
                                             ecomite@scott-scott-.com
                                             **Liaison Counsel**


                                             LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                             200 Broadhollow Road – Suite 406
                                             Melville, NY  11747
                                             (631) 367-7100 (tel)
                                             (631) 367-1173 (fax)
                                             **Lead Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2004, I caused a true copy of the foregoing to be sent via U.S. mail to the following parties:

Donna Nelson Heller                 Christopher M. Curran
Patrick J. McHugh                   J. Mark Gidley
FINN DIXON & HERLING                Jaime Crowe
One Landmark Square – Suite 1400    Peter J. Carney
Stamford, CT  06901                 WHITE & CASE
                                    601 Thirteenth Street, NW – Suite 600 South
                                    Washington, DC  20005

Counsel for Defendants


_____

G:\sadkins\REQ Judicial Notice v3.doc

1