UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 NOV 10 P 6: 15

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| JOEL MENKES, Individually and on Behalf Of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>STOLT-NILESEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN, and REGINALD JR. LEE,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: CASE NO. 3:03CV409 (DJS)<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come on for consideration of defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint [dkt.#29] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the defendant's motion to dismiss, it is hereby

ORDERED, ADJUDGED and DECREED that each count of the Consolidated Amended Class Action Complaint is Dismissed with prejudice.

Dated at Hartford, Connecticut, this 10th day of November 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk