UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, Individually and on Behalf Of All Others Similarly Situated, | X  Civil Case No. 3:03cv409 (DJS) |
| Plaintiff, | |
| v. | |
| STOLT-NIELSEN SA, JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD JR. LEE, | |
| Defendants. | |

**MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM OF
<u>DECISION, DATED NOVEMBER 10, 2005</u>**

Pursuant to Rule 59 of the Federal Rules of Civil Procedure, Lead Plaintiffs Irene and Gustav Rucker (the "Ruckers" or "Lead Plaintiffs") respectfully submit this memorandum of law in support of their Motion for Reconsideration of this Courts' Memorandum of Decision, dated November 10, 2005, by their counsel, and hereby move this Court for an Order (attached hereto as Exhibit A): (i) granting Motion for Reconsideration of this Court's Memorandum of Decision, dated November 10, 2005; (ii) granting Plaintiff's leave to replead; and/or (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Ruckers submit herewith a Memorandum of Law and corresponding Declaration of David Scott dated November 28, 2005.

Dated: November 28, 2005

                              Respectfully submitted,

                              **SCOTT & SCOTT, LLC**

                              By: _____
                                  David R. Scott (Federal Bar No. CT16080)
                              PO BOX 192
                              108 Norwich Avenue
                              Colchester, CT 06415
                              Telephone:   (860) 537-5537
                              Facsimile:   (860) 537-4432

                              **Liaison Counsel**

                              **Lerach, Coughlin, Stoia, Geller,**
                              **Rudman & Robbins, LLP**
                              Samuel H. Rudman
                              Mark S. Reich
                              200 Broadhollow Road, Suite 406
                              Melville, NY 11747
                              Phone: (631) 367-7100
                              Facsimile: (631) 367-1173

                              **Lead Counsel**