**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of November, 2005, I caused a true copy of foregoing to be sent via U.S. mail to the parties of record on the attached service list.

_____
Erin Green Comite