STOLT-NIELSEN

Service List - 11/28/2005  (04-0273)

Page 1 of  1

**Counsel For Defendant(s)**

Donna Nelson Heller
Patrick J. McHugh
Finn Dixon & Herling
One Landmark Square, Suite 1400
Stamford, CT  06901
   203/325-5000
   203/348-5777 (Fax)

Christopher M. Curran
J. Mark Gidley
Peter J. Carney
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
   202/626-3600
   202/639-9355 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

David R. Scott
Erin G. Comite
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
   860/537-5537
   860/537-4432 (Fax)