# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ X | Civil Case No. 3:03cv409 (DJS) |
| JOEL MENKES, Individually and on Behalf Of All Others Similarly Situated, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STOLT-NIELSEN SA, JACOB STOLT-NIELSEN, ) | |
| NIELS G. STOLT-NIELSEN, SAMUEL ) | |
| COOPERMAN and REGINALD JR. LEE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| X | |

**DECLARATION OF DAVID SCOTT IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S MEMORANDUM OF DECISION, DATED <u>NOVEMBER 10, 2005</u>**

David Scott, declares, under penalty of perjury:

1.      I am a member of Scott & Scott, LLC ("Scott & Scott"), one of the Lead Plaintiffs' counsel in the action entitled <u>Menkes v. Stolt-Nielsen S.A., et al.</u>, 3:03CV409 (DJS) (the "Action").  I submit this Declaration in support of Lead Plaintiffs' Motion for Reconsideration of the Courts' Memorandum of Decision, dated November 10, 2005.

2.      Attached hereto as Exhibit A is the Court's Memorandum of Decision, dated November 10, 2005.

3.      Attached hereto as Exhibit B is Item 8 from the Stolt-Nielsen S.A. 20-F disclosure filed on June 4, 2003, for the fiscal year ending November 30, 2002.

4.      Attached hereto as Exhibit C is Item 8 from the Stolt-Nielsen S.A. 20-F disclosure filed on June 16, 2004, for the fiscal year ending November 30, 2003.

5.      Attached hereto as Exhibit D is Item 8 from the Stolt-Nielsen S.A. 20-F disclosure filed on May 31, 2005, for the fiscal year ending November 30, 2004.

November 28, 2005

_____
                        David R. Scott