UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ )
JOEL MENKES, individually and on ) 
behalf of all others similarly situated, )
 )
                Plaintiffs, )    Case No. 3:03CV409 (DJS)
V. )
 )
STOLT-NIELSEN S.A., )    December 1, 2005
JACOB STOLT-NIELSEN, )
NIELS G. STOLT-NIELSEN, )
SAMUEL COOPERMAN, and )
REGINALD J.R. LEE, )
 )
                Defendants. )
_____ )

## APPEARANCE

Please enter the appearance of the undersigned, Michael P. Shea, as counsel for Stolt-Nielsen SA; Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee in the above captioned action.

I certify that I am admitted to practice in this court.

                DEFENDANTS, STOLT-NIELSEN SA,
                JACOB STOLT-NIELSEN, NIELS G.
                STOLT-NIELSEN, SAMUEL
                COOPERMAN and REGINALD J.R. LEE

                By  /s/_____
                    Michael P. Shea (#ct19598)
                    Day, Berry & Howard LLP
                    CityPlace I
                    Hartford, Connecticut 06103-3499
                    Telephone: (860) 275-0100
                    Facsimile: (860) 275-0343
                    e-mail: mpshea@dbh.com

CERTIFICATE OF SERVICE

   This is to certify that on December 1, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

David Randell Scott, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O Box 192
Colchester, CT 06415

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Samuel A. Rudman, Esq.
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

                        _____
                        Michael P. Shea