UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____ )
JOEL MENKES, individually and on )
behalf of all others similarly situated, )
                                    )
            Plaintiffs,             )   Case No. 3:03CV409 (DJS)
    V.                              )
                                    )
STOLT-NIELSEN S.A.,                 )   December 1, 2005
JACOB STOLT-NIELSEN,                )
NIELS G. STOLT-NIELSEN,             )
SAMUEL COOPERMAN, and               )
REGINALD J.R. LEE,                  )
                                    )
            Defendants.             )
_____ )

## APPEARANCE

Please enter the appearance of the undersigned, Jason S. Weathers, as counsel for Stolt-Nielsen SA; Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee in the above captioned action.

I certify that I am admitted to practice in this court.

                                            DEFENDANTS, STOLT-NIELSEN SA,
JACOB STOLT-NIELSEN, NIELS G.
STOLT-NIELSEN, SAMUEL
COOPERMAN and REGINALD J.R. LEE

By  /s/_____
    Jason S. Weathers (#ct24579)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Telephone:  (860) 275-0100
    Facsimile:  (860) 275-0343
    e-mail:  jsweathers@dbh.com

CERTIFICATE OF SERVICE

       This is to certify that on December 1, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

David Randell Scott, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O Box 192
Colchester, CT 06415

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Samuel A. Rudman, Esq.
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

 

_____
Jason S. Weathers