UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOEL MENKES, Individually and on Behalf Of All Others Similarly Situated, | : | |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 3:03CV409 (DJS) |
| | : | |
| STOLT-NILESEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN SAMUEL COOPERMAN, and REGINALD JR. LEE, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

AMENDED JUDGMENT

Pursuant to the Electronic Order entered by the Honorable Dominic J. Squatrito in the above-captioned case on January 27, 2006, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment shall be amended as follows:

**ORDERED, ADJUDGED and DECREED that this case be dismissed without prejudice to plaintiffs' filing an amended complaint on or before March 1, 2006.**

Dated at Hartford, Connecticut, this 27th day of January 2006.

KEVIN F. ROWE, Clerk


By   /s/Terri Glynn
        Deputy Clerk