FILED

2006 FEB 10  P 1:02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>      Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION TO DESIGNATE CASE FOR ELECTRONIC FILING**

Pursuant to this Court's Electronic Filing Administrative Policies and Procedures Manual Section I.D. and Fed. R. Civ. P. 5(e), Plaintiffs, by and through counsel, respectfully move the Court for an order designating the above-captioned case for electronic filing. Plaintiffs' counsel has conferred with Defendants' counsel, who consent to having this case designated for electronic filing.

DATED: February 10, 2006

SCOTT + SCOTT, LLC
DAVID R. SCOTT (CT 16080)
ERIN GREEN COMITE (CT 16080)

*/s/ Erin Green Comite*
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2006, I caused a true copy of the foregoing to be sent via U.S. mail to the parties of record on the attached service list.

_____
Erin Green Comite

STOLT-NIELSEN
Service List
Page 1 of 1

**Counsel for Defendant(s)**

Christopher M. Curran
J. Mark Gidley
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
202/626-3600
202/639-9355 (Fax)

Richard Colbert
Jason Weathers
Michael Shea
Day, Berry & Howard
CityPlace I
185 Asylum
Hartford, CT 06103
(860) 275-0100
(860) 275-0343

Donna Nelson Heller
Patrick J. McHugh
Finn Dixon & Herling
One Landmark Sq.
Ste. 1400
Stamford, CT 06901
203-325-5000
Fax: 203-348-5777

**Counsel For Plaintiff(s)**

Samuel J. Rudman
Mark Reich
Lerach Coughlin Stoia Geller
    Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
631/367-7100
631/367-1173 (Fax)