UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>Stolt-Nielsen S.A., *et al.*,<br><br>    *Defendants*. | Civ. Action No. 3:03 CV 409 (DJS)<br><br>March 20, 2006 |

**DEFENDANTS' MOTION TO DISMISS THE
SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

On March 1, 2006, the Plaintiffs filed their Second Consolidated Amended Class Action Complaint ("Complaint") (dkt. # 55). Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying motion memorandum, the Defendants hereby move for dismissal of the Complaint with prejudice for failure to state a claim upon which relief can be granted.

>    DEFENDANTS STOLT-NIELSEN S.A.,
>    STOLT-NIELSEN TRANSPORTATION
>    GROUP LTD., JACOB STOLT-NIELSEN,
>    NIELS G. STOLT-NIELSEN, SAMUEL
>    COOPERMAN AND REGINALD J.R. LEE
>
>    By:   /s/ Jason S. Weathers
>          Michael P. Shea (#ct19598)
>          Jason S. Weathers (#ct24579)
>          Day, Berry & Howard LLP
>          City Place I
>          Hartford, Connecticut 06103-3499
>          Tel: (860) 275-0356
>          Fax: (860) 275-0343
>          Email: jsweathers@dbh.com

**ORAL ARGUMENT REQUESTED**

*Of Counsel*
J. Mark Gidley
Christopher M. Curran
Peter J. Carney
Jaime M. Crowe
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

**CERTIFICATION**

    I hereby certify that on March 20, 2006, a copy of foregoing Motion To Dismiss The Second Consolidated Amended Class Action Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    By:    /s/ Jason S. Weathers
                                               Jason S. Weathers (#ct24579)
                                               Day, Berry & Howard LLP
                                               City Place I
                                               Hartford, Connecticut 06103-3499
                                               Tel: (860) 275-0356
                                               Fax: (860) 275-0343
                                               Email: jsweathers@dbh.com