UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>                     Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br><u>CLASS ACTION</u> |

**MOTION FOR ADMISSION OF MARK S. REICH TO APPEAR
AS A VISITING LAWYER**

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of Mark S. Reich, of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, Address: 58 South Service Road, Suite 200, Melville, NY 11747, to appear as a visiting lawyer, *pro hac vice*, for the Plaintiff, Irene Rucker and Gustav Rucker, in this matter.

Attorney Mark S. Reich is in good standing of the Bar of the State of New York, as well as the United States District Court for the Southern, Northern and Eastern Districts of New York (as set forth in Exhibit A attached hereto). Attorney Mark S. Reich has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of Mark S. Reich.

DATED: March 23, 2006

SCOTT + SCOTT, LLC
ERIN GREEN COMITE (CT 24886)

*/s/ Erin Green Comite*
ERIN GREEN COMITE

108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

Liaison Counsel
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>CLASS ACTION |

**AFFIDAVIT OF MARK S. REICH IN SUPPORT OF
MOTION FOR ADMISSION TO APPEAR AS VISITING ATTORNEY**

1.      I am an attorney in good standing and have been admitted to the Bars of the States of New York (admitted 2001) and New Jersey (admitted 2000), as well as the U. S. District Courts for the Southern, Northern and Eastern Districts of New York (admitted 2001, Bar No. 4166) and the District of New Jersey (2000). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2.      In 1997, I received a Bachelor of Arts degree from Queens College, in Queens, New York and, in 2000, I was awarded a Juris Doctor by Brooklyn Law School, in Brooklyn, New York.

3.      Since 2005, I have been associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, based in Melville, NY, where I concentrate my practice in a variety of complex litigation matters pending in federal and state courts. My address is as follows:

>   58 South Service Road
>   Suite 200
>   Melville, NY 11747
>   Telephone: 631-367-7100
>   Fax: 631-367-1173
>   Email: MReich@lerachlaw.com

4.      I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.      I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: March 23, 2006

_____
Mark S. Reich

DATED: March 23, 2006

SCOTT + SCOTT, LLC
ERIN GREEN COMITE (CT 24886)

*Erin Green Comite* (signature)

ERIN GREEN COMITE

108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

Liaison Counsel
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was delivered by first-class, postage prepaid U.S. mail to the counsel of record on the attached service list this 24th day of March, 2006.

_____
Erin Green Comite

SERVICE LIST

Christopher M. Curran, Esq.
Peter J. Carney, Esq.
J. Mark Gidley, Esq.
White & Case LLP
601 13th Street, N.W., Suite 600
Washington, DC 20005

Richard P. Colbert
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael P. Shea
Jason S. Weathers
Day, Berry & Howard LLP
City Place 1, 185 Asylum Street
Hartford, CT 06103-3499

Samuel H. Rudman
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747