UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>              Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>CLASS ACTION |

**MOTION FOR ADMISSION OF SAMUEL H. RUDMAN TO APPEAR AS A VISITING LAWYER**

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of Samuel H. Rudman, of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, Address: 58 South Service Road, Suite 200, Melville, NY 11747, to appear as a visiting lawyer, *pro hac vice*, for the Plaintiff, Irene Rucker and Gustav Rucker, in this matter.

Attorney Samuel H. Rudman is in good standing of the Bar of the State of New York, as well as the United States District Court for the Southern and Eastern Districts of New York (as set forth in Exhibit A attached hereto). Attorney Samuel H. Rudman has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of Samuel H. Rudman.

DATED: March 23, 2006

SCOTT + SCOTT, LLC
ERIN GREEN COMITE (CT 24886)

_____
ERIN GREEN COMITE

108 Norwich Avenue
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

Liaison Counsel
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br><u>CLASS ACTION</u> |

**AFFIDAVIT OF SAMUEL H. RUDMAN IN SUPPORT OF
MOTION FOR ADMISSION TO APPEAR AS VISITING ATTORNEY**

1.  I am an attorney in good standing and have been admitted to the Bars of the States of New York (admitted 1993) and New Jersey (admitted 1992), as well as the U. S. District Courts for the Southern and Eastern Districts of New York (admitted 1995 and 2003, respectively, Bar No. 4166), the District of New Jersey (2000), the Eastern and Western Districts of Arkansas (2003), the District of Colorado (2000) and the Eastern District of Michigan (2002). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2.  In 1989, I received a Bachelor of Arts degree from Binghamton University, in Binghamton, New York and, in 1992, I was awarded a Juris Doctor by Brooklyn Law School, in Brooklyn, New York.

3.  Since 2004, I have been associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, based in Melville, NY, where I concentrate my practice in a variety of complex litigation matters pending in federal and state courts. My address is as follows:

> 58 South Service Road
> Suite 200
> Melville, NY 11747
> Telephone: 631-367-7100
> Fax: 631-367-1173
> Email: SRudman@lerachlaw.com

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.  I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: March 23, 2006

_____
Samuel H. Rudman

DATED: March 23, 2006						SCOTT + SCOTT, LLC
									ERIN GREEN COMITE (CT 24886)


									_____
									ERIN GREEN COMITE

									108 Norwich Avenue
									Colchester, CT  06415
									Telephone: 860/537-3818
									860/537-4432 (fax)

									Liaison Counsel

									LERACH COUGHLIN STOIA GELLER
									  RUDMAN & ROBBINS LLP
									SAMUEL H. RUDMAN
									MARK S. REICH
									58 South Service Road, Suite 200
									Melville, NY  11747
									Telephone: 631/367-7100
									631/367-1173 (fax)

									Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was delivered by first-class, postage prepaid U.S. mail to the counsel of record on the attached service list this 24th day of March, 2006.

Erin Green Comite

SERVICE LIST

Christopher M. Curran, Esq.
Peter J. Carney, Esq.
J. Mark Gidley, Esq.
White & Case LLP
601 13th Street, N.W., Suite 600
Washington, DC 20005

Richard P. Colbert
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Michael P. Shea
Jason S. Weathers
Day, Berry & Howard LLP
City Place 1, 185 Asylum Street
Hartford, CT 06103-3499

Samuel H. Rudman
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747