## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------X
JOEL MENKES, et al.,                    :
                                        :
                Plaintiffs,             :        Case No. 3:03 CV-409 (DJS)
                                        :
        v.                              :
                                        :
STOLT-NIELSEN, S.A., et al.,            :
                                        :
                Defendants.             :        July 26, 2006
------------------------------------------------X
```

### MOTION TO WITHDRAW APPEARANCES

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves this Court to withdraw the appearances of Patrick J. McHugh and Donna Nelson Heller, each of the law firm of Finn Dixon & Herling LLP, in the above-captioned matter on behalf of defendants Stolt-Nielsen S.A., Jacob-Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee. In support of this motion undersigned counsel represents in support hereof the following:

1.      Counsel from Day, Berry & Howard LLP has appeared and will continue to represent the above-mentioned defendants in this case.

2.      A copy of this withdrawal has been served by certified mail on defendants in accordance with Local Rule 7(e).

WHEREFORE, it is respectfully requested that the motion to withdraw the appearances of the above-referenced counsel from the law firm of Finn Dixon & Herling LLP be granted, along with such other and further relief deemed just and proper by the Court.

- 1 -

{00198832; 1; 7104-4}

Respectfully submitted,

/s/ Patrick J. McHugh
Patrick J. McHugh (ct14072)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: pmchugh@fdh.com


/s/ Donna Nelson Heller
Donna Nelson Heller (ct06854)
FINN DIXON & HERLING LLP
One Landmark Square
Stamford, Connecticut 06901
Telephone: (203) 325-5000
Facsimile (203) 348-5777
E-mail: dheller@fdh.com

- 2 -

{00198832; 1; 7104-4}

## CERTIFICATION

I hereby certify that on July 26, 2006 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

David Randell Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Christopher M. Curran, Esq.
J. Mark Gidley, Esq.
Peter J. Carney, Esq.
Jaime M. Crowe, Esq.
White & Case - 13th DC
701 Thirteenth St., NW
Washington, DC 20005

Jason S. Weathers, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

Samuel A. Rudman, Esq.
Cauley, Geller, Bowman Coates & Rudman, LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

and by certified mail as to the following:

Stolt-Nielsen S.A.
800 Connecticut Avenue
4th Floor East
Norwalk, CT 06854

{00198832; 1; 7104-4}

/s/ Donna Nelson Heller\_\_\_\_
Donna Nelson Heller