UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*,<br><br>   *Plaintiffs*,<br><br>   *v.*<br><br>Stolt-Nielsen S.A., *et al.*,<br><br>   *Defendants*. | Civ. Action No. 3:03 CV 409 (DJS)<br><br>August 11, 2006 |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' SCHEME LIABILITY CLAIM**

  Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and consistent with the Court's invitation contained in its Memorandum of Decision of June 19, 2006, for the reasons set forth in the accompanying memorandum of law, Defendants hereby move to dismiss for failure to state a claim those portions of the Complaint arising from Securities and Exchange Commission Rule 10b-5(a) and (c).

               *Defendants Stolt-Nielsen S.A., Stolt-Nielsen*
               *Transportation Group Ltd., Jacob Stolt-Nielsen,*
               *Niels G. Stolt-Nielsen, Samuel Cooperman and*
               *Reginald J.R. Lee*

               By:/s/ Jaime M. Crowe

| | |
|---|---|
| Michael P. Shea (ct19598)<br>Jason S. Weathers (ct24579)<br>Day, Berry & Howard LLP<br>City Place I<br>185 Asylum Street<br>Hartford, Connecticut 06103-3499<br>Tel: (860) 275-0356<br>Fax: (860) 275-0343<br>E-Mail: jsweathers@dbh.com | Christopher M. Curran (ct22743)<br>J. Mark Gidley (ct18450)<br>Peter J. Carney (ct24721)<br>Jaime M. Crowe (ct25657)<br>WHITE & CASE LLP<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br>E-Mail: jcrowe@whitecase.com |

**ORAL ARGUMENT REQUESTED**

## CERTIFICATION

    I hereby certify that on August 11, 2006, a copy of the foregoing Defendants' Motion to Dismiss Plaintiffs' Scheme Liability Claim and Memorandum in Support were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     By:    /s/ Jaime M. Crowe
                                                              Jaime M. Crowe (#ct25657)
                                                             **WHITE & CASE LLP**
                                                             701 Thirteenth Street, N.W.
                                                             Washington, DC 20005
                                                             Tel: (202) 626-3600
                                                             Fax: (202) 639-9355
                                                             jcrowe@whitecase.com