UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 3:03-cv-00409-DJS |
| Plaintiffs, | ) ) ) | CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL OF SCHEME LIABILITY CLAIMS |
| vs. | ) ) | |
| STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 41 (a)(1)(i),

Plaintiffs Irene Rucker and Gustav Rucker, by and through their attorneys, Lerach Coughlin Stoia

Geller Rudman & Robbins LLP, hereby voluntarily dismiss, with prejudice, the scheme liability

claims, as referenced in this Court's Memorandum of Decision, dated June 19, 2006, and as alleged

in the Second Consolidated Amended Class Action Complaint, dated March 1, 2006, in the above-

captioned action.

DATED:  September 1, 2006                    LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                             SAMUEL H. RUDMAN (SR7957)
                                             MARK S. REICH (MR4166)


                                                      /s/ Mark S. Reich
                                             _____
                                                      MARK S. REICH

                                             58 South Service Road
                                             Melville, New York  11747
                                             Telephone: 631/367-7100
                                             631/367-1173 (fax)

                                             Lead Counsel for Plaintiffs

                                             SCOTT + SCOTT, LLC
                                             DAVID R. SCOTT (CT 16080)
                                             ERIN GREEN COMITE (CT 24886)
                                             108 Norwich Avenue
                                             Colchester, CT  06415
                                             Telephone:  860/537-3818
                                             860/537-4432 (fax)

                                             Liaison Counsel