UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>    Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on September 1, 2006, a copy of the foregoing Notice of Voluntary Dismissal of Scheme Liability Claims was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DATED:  September 5, 2006          LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                   SAMUEL H. RUDMAN (SR7957)
                                   MARK S. REICH (MR4166)


                                           /s/ Mark S. Reich
                                   ─────────────────────────────
                                          MARK S. REICH

                                   58 South Service Road
                                   Melville, New York  11747
                                   Telephone: 631/367-7100
                                   631/367-1173 (fax)

                                   Lead Counsel for Plaintiffs

                                   SCOTT + SCOTT, LLC
                                   DAVID R. SCOTT (CT 16080)
                                   ERIN GREEN COMITE (CT 24886)
                                   108 Norwich Avenue
                                   Colchester, CT  06415
                                   Telephone:  860/537-3818
                                   860/537-4432 (fax)

                                   Liaison Counsel