UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*, <br><br>    *Plaintiffs*, <br><br>    *v.* <br><br>Stolt-Nielsen S.A., *et al.*, <br><br>    *Defendants*. | Civ. Action No. 3:03 CV 409 (DJS) <br><br> September 5, 2006 |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION
TO DISMISS PLAINTIFFS' SCHEME LIABILITY CLAIMS**

In light of Plaintiffs' Notice of Voluntary Dismissal of Scheme Liability Claims (dkt. #69, filed on September 1, 2006), Defendants hereby withdraw their Motion to Dismiss Plaintiffs' Scheme Liability Claim (dkt. #68, filed August 11, 2006) as Plaintiffs have rendered the motion moot by voluntarily dismissing such claim with prejudice.

*Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee*

By: /s/ Jaime M. Crowe

| | |
|---|---|
| Michael P. Shea (ct19598) | Christopher M. Curran (ct22743) |
| Jason S. Weathers (ct24579) | J. Mark Gidley (ct18450) |
| Day, Berry & Howard LLP | Peter J. Carney (ct24721) |
| City Place I | Jaime M. Crowe (ct25657) |
| 185 Asylum Street | WHITE & CASE LLP |
| Hartford, Connecticut  06103-3499 | 701 Thirteenth Street, N.W. |
| Tel:  (860) 275-0356 | Washington, D.C.  20005 |
| Fax:  (860) 275-0343 | Tel:  (202) 626-3600 |
| E-Mail:  jsweathers@dbh.com | Fax: (202) 639-9355 |
| | E-Mail:  jcrowe@whitecase.com |

## **CERTIFICATION**

     I hereby certify that on September 5, 2006, a copy of the foregoing Defendants' Notice of Withdrawal of Motion to Dismiss Plaintiffs' Scheme Liability Claims was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:     /s/ Jaime M. Crowe
           Jaime M. Crowe (#ct25657)
           WHITE & CASE LLP
           701 Thirteenth Street, N.W.
           Washington, DC 20005
           Tel: (202) 626-3600
           Fax: (202) 639-9355
           jcrowe@whitecase.com