UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Stolt-Nielsen S.A., *et al.*,<br><br>*Defendants*. | No. 3:03-CV-409 (DJS)<br><br>September 26, 2006 |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the inherent power of the Court to control its docket, and for the reasons set forth in the accompanying memorandum of law, Defendants hereby move to stay discovery in this matter due to the existence of parallel criminal proceedings pending against certain Defendants.

*Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee*

Michael P. Shea (ct19598)
Jason S. Weathers (ct24579)
Day, Berry & Howard LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
Tel: (860) 275-0356
Fax: (860) 275-0343
E-Mail: jsweathers@dbh.com

By:/s/ Jaime M. Crowe
Christopher M. Curran (ct22743)
J. Mark Gidley (ct18450)
Peter J. Carney (ct24721)
Jaime M. Crowe (ct25657)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355
E-Mail: jcrowe@whitecase.com

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

I hereby certify that on September 26, 2006, a copy of the foregoing Defendants' Motion to Stay Discovery and Memorandum in Support were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

|  |  |
|---|---|
| By: | /s/ Jaime M. Crowe |
|  | Jaime M. Crowe (#ct25657) |
|  | WHITE & CASE LLP |
|  | 701 Thirteenth Street, N.W. |
|  | Washington, DC 20005 |
|  | Tel: (202) 626-3600 |
|  | Fax: (202) 639-9355 |
|  | jcrowe@whitecase.com |