No. 06-97  
Title: Stolt-Nielsen, S.A., et al., Petitioners  
v.  
United States  

Docketed: July 21, 2006  
Lower Ct: United States Court of Appeals for the Third Circuit  
  Case Nos.: (05-1480)  
  Decision Date: March 23, 2006  
  Rehearing Denied: June 20, 2006  

| ~~~Date~~~ | ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~ |
|---|---|
| Jul 20 2006 | Application (06A79) to recall and stay mandate pending the filing and disposition of a petition for writ of certiorari, submitted to Justice Souter. |
| Jul 20 2006 | Petition for a writ of certiorari filed. (Response due August 21, 2006) |
| Jul 21 2006 | Response requested by Justice Souter (due by close of business on July 24, 2006). |
| Jul 24 2006 | Response to application from respondent United States filed. (Distributed) |
| Jul 24 2006 | Reply of applicants S.A. Stolt-Nielsen, et al. filed. (Distributed) |
| Jul 25 2006 | Application (06A79) denied by Justice Souter. |
| Jul 25 2006 | Application (06A79) refiled and submitted to Justice Stevens. |
| Aug 2 2006 | Application (06A79) referred to the Court by Justice Stevens. |
| Aug 14 2006 | Order extending time to file response to petition to and including September 20, 2006. |
| Aug 21 2006 | Application (06A79) denied by the Court. Justice Alito took no part in the consideration or decision of this application. |
| Aug 21 2006 | Brief amicus curiae of Grand Duchy of Luxembourg filed. |
| Aug 21 2006 | Brief amicus curiae of New England Legal Foundation filed. |
| Sep 5 2006 | Brief amicus curiae of New York Council of Defense Lawyers filed. |
| Sep 20 2006 | Brief of respondent United States in opposition filed. |
| Sep 20 2006 | Brief amici curiae of Chamber of Commerce of the United States of America and the Association of Corporate Counsel filed. |
| Sep 20 2006 | Brief amicus curiae of International Association of Independent Tank Owners filed. |
| Sep 20 2006 | Brief amici curiae of Washington Legal Foundation, et al. filed. |

| ~~Name~~ | ~~~~~Address~~~~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Christopher M. Curran | White & Case LLP<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005 | (202) 626-3600 |
| Party name: Stolt-Nielsen, S.A., et al. | | |
| **Attorneys for Respondent:** | | |
| Paul D. Clement | Solicitor General<br>United States Department of Justice | (202) 514-2217 |

|  |  |  |
|---|---|---|
|  | 950 Pennsylvania Avenue, N.W.<br>Room 5614<br>Washington, DC 20530-0001 |  |

Party name: United States

**Other:**

| | | |
|---|---|---|
| C. Jonathan Benner | Troutman Sanders LLP<br>401 Ninth Street, NW<br>Washington, DC 20004 | (202) 274-2950 |

Party name: International Association of Independent Tank Owners

| | | |
|---|---|---|
| Caroline M. Brown | Covington & Burling<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20044 | (202) 662-6000 |

Party name: New York Council of Defense Lawyers

| | | |
|---|---|---|
| Michael E. Malamut | New EnglandLegal Foundation<br>150 Lincoln Street<br>Boston, MA 02111-2504 | (617) 695-3660 |

Party name: New England Legal Foundation

| | | |
|---|---|---|
| Richard A. Olderman | Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005 | (202) 434-5000 |

Party name: Chamber of Commerce of the United States of America and the Association of Corporate Counsel

| | | |
|---|---|---|
| Garret G. Rasmussen | Orrick Herrington & sutliffe LLP<br>3050 K Street, N.W.<br>Suite 200<br>Washington, DC 20007 | (202) 339-8400 |

Party name: Grand Duchy of Luxembourg

| | | |
|---|---|---|
| Richard A. Samp | Washington Legal Foundation<br>2009 Massachusetts Ave., NW<br>Washington, DC 20036 | (202) 588-0302 |

Party name: Washington Legal Foundation, et al.