IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| STOLT-NIELSEN S.A., | : No. 06cr466 (BWK) |
| STOLT-NIELSEN TRANSPORTATION GROUP LTD. (LIBERIA), | : |
| STOLT-NIELSEN TRANSPORTATION GROUP LTD. (BERMUDA), | : |
| SAMUEL A. COOPERMAN, and RICHARD B. WINGFIELD, | : |
| Defendants. | : |

## DEFENDANTS' UNOPPOSED MOTION AS TO PRETRIAL MOTIONS

Defendants, through their respective counsel, hereby move the Court under Rule 12(c) of the Federal Rules of Criminal Procedure to suspend Local Rule 12.1's 10-day deadline for pretrial motions. The parties will confer as to the scheduling of pretrial motions and other pretrial scheduling matters under Local Rule 17.1.1 and shall then report to the Court no later than October 19, 2006. The Government does not oppose this motion.

Dated: October 5, 2006

Respectfully submitted,

_____
Allen D. Black
Roberta D. Liebenberg
Gerard A. Dever
Fine, Kaplan and Black, RPC
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

*/s/ Thomas A. Bergstrom*
Thomas A. Bergstrom
138 Davis Road
Malvern, PA 19355
Tel: (610) 251-9260
Fax: (610) 251-9630

*Attorneys for Richard B. Wingfield*

*/s/ William H. Roberts*
William H. Roberts
Ian M. Comisky
Matthew D. Lee
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 569-5555

*/s/ Christopher M. Curran*
Christopher M. Curran
J. Mark Gidley
George L. Paul
Peter J. Carney
Lucius B. Lau
701 13th Street, N.W.
Washington, D.C. 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

*Attorneys for Stolt-Nielsen, S.A.,*
*Stolt-Nielsen Transportation Group Ltd.*
*(Liberia), and Stolt-Nielsen Transportation*
*Group Ltd. (Bermuda)*

2

_/s/ Walter Phillips, Jr._
Walter M. Phillips, Jr.
Obermayer Rebmann Maxwell
& Hippel LLP
One Penn Center – 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895
Tel: (215) 665-3000
Fax: (215) 665-3165

_/s/ Elkan Abramowitz_
Elkan Abramowitz
Jonathan S. Sack
Andrew John Schell
Rachel Hemani
Morvillo, Abramowitz, Grand, Iason,
Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017
Tel: (212) 856-9600
Fax: (212) 856-9494

*Attorneys for Samuel A. Cooperman*

3