IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 06-cr-466 |
| STOLT-NIELSEN S.A., et al. | : | |

## ORDER

AND NOW, this 6th day of October, 2006, upon consideration of Defendants' Unopposed Motion As To Pretrial Motions (docket no. 63), it is **ORDERED** that the Motion is **GRANTED**. Accordingly, the ten-day deadline for filing pre-trial motions pursuant to Local Rule of Criminal Procedure 12.1 is extended.

It is **FURTHER ORDERED** that the parties shall confer regarding pretrial scheduling matters and submit a proposed schedule to the Court on or before October 19, 2006.

BY THE COURT:

/s/ Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.