FOCUS - 18 of 200 DOCUMENTS

Copyright 2006 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

(c) 2006, Electronic News Publishing. All Rights Reserved.
ENP Newswire

September 25, 2006 Monday

**LENGTH:** 983 words

**HEADLINE:** Nine Organizations File Briefs in Support of Stolt-Nielsen In U.S. Supreme Court Case

**BODY:**

Release Date - 25092006

LONDON, NORWAY -- (ENP Newswire) -- 09/25/06 --

Domestic and Global Organizations Urge Review

London - September 25, 2006 - Nine separate organizations,includinga foreign sovereign government, leading trade associations andothergroups have filed amicus curiae briefs with the Supreme Court oftheUnited States urging the Court agree to hear the Stolt-NielsenS.A.v. United States case.

Stolt-Nielsen S.A. (NASDAQ: SNSA); (OSLO: SNI)expressed its appreciation that these organizations urged re-viewof adecision by U.S. Court of Appeals for the Third Circuit, whichheldthat federal courts lack the authority to en-force prosecutors'promises pre-indictment, which is in conflict with the decisionsofthe Seventh Circuit.

"In breaching its promises with Stolt-Nielsen, the Department ofJustice overstepped any legitimate prosecutorial boundary," JamesB.Hurlock, an outside director and Chair of the SNSA Board ofDirectors' Legal Affairs Committee said. "These amicus briefs makeclear the need for the federal courts to be vigilant in protectingcompanies and their ex-ecutives from the Justice Department simplyignoring its own signed agreements."

Stolt-Nielsen was charged in a one-count indictment earlier inSeptember. That indictment breaches the Antitrust Division's ownwritten Amnesty Agreement made in January 2003, which promisedStolt-Nielsen that it would not "bring any criminal prosecution"against the company or its executives related to the parcel tankerindustry for conduct that oc-curred prior to January 15, 2003.

In July 2006, Stolt-Nielsen filed its petition for certiorari withthe Supreme Court. In that petition, Stolt-Nielsen un-derscores itsrequest for Supreme Court review by noting that in January 2005,theU.S. District Court for the Eastern Dis-trict of Pennsylvania foundthat the Company had not breached its Amnesty Agreement and issuedaninjunction prevent-ing an indictment. In its ruling, the DistrictCourt made 89 findings of fact, including that Stolt-Nielsen hadperformed its side of the bargain under the Amnesty Agreement andthat the government, therefore, could not break it. The Dis-trictCourt remains the only court to have considered this case on itsmerits.

In March 2006, a two-judge panel of the Third Circuit ruled, onnarrow separation of powers grounds, that district courts lack theauthority to enjoin virtually any prosecution prior to indictmentandoverruled the injunction. The petition for certiorari challengesthebasis of that Third Circuit ruling.

No amicus curiae parties have opposed the grant of certiorari.

A copy of the petition to the U.S. Supreme Court, and relatedfilings, including the amicus briefs are available at
.

Contacts: Richard Lemanski 001-203.299.3604

Jan Engelhardtsen 011-44 20 7611 8972

About Stolt-Nielsen S.A.

Stolt-Nielsen S.A. (the "Company") is one of the world's leadingproviders of transportation services for bulk liquid chemicals,edible oils, acids, and other specialty liquids. The Company,through the parcel tanker, tank container, terminal, rail andbargeservices of its wholly owned subsidiary Stolt-NielsenTransportationGroup, provides integrated transportation for its customers.StoltSea Farm, wholly owned by the Company, produces and markets highquality turbot and Southern bluefin tuna.

Forward-Looking Statements

This press release contains "forward-looking statements" withinthemeaning of Section 27A of the Securities Act of 1933 and Section21Eof the Securities Exchange Act of 1934. These statements may beidentified by the use of words like "anticipate," "believe,""estimate," "expect," "intend," "may," "plan," "project," "will,""should," "seek," and similar expressions. The forward-lookingstatements reflect the Company's current views and assumptions andare subject to risks and uncertainties. The following factors, andothers which are discussed in the Company's public filings andsubmissions with the U.S. Securities and Exchange Commission, areamong those that may cause actual and future results and trends todiffer materially from the Company's forward-looking statements:thegeneral economic conditions and competition in the markets andbusinesses in which the Company operates; changes in the supply ofand demand for parcel tanker, tank container and terminal capacityinthe markets in which the Company operates; changes in the supplyofand demand for the products we transport, particularly the bulkliquids, chemicals and other specialty liquids that form themajorityof the products that we transport; prevailing market rates for thetransportation services that the Company offers and the fishproductsthat the Company sells; changes in bunker fuel prices; the costandfeasibility of maintaining and replacing the Company's older shipsand building or purchasing new ships; uncertainties inherent inoperating internationally; the outcome of legal proceedings; theCompany's relationship with significant customers; the outcome ofdiscussions with customers concerning potential antitrust claims;theimpact of negative publicity; environmental challenges and naturalconditions facing the Company's aquaculture business; the impactoflaws and regulations; operating hazards, including marinedisasters,spills or environmental damage; the conditions and factors thatmayinfluence the decision to issue future dividends; and the marketforlong-term debt. Many of these factors are beyond the Company'sability to control or predict. Given these factors, you should notplace undue reliance on the forward-looking statements. Should oneormore of these risks or uncertainties occur, or should management'sassumptions or estimates prove incorrect, actual results andeventsmay vary materially from those discussed in the forward-lookingstatements.

- end text -

Copyright © Hugin ASA 2006. All rights reserved.

[Editorial queries for this story should be sent to enpn@enpublishing.co.uk]

**NOTES:**
PUBLISHER: Electronic News Publishing Ltd.

**LOAD-DATE:** September 25, 2006