FOCUS - 2 of 200 DOCUMENTS

Copyright 2006 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

(c) 2006 TradeWinds

Tradewinds

October 6, 2006

**SECTION:** NEWS; Pg. 27

**LENGTH:** 248 words

**HEADLINE:** More Stolt executives may face indictment

**BYLINE:** Joe Brady Stamford

**BODY:**

The US Department of Justice has sent letters to three high-ranking Stolt-Nielsen officials indicating they are targets of a grand jury investigation that has so far produced indictments against two other ex-managers.

Such is the information provided by Stolt's own lawyers in a motion filed with the US Supreme Court as the parcel-tanker owner continues efforts to persuade the nation's highest court to intervene.

It is the second time in little more than a week that Stolt has acknowledged in legal filings that more company executives could be indicted by the grand jury. A filing last week in a Connecticut federal court alluded to three Stolt officials named in a civil lawsuit there: company founder and chairman Jacob Stolt-Nielsen, Stolt-Nielsen SA chief executive Niels Stolt-Nielsen and former Stolt-Nielsen Transportation Group executive Reginald Lee.

A filing dated Monday with the Supreme Court does not name names but does say the following: "The antitrust division has sent 'target letters' to no fewer than three additional Stolt-Nielsen directors, officers or employees who have not yet been indicted."

A Stolt-Nielsen spokesman offered the following statement in regard to TradeWinds's query about the filing: "The US Supreme Court has before it a case illustrating the hardship a company and its executives go through when the government breaks a promise of amnesty. The company has yet to receive any benefits from its full co-operation with the antitrust division."

**NOTES:**
PUBLISHER: Norges Handels og Sjofartstidende (NHST)

**LOAD-DATE:** October 6, 2006