(ORDER LIST: 549 U.S.)

MONDAY, OCTOBER 30, 2006

ORDERS IN PENDING CASES

| | |
|---|---|
| 06A327 (06-6643) | ANDREWS, ANTHONY V. UNITED STATES |

    The application for stay addressed to Justice Breyer and referred to the Court is denied.

| | |
|---|---|
| 06M31 | MILTON, JOHN E. V. UNITED STATES |
| 06M32 | CONNER, DONNA M. V. LIONS GATE ENTERTAINMENT, ET AL. |
| 06M33 | BLACK, HAROLD J. V. WILKINSON, WARDEN |
| 06M34 | BLACK, MICHELE V. USPS |
| 06M35 | STANKEVITCH, ALEXANDRE V. KOHLER, DR., ET AL. |

    The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

| | |
|---|---|
| 05-381 | WEYERHAEUSER CO. V. ROSS-SIMMONS HARDWOOD LUMBER CO. |

    The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

| | |
|---|---|
| 05-1629 | GONZALES, ATT'Y GEN. V. DUENAS-ALVAREZ, LUIS A. |

    The motion of the Solicitor General to dispense with printing the joint appendix is granted.

| | |
|---|---|
| 06-273 | COX, ATT'Y GEN. OF MI, ET AL. V. DAIMLERCHRYSLER CORP., ET AL. |

    The Solicitor General is invited to file a brief in this case expressing the views of the United States.

CERTIORARI DENIED

| | |
|---|---|
| 05-11311 | FRALEY, RONNIE V. FLORIDA |
| 05-11350 | SPICER, FRED S. V. MISSISSIPPI |

| | |
|---|---|
| 05-11373 | BECK, DAVID F. V. QUARTERMAN, DIR., TX DCJ |
| 05-11376 | BARNUM, HENRY M. V. FLORIDA |
| 05-11422 | CORBETT, ABDUL J. V. NORTH CAROLINA |
| 05-11656 | CLOWNEY, SHAROB A. V. CATHEL, ADM'R, NJ, ET AL. |
| 05-11819 | MORECRAFT, TYSON L. V. CALIFORNIA |
| 05-11821 | PRYOR, CORWIN V. UNITED STATES |
| 06-78 | OMAR V. BABCOCK, GLORIA, ET AL. |
| 06-83 | HUSSAIN, MOHAMMED V. NICHOLSON, SEC. OF VA |
| 06-105 | SAUVAGE, CHARLES C. V. CHERTOFF, SEC. OF HOMELAND SEC. |
| 06-122 | SAMADI, MIKE H. V. MBNA AMERICA BANK, N.A. |
| 06-137 | HASKELL, CRAIG M. V. MICHIGAN |
| 06-140 | SIDHU, SAMARJEET V. GONZALES, ATT'Y GEN. |
| 06-159 | CULPEPPER & CARROLL, PLLC V. COLE, CONNIE D. |
| 06-233 | GIBSON, STACY A. V. ADA COUNTY, ID, ET AL. |
| 06-240 | BADE, JEFFREY A. V. COURTESY OLDSMOBILE, INC. |
| 06-244 | WALKER, BILL V. MEMBERS OF CONGRESS, ET AL. |
| 06-245 | SCWHICHTENBERG, ERIC M. V. MINNESOTA |
| 06-246 | McLEAY, JOHN F. V. BERGAN MERCY HEALTH SYSTEMS |
| 06-247 | JOU, EMERSON M. F. V. SCHMIDT, J. P., ET AL. |
| 06-248 | EDMONDS, TIFFANY V. INDIANA |
| 06-249 | ROBERTS, DIANNA V. WMC |
| 06-252 | YUHASZ, JOANNE N. V. PORITZ, DEBORAH T., ET AL. |
| 06-254 | McGEE, BRENDA S. V. MARCUM, THOMAS W. |
| 06-255 | ANDERSON, MADISON V. FORD MOTOR COMPANY |
| 06-257 | ELLMAN, MARILYN I. V. PRYOR, CLAIRE E., ET AL. |
| 06-259 | HOUSLER, DAVID G. V. TENNESSEE |
| 06-266 | SERRANO, ERIC, ET AL. V. WORKMAN, TOM |
| 06-276 | ARMSTRONG, ARTHUR O. V. CONYERS, GA, ET AL. |

