# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 06-cr-466 |
| STOLT-NIELSEN S.A., et al. | : | |

## ORDER

**AND NOW**, this 17th day of February, 2007, it is **ORDERED** that: (1) by agreement of the parties, the evidentiary hearing scheduled for March 19, 2007 is rescheduled for **Wednesday, May 30, 2007, at 10:30 a.m.**; and (2) a pre-hearing conference is scheduled for **Friday, May 11, 2007 at 2:00 p.m.** It is **FURTHER ORDERED** that:

1. The Government may file a pre-hearing legal memorandum on or before April 27, 2007;

2. Defendants' response, if any, shall be filed on or before May 4, 2007.

BY THE COURT:


/s/ Bruce W. Kauffman
BRUCE W. KAUFFMAN, J.