# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 06-cr-466 |
| | : | |
| STOLT-NIELSEN S.A., et al. | : | |
| | : | |

### ORDER

**AND NOW**, this   2ND   day of March, 2007, it is **ORDERED** that because many witnesses will be traveling long distances from various countries to testify at the pre-trial hearing on Defendants' Motion to Dismiss the Indictment, counsel in this matter are attached and the hearing in this matter is specially listed for **Wednesday, May 30, 2007 at 10:30 am.**

BY THE COURT:


_S/ BRUCE W. KAUFFMAN
BRUCE W. KAUFFMAN, J.