## **CERTIFICATION**

    I hereby certify that on March 30, 2007, a copy of the foregoing Defendants' Report Concerning Stay of Proceedings was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Jaime M. Crowe
Jaime M. Crowe (#ct25657)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355
jcrowe@whitecase.com