**CERTIFICATION**

     I hereby certify that on April 2, 2007, a copy of the foregoing Defendants' Corrected Report Concerning Stay of Proceedings was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:   /s/ Jaime M. Crowe
      Jaime M. Crowe (#ct25657)
      WHITE & CASE LLP
      701 Thirteenth Street, N.W.
      Washington, DC 20005
      Tel: (202) 626-3600
      Fax: (202) 639-9355
      jcrowe@whitecase.com