UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joel Menkes, *et al.*,<br><br>    *Plaintiffs*,<br><br>    *v.*<br><br>Stolt-Nielsen S.A., *et al.*,<br><br>    *Defendants*. | No. 3:03-CV-409 (DJS)<br><br>December 7, 2007 |

### **DEFENDANTS' STATUS REPORT CONCERNING STAY OF DISCOVERY**

In light of the criminal action pending before the Honorable Bruce Kauffman in the United States District Court for the Eastern District of Pennsylvania against several Defendants in this securities action (i.e., the Stolt-Nielsen corporate defendants and Samuel A. Cooperman), as well as against non-party Richard B. Wingfield (collectively, the "Antitrust Defendants"), this Court, on December 4, 2006, stayed discovery in this proceeding to permit the Antitrust Defendants to resolve their motions to dismiss the criminal indictment without jeopardizing their constitutional rights (dkt. # 77). As a condition of the stay, Defendants have filed periodic reports to update the Court and Plaintiffs on the status of the criminal proceedings, and so file this status report.

On November 30, 2007, Judge Kauffman granted the motions of the Antitrust Defendants and dismissed in its entirety the indictment against the Antitrust Defendants. Judge Kauffman issued a 79-page ruling that included 200 factual findings and a separate memorandum opinion (Exs. 1 and 2). Judge Kauffman expressly found that the Antitrust Defendants had fully complied with their obligations under Stolt-Nielsen's Amnesty Agreement and that the Government witnesses testifying to the contrary were not credible. Regarding whether it will appeal, the Government stated publicly that it is "considering [its] options" (Ex. 3).

Defendants are conferring with Plaintiffs regarding the next steps for this matter. As part of those discussions, Plaintiffs have agreed that they will not seek to lift the stay sooner than 60 days after Judge Kauffman's ruling, by which time the parties will know whether there be any appeal in the criminal proceeding. Consequently, Defendants propose that the stay remain in place and that the parties report back to the Court regarding the status of this proceeding by February 15, 2008.

Respectfully submitted,

*Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee*

By: /s/ Jaime M. Crowe

| | |
|---|---|
| Michael P. Shea (ct19598) | Christopher M. Curran (ct22743) |
| Jason S. Weathers (ct24579) | J. Mark Gidley (ct18450) |
| Day Pitney LLP | Peter J. Carney (ct24721) |
| City Place I | Jaime M. Crowe (ct25657) |
| 185 Asylum Street | WHITE & CASE LLP |
| Hartford, CT 06103-3499 | 701 Thirteenth Street, N.W. |
| Tel: (860) 275-0356 | Washington, DC 20005 |
| Fax: (860) 275-0343 | Tel: (202) 626-3600 |
| E-Mail: jsweathers@dbh.com | Fax: (202) 639-9355 |
| | E-Mail: jcrowe@whitecase.com |

## **CERTIFICATION**

    I hereby certify that on December 7, 2007, a copy of the foregoing Defendants' Status Report Concerning Stay of Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:    /s/ Jaime M. Crowe
          Jaime M. Crowe (#ct25657)
          WHITE & CASE LLP
          701 Thirteenth Street, N.W.
          Washington, DC 20005
          Tel: (202) 626-3600
          Fax: (202) 639-9355
          jcrowe@whitecase.com