

November 30, 2007 4:23 p.m. EST

# UPDATE: Judge Dismisses Stolt-Nielsen Antitrust Indictment

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

**DOW JONES NEWSWIRES**
*November 30, 2007 4:23 p.m.*

```
By Corey Boles
Of DOW JONES NEWSWIRES
```

WASHINGTON (Dow Jones)--A District Court judge dismissed a criminal antitrust indictment brought by the U.S. Department of Justice against shipping company Stolt-Nielsen S.A. (SNI.OS).

The indictment stems from a cartel that involved three shipping companies - Stolt-Nielsen, Odfjell Seachem AS of Norway and Jo Tankers B.V., a Dutch company.

In November 2002, executives from Stolt-Nielsen approached federal antitrust authorities under the DOJ's corporate leniency program. The company was granted amnesty for any antitrust activities it may have been engaged in prior to January 2003.

Stolt-Nielsen's cooperation led to fines totaling $62.5 million being levied against the two other co-conspirators, and executives from both companies being jailed.

Lawyers from the DOJ subsequently approached Stolt-Nielsen, stating that based on evidence from one of the others accused, it was revoking the amnesty agreement and seeking a criminal indictment against the company.

Judge Bruce W. Kauffman, of the District Court for the Eastern District of Pennsylvania, upheld a motion by Stolt-Nielsen to dismiss the indictment on Thursday.

"The Division has failed to produce any credible evidence that Stolt-Nielsen's participation in the customer allocation conspiracy continued past March 2002," said Judge Kauffman in his decision.

The judge went on to say that it would "defy logic" for executives at the company to have continued a criminal conspiracy after it had been revealed publicly.

In a statement released by Luxembourg-based Stolt-Nielsen, Chief Executive Niels G. Stolt-Nielsen said, "We are pleased that justice has been served."

"We are disappointed. We are reviewing the opinion and considering our options," said a DOJ spokeswoman in a statement.

-By Corey Boles, Dow Jones Newswires; 202-862-6637; corey.boles@dowjones.com

**URL for this article:**
http://online.wsj.com/article/BT_CO_20071130_713679.html

**Copyright 2007 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.

**RELATED ARTICLES AND BLOGS**

**Related Articles from the Online Journal**
- Bonds Is Indicted on Perjury, Obstruction of Justice Charges
- Judge Allows Government Attempt To Seize Funds From Lay's Estate
- U.S. v. Scruggs: Entire N. District Of Alabama Recuses Itself
- Sinotrans Shipping Seeks As Much as $1.47 Billion

**Blog Posts About This Topic**
- Another Day; Another Criminal Breach of Our Civil Rights   shakespearessister.blogspot.com
- The Good Guys Win One for Transparency   sunlightfoundation.com

**More related content**     Powered by Sphere