UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Joel Menkes, *et al.*,

    *Plaintiffs*,

    v.

Stolt-Nielsen S.A., *et al.*,

    *Defendants*.

No. 3:03-CV-409 (DJS)

February 15, 2008

## **DEFENDANTS' STATUS REPORT CONCERNING STAY OF DISCOVERY**

In light of the criminal action before the Honorable Bruce Kauffman in the United States District Court for the Eastern District of Pennsylvania against several Defendants in this securities action (i.e., the Stolt-Nielsen corporate defendants and Samuel A. Cooperman), as well as against non-party Richard B. Wingfield (collectively, the "Antitrust Defendants"), this Court, on December 4, 2006, stayed discovery in this proceeding to permit the Antitrust Defendants to resolve their motions to dismiss the criminal indictment without jeopardizing their constitutional rights (dkt. # 77). As part of their request for a stay, Defendants proposed filing periodic reports to update the Court and Plaintiffs on the status of the criminal proceedings. On December 7, 2007, consistent with Defendants' proposal, Defendants notified this Court that Judge Kauffman dismissed the indictment against the Antitrust Defendants on November 30, 2007.

After Defendants filed their December 7 status report, the Department of Justice announced that it would not appeal Judge Kauffman's ruling. The Department of Justice 's announcement — and the subsequent expiration of the period in which it could appeal Judge Kauffman's ruling — brought an end to the criminal case. As the criminal case has now been resolved, the parties are in discussions that may defer or obviate the need to conduct discovery in this matter. Defendants

propose to inform the Court regarding the status of these discussions by March 14, 2008.

                                 Respectfully submitted,

                                 *Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee*

                                 By: /s/ Jaime M. Crowe

| | |
|---|---|
| Michael P. Shea (ct19598) | Christopher M. Curran (ct22743) |
| Jason S. Weathers (ct24579) | J. Mark Gidley (ct18450) |
| Day Pitney LLP | Peter J. Carney (ct24721) |
| City Place I | Jaime M. Crowe (ct25657) |
| 185 Asylum Street | WHITE & CASE LLP |
| Hartford, CT  06103-3499 | 701 Thirteenth Street, N.W. |
| Tel:  (860) 275-0356 | Washington, DC  20005 |
| Fax:  (860) 275-0343 | Tel:  (202) 626-3600 |
| E-Mail:  jsweathers@dbh.com | Fax: (202) 639-9355 |
| | E-Mail:  jcrowe@whitecase.com |

## **CERTIFICATION**

    I hereby certify that on February 15, 2008, a copy of the foregoing Defendants' Status Report Concerning Stay of Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Jaime M. Crowe
Jaime M. Crowe (#ct25657)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355
jcrowe@whitecase.com