UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, *et al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>STOLT-NIELSEN S.A., *et al.*,<br><br>            Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>CLASS ACTION<br><br>MARCH 14, 2008 |

**JOINT STATUS REPORT CONCERNING STAY OF DISCOVERY**

In their most recent status report on February 15, 2008, Defendants informed the Court that the parties were in discussions that might obviate the need to proceed with discovery in this matter. As a result of their discussions, the parties have agreed to attempt mediation in an effort to resolve this matter. The parties have selected the Honorable Nicholas Politan, retired district judge of the United States District Court for the District of New Jersey, as the mediator. Plaintiffs' counsel is confirming Judge Politan's availability.

The parties propose to update the Court as to the status of this matter within ten days of the completion of mediation. The parties further agree that the stay of discovery should remain in place pending mediation.

Respectfully submitted,

*Plaintiffs Irene and Gustav Rucker, et al.*

By: /s/ Mark S. Reich

| | |
|---|---|
| DAVID R. SCOTT (CT 16080) | SAMUEL H. RUDMAN |
| SCOTT + SCOTT, LLC | MARK S. REICH |
| 108 Norwich Avenue | COUGHLIN STOIA GELLER |
| Colchester, CT  06415 |   RUDMAN & ROBBINS LLP |
| Telephone:  860/537-3818 | 58 South Service Road, Suite 200 |
| 860/537-4432 (fax) | Melville, NY  11747 |
| E-Mail:  drscott@scott-scott.com | Telephone:  631/367-7100 |
| | 631/367-1173 (fax) |
| | E-Mail:  mreich@csgrr.com |

*Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee*

By: /s/ Jaime M. Crowe

| | |
|---|---|
| MICHAEL P. SHEA (CT19598) | CHRISTOPHER M. CURRAN (CT22743) |
| JASON S. WEATHERS (CT24579) | J. MARK GIDLEY (CT18450) |
| DAY PITNEY LLP | PETER J. CARNEY (CT24721) |
| City Place I | JAIME M. CROWE (CT25657) |
| 185 Asylum Street | WHITE & CASE LLP |
| Hartford, CT  06103-3499 | 701 Thirteenth Street, N.W. |
| Telephone:  860/275-0356 | Washington, D.C.  20005 |
| 860/275-0343 (fax) | Telephone:  202/626-3600 |
| E-Mail:  jsweathers@dbh.com | 202/639-9355 (fax) |
| | E-Mail:  jcrowe@whitecase.com |

## CERTIFICATION

    I hereby certify that on March 14, 2008, a copy of the foregoing Joint Status Report Concerning Stay of Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: <u>/s/ Jaime M. Crowe</u>
       Jaime M. Crowe (CT25657)

WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: 202/626-3600
202/639-9355 (fax)
E-Mail: jcrowe@whitecase.com