UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, *et al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>STOLT-NIELSEN S.A., *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br><br>March __, 2008 |

## [PROPOSED] ORDER

On March 18, 2008, this Court lifted the stay of discovery in this matter (dkt #89). After consideration of Plaintiffs' Consent Motion for Reconsideration Concerning Stay of Discovery, the Court **GRANTS** Plaintiffs' Motion. The Court hereby Orders that the stay of discovery previously entered in this matter (dkt #77) shall continue, and further Orders that the parties report to the Court as to the status of this matter no later than one week following the completion of mediation, and in no event later than June 10, 2008.


　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　United States District Judge