UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL MENKES, *et al.*, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>STOLT-NIELSEN S.A., *et al.*,<br><br>                      Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>CLASS ACTION<br><br>MAY 13, 2008 |

**JOINT STATUS REPORT**

By order issued March 24, 2008, the Court continued the stay of discovery pending the parties' mediation efforts. A mediation session was held on May 6, 2008 before former District Judge Nicholas H. Politan. The parties, however, did not reach a settlement. While the parties remain amenable to further efforts and discussions, it appears that the litigation should now proceed. As a result, the parties respectfully request that the Court lift both the discovery stay issued December 4, 2006 (dkt. # 77), and the discretionary stay issued June 19, 2006 (dkt. # 63). The Defendants will file their Answers by the later of: (i) 10 days of the date of this Joint Status Report; or (ii) 5 days after entry of the Order lifting the stays. The parties further request that the Court allow them to file a discovery plan by May 23, 2008.

Respectfully submitted,

DATED: MAY 13, 2008

*Plaintiffs Irene and Gustav Rucker, et al.*

By: /s/ *David R. Scott*

| | |
|---|---|
| DAVID R. SCOTT (CT 16080) | SAMUEL H. RUDMAN |
| SCOTT + SCOTT, LLC | DAVID A. ROSENFELD |
| 108 Norwich Avenue | MARK S. REICH |
| Colchester, CT  06415 | COUGHLIN STOIA GELLER |
| Telephone:  860/537-3818 |   RUDMAN & ROBBINS LLP |
| 860/537-4432 (fax) | 58 South Service Road, Suite 200 |
| E-Mail:  drscott@scott-scott.com | Melville, NY  11747 |
| | Telephone:  631/367-7100 |
| | 631/367-1173 (fax) |
| | E-Mail:  mreich@csgrr.com |

*Defendants Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Jacob Stolt-Nielsen, Niels G. Stolt-Nielsen, Samuel Cooperman and Reginald J.R. Lee*

By: /s/ *Jaime M. Crowe*

| | |
|---|---|
| MICHAEL P. SHEA (CT19598) | CHRISTOPHER M. CURRAN (CT22743) |
| JASON S. WEATHERS (CT24579) | J. MARK GIDLEY (CT18450) |
| DAY PITNEY LLP | PETER J. CARNEY (CT24721) |
| City Place I | JAIME M. CROWE (CT25657) |
| 185 Asylum Street | WHITE & CASE LLP |
| Hartford, CT  06103-3499 | 701 Thirteenth Street, N.W. |
| Telephone:  860/275-0356 | Washington, D.C.  20005 |
| 860/275-0343 (fax) | Telephone:  202/626-3600 |
| E-Mail:  jsweathers@dbh.com | 202/639-9355 (fax) |
| | E-Mail: jcrowe@whitecase.com |

**CERTIFICATION**

I hereby certify that on May 13, 2008, a copy of the foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ Mark S. Reich
　　　MARK S. REICH

COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-Mail:  mreich@csgrr.com