UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>Defendants. | Civil Action No. 3:03-cv-00409-DJS<br><br>**CLASS ACTION** |

## MOTION FOR ADMISSION OF DAVID A. ROSENDFELD TO APPEAR AS A VISITING LAWYER

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of DAVID A. ROSENFELD of Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Suite 200, Melville, NY 11747, to appear as a visiting lawyer, *pro hac vice*, for Lead Plaintiffs, Irene Rucker And Gustav Rucker.

Attorney Rosenfeld is in good standing of the Bars of New York and New Jersey as well as the United States District Courts listed in his Affidavit and attached as Schedule A.

Attorney Rosenfeld has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of DAVID A. ROSENFELD.

DATED: May 27, 2008

SCOTT + SCOTT, LLP
DAVID R. SCOTT (CT 16080)
ERIN GREEN COMITE (CT 16080)

_____
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

*Liaison Counsel*

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On this the 27th day of May, 2008, the foregoing document was served by First Class Mail on the Counsel of Record listed on the attached Service List.

_____
David R. Scott

# SERVICE LIST

**Counsel for Defendant(s)**

Christopher M. Curran
J. Mark Gidley
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005
202/626-3600
202/639-9355 (Fax)

Richard Colbert
Jason Weathers
Michael Shea
Day, Berry & Howard
CityPlace I
185 Asylum
Hartford, CT  06103
(860) 275-0100
(860) 275-0343

Donna Nelson Heller
Patrick J. McHugh
Finn Dixon & Herling
One Landmark Sq.
Ste. 1400
Stamford, CT 06901
203-325-5000
Fax: 203-348-5777

**Counsel For Plaintiff(s)**

Samuel J. Rudman
Mark Reich
Lerach Coughlin Stoia Geller
        Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
631/367-7100
631/367-1173 (Fax)