UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IRENE RUCKER and GUSTAV RUCKER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>STOLT-NIELSEN S.A., JACOB STOLT-NIELSEN, NIELS G. STOLT-NIELSEN, SAMUEL COOPERMAN and REGINALD J.R. LEE,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:03-cv-00409-DJS<br><br><u>CLASS ACTION</u> |

**AFFIRMATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR AS VISITING ATTORNEY**

1.  I am an attorney in good standing and have been admitted to the Bars of the States of New York (admitted 2000) and New Jersey (admitted 2000), as well as the U. S. District Courts listed on the attached Schedule A. I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2.  In 1996, I received a Bachelor of Science degree from Yeshiva University, in New York, New York and, in 1999, I was awarded a Juris Doctor by Benjamin N. Cardozo School of Law, in New York, New York.

3.  Since 2006, I have been a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, based in Melville, NY, where I concentrate my practice in a variety of complex litigation matters pending in federal and state courts. My address is as follows:

> 58 South Service Road
> Suite 200
> Melville, NY 11747
> Telephone: 631-367-7100
> Fax: 631-367-1173
> Email: DRosenfeld@csgrr.com

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.  I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: May 23, 2008

David A. Rosenfeld

- 1 -

**Schedule A**

David A. Rosenfeld
Admissions


State of New York – 2000 (Bar # 3006871)
State of New Jersey – 1999
District of New Jersey – 1999
Southern District of New York – 2001
Western District if New York – 2006
Eastern District of New York – 2001
Eastern District of Arkansas – 2003
Western District of Arkansas – 2003
District of Colorado – 2003
Eastern District of Wisconsin – 2003
Second Circuit Court of Appeals - 2006