# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

IRENE RUCKER and GUSTAV RUCKER         CASE NUMBER: 3:03-cv-00409 (DJS)
         Plaintiff,
   v.
STOLT-NIELSEN S.A., ET. AL.
         Defendants.

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:** IRENE RUCKER and GUSTAV RUCKER

| | |
|---|---|
| __September 5, 2008__ | __/s/Amanda F. Lawrence__ |
| **Date** | **Signature** |
| __CT 27008__ | __Amanda F. Lawrence__ |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| __(860) 537-5537__ | __108 Norwich Ave., P.O. Box 192__ |
| **Telephone Number** | **Address** |
| __(860) 537-4432__ | __Colchester, CT 06415__ |
| **Fax Number** | |
| __alawrence@scott-scott.com__ | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

See Attached Certificate of Service

                                               __/s/ Amanda F. Lawrence__
                                               **Signature**
**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**

                                                                               **Appearance.frm.Jan.2001**

## Certificate of Service

     I hereby certify that on September 5, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              _____/s/ Amanda F. Lawrence_____
                                              Amanda F. Lawrence (CT 27008)