| | |
|---|---|
| 06-277 | J. N. F. V. A. S., ET AL. |
| 06-281 | WHITE, EVELYN V. CRIME PREV'N. SEC. SPEC., ET AL. |
| 06-284 | KEYTER, ANTHONY P. V. LOCKE, GOV. OF WA, ET AL. |
| 06-285 | MAHONEY, ANTHONY V. NEW JERSEY |
| 06-288 | CROSSLEY, JO-ANN V. FERRE-ROIG, HERMAN |
| 06-290 | PHELPS, COY V. ANTI-DEFAMATION LEAGUE, ET AL. |
| 06-292 | ARMSTRONG, ARTHUR O. V. USDC MD NC |
| 06-294 | CLARK, CHARLES H., ET AL. V. STRAYHORN, CAROLE K. |
| 06-296 | ARTICLE II GUN SHOP, INC. V. GONZALES, ATT'Y GEN. |
| 06-302 | DAVIS, MARVEL, ET AL. V. BROWN, KIRK, ET AL. |
| 06-303 | EASTERLING, ANGELA V. UNIV. OF MS MEDICAL CTR. |
| 06-310 | HASHISH, MOHAMMAD A. V. GONZALES, ATT'Y GEN. |
| 06-311 | MILLER, HOWARD V. COMMODITY FUTURES TRADING COMM'N |
| 06-312 | NALLY, PAUL N. V. BARTOW COUNTY GRAND JURORS |
| 06-322 | MORTERS, RONALD W. V. AIKEN & SCOPTUR, S.C., ET AL. |
| 06-323 | SILVERSTEIN, JAY B. V. OPM |
| 06-342 | MONTGOMERY, WILLIAM L. V. UNITED STATES POSTAL SERVICE |
| 06-353 | ARLAINE & GINA ROCKEY, INC. V. CORDIS CORPORATION |
| 06-357 | ARMSTRONG, MICHAEL C. V. INDIANA |
| 06-375 | FED. KEMPER LIFE ASSURANCE CO. V. SAMPATHACHAR, KAKKADASAN |
| 06-380 | LIN, S. EMANUEL V. UNITED STATES |
| 06-387 | PORTER, NATHANIEL, ET AL. V. RAY, WALTER S., ET AL. |
| 06-393 | HARRIS, PAULETTE V. CREATIVE HAIRDRESSERS, ET AL. |
| 06-399 | CORNISH, O'RANE M. V. UNITED STATES |
| 06-416 | SKIDMORE ENERGY, INC., ET AL. V. MAGHREB PETROLEUM EXPLORATION |
| 06-417 | RUTHERFORD, MARTIN, ET UX. V. UNITED STATES |
| 06-418 | NOVAK, CHARLES V. UNITED STATES |
| 06-424 | COLEY, TERRY V. LAPPIN, DIR., BOP, ET AL. |

| | |
|---|---|
| 06-433 | PEREZ, AUGUSTINE V. UNITED STATES |
| 06-441 | McCUISTON, BRIAN V. UNITED STATES |
| 06-453 | GIRALDO, JUAN V. UNITED STATES |
| 06-459 | DOE, JANE V. UNITED STATES |
| 06-461 | SALADINO, JOSEPH O. V. UNITED STATES |
| 06-5237 | TAYLOR, MICHAEL A. V. MISSOURI |
| 06-5254 | HATCHER, VINCENT M. V. ARIZONA |
| 06-5457 | BENJAMIN, BRANDYN J. V. ALABAMA |
| 06-5553 | MARQUARDT, BILL P. V. WISCONSIN |
| 06-5650 | OUTLAW, ARTHUR A. V. UNITED STATES |
| 06-5662 | GUZMAN, ADAM G. V. UNITED STATES |
| 06-5674 | TEMPLE, EVA V. UNITED STATES |
| 06-5986 | MAHDI, ABDULLAH V. HOUK, WARDEN |
| 06-5992 | STEARNS, UNDRE P. V. CALIFORNIA |
| 06-6020 | JACKSON, MARK A. V. J.E. WINGFIELD & ASSOCIATES |
| 06-6031 | THOMAS, JERRY L. V. JENKS, TERRY, ET AL. |
| 06-6037 | MILSON, SAMUEL L. V. McDONOUGH, SEC., FL DOC |
| 06-6040 | MITCHELL, MONIK V. CA STATE PERSONNEL BOARD, ET AL. |
| 06-6042 | PEREZ, ORLANDO J. V. QUARTERMAN, DIR., TX DCJ |
| 06-6046 | MORAN, GENE V. CLARK, WARDEN |
| 06-6048 | DeLEON, ISRAEL V. CALIFORNIA |
| 06-6053 | TATE, JAMES L. V. FLORIDA, ET AL. |
| 06-6060 | HUGGINS, MICHAEL J. V. CALIFORNIA |
| 06-6064 | BATES, ROBERT V. OHIO |
| 06-6065 | BARRON, GARY R. V. TEXAS |
| 06-6074 | CHRISTIAN, ALAN J. V. SEBRING, OH, ET AL. |
| 06-6083 | NEALY, CHARLES A. V. QUARTERMAN, DIR., TX DCJ |
| 06-6093 | COBBS, DARRELL V. PENNSYLVANIA |

06-6094        FORD, RAY B. V. PLILER, WARDEN

06-6098        HUERTA, MARK V. RUNNELS, WARDEN

06-6104        LANDRY, ALBERT J. V. LOUISIANA

06-6105        JEMMERISON, THOMAS V. QUARTERMAN, DIR., TX DCJ

06-6110        COLEMAN, EDDIE K. V. TEXAS

06-6114        MORR, ROBERT D. V. SCHRIRO, DIR., AZ DOC, ET AL.

06-6117        TIJERINA, DAN H. V. UTAH BOARD OF PARDONS, ET AL.

06-6120        BROOKS, TIMOTHY B. V. USDC ED CA

06-6137        CATUARA, CHAD V. WASHINGTON MUTUAL BANK, F.A.

06-6138        BROWNLEE, TERRENCE V. CURRY, WARDEN

06-6140        HENDERSON, CALUPP V. NEW MEXICO

06-6141        HUMPHREY, BRENDA C. V. DEUTH, WARDEN

06-6144        GONZALEZ, ERIC L. V. CURRY, WARDEN

06-6146        ILARION, DAQUILARD V. McDONOUGH, SEC., FL DOC

06-6148        GONZALES, LUIS V. TEXAS

06-6149        THOMAS, KEITH V. FED. CONG. MEMBER ENF., ET AL.

06-6150        TATE, JAMES L. V. McDONOUGH, SEC. FL DOC

06-6153        PLASENCIA, SALVADOR V. RUNNELS, WARDEN

06-6154        WALLS, JOSEPH M. V. CARROLL, WARDEN

06-6161        ELLISON, CHARLES D. V. ARIZONA

06-6163        ELLIOTT, TERRENCE R. V. NORTH CAROLINA

06-6169        MIRANDA-ALVARADO, R., ET AL. V. GONZALES, ATT'Y GEN.

06-6173        WILSON, IRA L. V. TEXAS

06-6174        SUMMERS, MICHAEL V. DORMIRE, SUPT., JEFFERSON CITY

06-6176        SAVAGE, STEVEN K. V. OHIO

06-6178        KACHADORIAN, RICHARD V. SPENCER, SUPT., NORFOLK

06-6179        MANN, EDWIN H. V. QUARTERMAN, DIR., TX DCJ

06-6181        WILLIAMS, BARRY E. V. JOHNSON, DIR., VA DOC

| | |
|---|---|
| 06-6184 | PANNELL, DAVID V. BUSS, SUPT., IN |
| 06-6194 | KNIGHT, LEROY V. TARGET CORPORATION |
| 06-6199 | JONES, RANDY V. MAYNARD, DIR., IA DOC |
| 06-6203 | KING, SAMUEL V. BOBBY, WARDEN |
| 06-6205 | CLARK, JOHN D. V. MULLINS, WARDEN |
| 06-6206 | CLARK, DEAN L. V. MICHIGAN |
| 06-6210 | CANNON, TYRRALL F. V. CA DOC, ET AL. |
| 06-6215 | CUESTA, TOMAS D. V. BERTRAND, DANIEL, ET AL. |
| 06-6217 | AUSTIN, PERRY A. V. TEXAS |
| 06-6218 | PUGH, MITCHELL D. V. MI DOC |
| 06-6220 | MEEKS, DANNY R. V. BELL, WARDEN |
| 06-6225 | BURL, MELVIN V. NICHOLSON, SEC. OF VA, ET AL. |
| 06-6227 | NIX, KENNETH V. FLORIDA |
| 06-6229 | STUDDARD, THOMAS P. V. TENNESSEE |
| 06-6232 | PIRES, NILSON M. V. GONZALES, ATT'Y GEN. |
| 06-6233 | McNABB, RONNIE V. LOCKYER, ATT'Y GEN. OF CA |
| 06-6236 | GAMBLE, GUY R. V. McDONOUGH, SEC., FL DOC, ET AL. |
| 06-6241 | HEIMBERGER, RAYMOND E. V. BEACHWOOD, OH |
| 06-6242 | GARDNER, SANDRA J. V. NICHOLSON, SEC. OF VA |
| 06-6243 | HUDSON, MARVA V. UNIV. OF MI, ET AL. |
| 06-6249 | WILLIAMS, RONALD T. V. SCHRIRO, DIR., AZ DOC |
| 06-6266 | McCALVIN, TRACI V. YUKINS, WARDEN |
| 06-6287 | ROTH, TODD A. V. HOFFER, LYNETTE M. |
| 06-6288 | REVELS, MAURICE V. DIGUGLIELMO, SUPT., GRATERFORD |
| 06-6296 | MARDIS, ALFORD L. V. FLORIDA |
| 06-6310 | JACKSON, MICHAEL F. V. NORRIS, DIR., AR DOC |
| 06-6312 | COX, JERMONT V. BEARD, SEC., PA DOC, ET AL. |
| 06-6318 | MCKENZIE, MWATI P. V. MINNESOTA |

```
06-6327        VASQUEZ, LUIS A. V. CALIFORNIA

06-6329    )   SANTIAGO-LUGO, ISRAEL V. UNITED STATES
           )
06-6681    )   SANTIAGO-LUGO, ISRAEL V. UNITED STATES

06-6354        McDANIEL, MARSHALL V. ILLINOIS

06-6375        SMITH, CRAIG V. BURGE, SUPT., AUBURN

06-6395        SMITH, RAYMOND V. KENTUCKY

06-6398        ROBINSON, MARCUS R. V. POLK, WARDEN

06-6404        MATSON, CHRISTOPHER M. V. INDIANA

06-6419        WILKES, EDWARD L. V. KEMNA, SUPT., CAMERON

06-6429        AMEN, RANDOLPH J. V. OFFICE OF DISCIPLINARY COUNSEL

06-6443        RILEY, GEORGE C. V. NEW JERSEY

06-6470        CUYLER, SHALONDA V. RAYCOM MEDIA, INC., ET AL.

06-6475        LINCOLN, GERALENE C. V. MARYLAND

06-6483        SAMPER, CARLOS V. FISHER, SUPT., SING SING

06-6499        BUCK, EDWARD A. V. PATENT AND TRADEMARK OFFICE

06-6500        LEWIS, PIERRE P. V. NORRIS, DIR., AR DOC

06-6547        PEAK, CLORETHA W. V. UNITED STATES

06-6550        PRUITT, CRAIG A. V. UNITED STATES

06-6554        RIGGS, IRA V. UNITED STATES

06-6559        DeGARMO, TIMOTHY S. V. UNITED STATES

06-6561        YOUNG, NOEL V. UNITED STATES

06-6562        SUAREZ, GUSTAVO V. UNITED STATES

06-6569        WRIGHT, GLENN V. UNITED STATES

06-6571        PEREZ, ANTONIO V. NISH, SUPT., WAYMART, ET AL.

06-6574        LINEBERRY, JED S. V. UNITED STATES

06-6584        PARKER, RICHARD W. V. UNITED STATES

06-6590        McQUINN, ATARAH V. UNITED STATES

06-6591        RICHES, JONATHAN L. V. UNITED STATES
```

06-6595        MERCADO, RALPH V. UNITED STATES

06-6600        KUCERA, JAMES J. V. UNITED STATES

06-6601        MITCHELL, JAMES E. V. UNITED STATES

06-6602        PATTERSON, DARRYL V. UNITED STATES

06-6604        WILKINS, DELAR V. UNITED STATES

06-6605        DE LA GARZA, DERLY V. UNITED STATES

06-6607        LUCK, STEVEN D. V. UNITED STATES

06-6608        OLIVER, GREGGORY W. V. ZENON, WARDEN, ET AL.

06-6611        RIVERA-MENDEZ, VICTOR H. V. UNITED STATES

06-6615        BAILEY, HANDY V. UNITED STATES

06-6616        BETANCOURT, LUCIO V. UNITED STATES

06-6617        BRADFORD, KENNON V. UNITED STATES

06-6630        ARTEAGA-BROWN, ALLEN S. V. UNITED STATES

06-6640        ROSADO, NELSON V. UNITED STATES

06-6641        OLIVARES-SAMON, YANIER V. UNITED STATES

06-6643        ANDREWS, ANTHONY V. UNITED STATES

06-6648        AGUILAR-TERAN, LETICIA V. UNITED STATES

06-6649        BERRY, JOHN V. UNITED STATES

06-6652        HALL, DELSHON T. V. UNITED STATES

06-6653        HICKS, CHRISTOPHER P. V. UNITED STATES

06-6654        HARMER, CHARLES M. V. UNITED STATES

06-6658        NANCE, JIMMY L. V. UNITED STATES

06-6659        HUGHES, HAROLD V. DEPT. OF TREASURY

06-6661        HERNANDEZ, JUAN V. UNITED STATES

06-6663        JOHNSON, ORLANDER C. V. UNITED STATES

06-6664        TAYLOR, TERRON S. V. UNITED STATES

06-6666        WALTON, OSBUN V. HERNANDEZ, WARDEN

06-6667        WHITE, WILLIAM P. V. UNITED STATES

06-6671     HOLLAND, HARVEY V. UNITED STATES

06-6674     HICKMAN, KIA R. V. UNITED STATES

06-6675     GONZALEZ-PATINO, JOSE G. V. UNITED STATES

06-6676     GADSON, TIMOTHY V. UNITED STATES

06-6683     LIZARDO, MERALDO V. UNITED STATES

06-6686     RAMIREZ, BYRON D. V. UNITED STATES

06-6691     DIAZ-ZANOLETTI, HECTOR V. UNITED STATES

06-6692     SMITH, RONALD V. POTTER, POSTMASTER GEN.

06-6693     RUIZ-CHAVEZ, GABRIEL V. UNITED STATES

06-6696     SWEETENBURG, RAYMOND V. UNITED STATES

06-6698     RAMIREZ, ALEXANDER V. UNITED STATES

06-6699     VARGO, JAMES V. UNITED STATES

06-6701     SCOTT, DANIEL E. V. UNITED STATES

06-6704     FORD, JACOB V. UNITED STATES

06-6707     GRULLON, FRANKLIN V. UNITED STATES

06-6708     GHALI, MOHAMMED K. V. UNITED STATES

06-6720     FLORENCE, GLENN M. V. UNITED STATES

06-6721     GRIFALDO, FELIPE V. FLORIDA

06-6724     DUBOSE, MAURICE V. UNITED STATES

06-6725     McCHESNEY, BENJAMIN V. UNITED STATES

06-6727     BOICE, PHILLIP G. V. UNITED STATES

06-6728     VERA-GUTIERREZ, ANTONIO V. UNITED STATES

06-6732     BOSTON, EUGENE V. UNITED STATES

06-6734     RAMOS-ARELLANES, FRANCISCO J. V. UNITED STATES

06-6736     JENKINS, JAMES, ET AL. V. UNITED STATES

06-6737     LOUCKS, PAUL V. UNITED STATES

06-6741     GONZALEZ-PARRA, JUAN M. V. UNITED STATES

06-6742     ALTAMIRANO-FIERRO, JESUS A. V. UNITED STATES

| | |
|---|---|
| 06-6743 | ESTUPINAN, JAVIER C. V. UNITED STATES |
| 06-6746 | CAMPBELL, DENNIS J., ET UX. V. UNITED STATES, ET AL. |
| 06-6747 | HALL, ALONZA V. UNITED STATES |
| 06-6754 | GARZA, NOE N. V. UNITED STATES |
| 06-6755 | GRANJA, DANIEL V. UNITED STATES |
| 06-6757 | GORE, VANDER K. V. UNITED STATES |
| 06-6758 | HERNANDEZ, ANGEL H. V. UNITED STATES |
| 06-6759 | McFADDEN, DWAYNE V. UNITED STATES |
| 06-6761 | OYORZAVAL-VERA, JAIME V. UNITED STATES |
| 06-6765 | MASCAK, VIKTOR V. UNITED STATES |
| 06-6769 | PENNAVARIA, THOMAS V. UNITED STATES |
| 06-6771 | OROS-RODRIGUEZ, LEOPOLDO V. UNITED STATES |
| 06-6773 | SALAZAR, DANIEL V. UNITED STATES |
| 06-6774 | RAMSEY, BARRY O. V. UNITED STATES |
| 06-6775 | DANIELS, PATRICK B. V. UNITED STATES |
| 06-6776 | CASEY, MICHAEL D. V. UNITED STATES |
| 06-6777 | ANDERSON, DEXTER V. UNITED STATES |
| 06-6779 | KESZTHELYI, RUDOLPH V. UNITED STATES |
| 06-6781 | KRAUSE, KENNETH H. V. UNITED STATES |
| 06-6782 | BARRIOS, WILFREDO V. UNITED STATES |
| 06-6783 | BARATTO, CARMEN V. UNITED STATES |
| 06-6788 | VARGAS-SANCEN, RAUL V. UNITED STATES |
| 06-6791 | GASKIN, JOE E. V. UNITED STATES |
| 06-6792 | HOFLER, THOMAS W. V. UNITED STATES |
| 06-6801 | MASTERS, CHRISTOPHER D. V. UNITED STATES |
| 06-6805 | PARKER, JAMES H. V. UNITED STATES |
| 06-6806 | ABDUR-RAHEEM, ABUBAKER V. UNITED STATES |
| 06-6807 | MENDEZ, MANUEL V. UNITED STATES |

```
06-6808        WILKES, JAMES D. V. UNITED STATES

06-6809        VALDIVIA-DE ARCOS, ADAN V. UNITED STATES

06-6810    )   THOMAS, NEGUS V. UNITED STATES
           )
06-6906    )   WALLACE, JERKENO V. UNITED STATES

06-6811        VELA, OSCAR V. UNITED STATES

06-6813        GAREY, EDDIE M. V. STIFF, WARDEN, ET AL.

06-6816        DIX, VICTOR T. V. UNITED STATES

06-6817        PADILLA, ROQUE V. UNITED STATES

06-6818        WARDRICK, ROBERT V. SHERMAN, WARDEN

06-6820        EDMISTON, JOHN J. V. COLORADO

06-6822        SPENCE, EVERTON V. UNITED STATES

06-6823        SANTIAGO-LUGO, ISRAEL V. UNITED STATES

06-6831        WALDEN, DWIGHT V. UNITED STATES

06-6834        THOMPSON, MARTIN L. V. UNITED STATES

06-6837        McGUIRE, MITCHELL V. UNITED STATES

06-6838        McKENNEY, SHAH V. UNITED STATES

06-6840        DAVIS, SAMUEL V. UNITED STATES

06-6842        CHRISTIANSEN, DEWAYNE E. V. UNITED STATES

06-6844        DARKS, KEVIN C. V. UNITED STATES

06-6846        BOWIE, BRENDA L. V. UNITED STASTES

06-6848        ROUSON, JAMELL L. V. UNITED STATES

06-6855        MILLER, DAMIAN F. V. UNITED STATES

06-6857        VIRULA-ARREDONDO, OSCAR E. V. UNITED STATES

06-6861        PARRADO, MANUEL V. OUTLAW, WARDEN

06-6862        MITCHELL, STEPHEN M. V. UNITED STATES

06-6863        DADE, DAMON V. UNITED STATES

06-6864        COUNCE, KENNETH I. V. USDC CD CA

06-6866        CASTILLIAS, CHARLES V. UNITED STATES
```

06-6869    JOHNSON, ANDRE E. V. UNITED STATES

06-6870    LOUIS, ALEX V. UNITED STATES

06-6875    TARNAWA, DONALD W. V. UNITED STATES

06-6876    BISHOP, DANIEL R. V. UNITED STATES

06-6886    HOPKINS, GERALD D. V. UNITED STATES

06-6888    COLEMAN, WILLIE A. V. UNITED STATES

06-6890    DOE, JOHN V. UNITED STATES

06-6891    MICKENS, KEVIN J. V. UNITED STATES

06-6894    MARTINEZ-HUERTAS, JAIME V. UNITED STATES

06-6895    LIMON-RUIZ, MARCO A. V. UNITED STATES

06-6897    RIDDLE, DANIEL C. V. UNITED STATES

06-6899    PASTER, MITCHELL F. V. UNITED STATES

06-6901    WOODS, TERRY V. UNITED STATES

06-6903    TERRIQUEZ-FLORES, ALBERTO V. UNITED STATES

06-6907    YAZZEN, BEN V. UNITED STATES

06-6908    LACY, MICHAEL V. UNITED STATES

06-6913    PEREZ-PENA, ENRIQUE V. UNITED STATES

06-6914    NAJAR, RICHARD V. UNITED STATES

06-6915    RHODES, WALTER J. V. UNITED STATES

06-6918    WRIGHT, JAMES C. V. UNITED STATES

06-6922    WISHON, TODD H. V. UNITED STATES

06-6923    MACARIO-FUENTES, EUSEBIO V. UNITED STATES

06-6928    DANIELS, TERRENCE V. UNITED STATES

06-6929    CLARK, GREGORY B. V. UNITED STATES

06-6930    NEWKIRK, RASHEEN V. UNITED STATES

06-6934    KOKOSKI, MICHAEL V. UNITED STATES

06-6942    WINSTON, STANLEY E. V. UNITED STATES

06-6943    ORTEGA, DANIEL E. V. UNITED STATES

| | |
|---|---|
| 06-6944 | ORTIZ-CINTRON, ORLANDO V. UNITED STATES |
| 06-6952 | ESCOBEDO-SANCHEZ, FERNANDO V. UNITED STATES |
| 06-6954 | CURRY, DAWN A. V. UNITED STATES |
| 06-6958 | GONZALEZ, GABRIELLA V. UNITED STATES |
| 06-6959 | HUERTA-PIMENTEL, LAZARO V. UNITED STATES |
| 06-6964 | HODGES, ANTONIA D. V. UNITED STATES |
| 06-6972 | KIRK, ROBERT T. V. UNITED STATES |
| 06-6974 | GARCIA-PEREZ, LUIS V. UNITED STATES |
| 06-6975 | ISAACS, MARVIN V. UNITED STATES |
| 06-6978 | TUCKER, FRANKLIN G. V. UNITED STATES |
| 06-6987 | BAILEY, TRAVIS E. V. UNITED STATES |

  The petitions for writs of certiorari are denied.

06-97  STOLT-NIELSEN, S.A., ET AL. V. UNITED STATES

  The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

06-253  COLLIER, STEPHEN C. V. PRUETT, ET AL.

  The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

06-372  FERRING B.V., ET AL. V. BARR LABORATORIES, INC.

  The motion of Biotechnology Industry Organization for leave to file a brief as *amicus curiae* is granted.  The motion of Pharmaceutical Research and Manufacturers of America for leave to file a brief as *amicus curiae* is granted.  The motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

06-6000        CARTER, JOHN E. V. TENNESSEE

06-6001        CARTER, JOHN E. V. TENNESSEE

    The motions of petitioner for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

06-6016        BIERLEY, HARRY L. V. GROLUMOND, DEPUTY SHERIFF

    The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U.S. 1 (1992) (*per curiam*). Justice Stevens dissents. See *id.,* at 4, and cases cited therein.

06-6041        MINNIECHESKE, DONALD J. V. OSHKOSH, WI, ET AL.

    The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

06-6516        HOOKS, LaSHAUN P. V. BANK OF AMERICA

    The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this petition.

06-6711        GENAO, ISMAEL V. UNITED STATES

    The petition for a writ of certiorari before judgment is denied.

06-6802        KEELING, MICHAEL E. V. SHANNON, SUPT., FRACKVILLE

        The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

### HABEAS CORPUS DENIED

06-6829        IN RE BILLY R. SIMS

06-6979        IN RE CHRISTOPHER BULLARD

06-7003        IN RE LEONARDO J. RANGEL

        The petitions for writs of habeas corpus are denied.

### MANDAMUS DENIED

06-325         IN RE LEONARD R. KAHN

06-6134        IN RE CLEMENT MOSSERI

06-6962        IN RE RONNIE G. TRIPLETT

        The petitions for writs of mandamus are denied.

06-6219        IN RE MARK A. MURDOCK

        The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of mandamus is dismissed.  See Rule 39.8.

06-6931        IN RE SEAN McQUIDDY

        The petition for a writ of mandamus and/or prohibition is denied.

### REHEARING DENIED

05-11404       TAYLOR, WARREN A. V. CHAO, SEC. OF LABOR

        The petition for rehearing is denied.